# MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Leistner** _____ JAD/TPA/CMB/**GLT**

Case Number: **17-22526**

Date of Meeting: **8 / 7 / 17**         Recording # **04**

Debtor(s) present **✓** or Not Present ___ ( ___ No Payments Made or **✓** partial payments)

Attorney for debtor(s) **Stone Maready** (Present **✓** or Not Present ___)

Date of Plan at § 341: **6/21/17**  Applicable commitment period **✓** 3 yrs  ___ 5 yrs

Need home value substantiated. Scheduled value is based on purchase price in 2002. House on corner sold for $240k. (AT TBD).

___**X**___ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD               _____ Order to Show Cause Requested
                                        _____ To be rescheduled by Clerk

_____ Confirmation Order recommended ___ Final ___ Interim
___**X**___ Amended Plan due: **9/8/17**  ; Objections due: **9/29/17**

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___**X**___ Continued to:
        _____ 341 Meeting OR **X** _____ Conciliation Conf. OR ___ *Contested Hearing
On **10/19/17**           at **10:30** am/pm  Location **3250**

_Jana S. Pail_
Chapter 13 Trustee/Attorney for Trustee