# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | )     **Bankruptcy No. 17-22526-GLT** |
| **Robert J. Leistner** | ) |
| **Linda A. Leistner** | )     **Chapter 13** |
| | ) |
|         **Debtors** | ) |

## MONTHLY OPERATING REPORT
## JULY 2017

PAWB FORM 5 (03/12)

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: Robert J. Leistner And Linda A. Leistner
Case No.: 1722526
Month: July      Year: 2017

Gross receipts for month: 7381.10
(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ 7381.10

Business expenses paid:

| Description | Amount |
|---|---|
| Supplies | 60.81 |
| Bld Repair - Windows | 330.00 |
| Parts | 2111.52 |
| Alldata | 164.30 |
| Utilities (Gas - Electric) | 106.54 |
| Comcast telephone | 161.86 |
| Sales Tax    June | 406.15 |
| Bankruptcy | 3510.00 |

TOTAL EXPENSES: $ 6851.18

NET PROFIT OR (LOSS) FOR MONTH: $ 529.92

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

| Date | Check # | Type | Payee | Category | Amount | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 07/12/2017 | 13520 | CHECK | PPI | Part | 45.00 | | 1,050.34 |
| 07/12/2017 | 13514 | CHECK | Gargage Door Dr | Bldg Repair | 300.00 | | 1,095.34 |
| 07/12/2017 | | DEPOSIT | | | | 660.08 | 1,395.34 |
| 07/11/2017 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 170710 | | | 164.30 | | 735.26 |
| 07/11/2017 | 13517 | CHECK | Bankruptcy | | 3,510.00 | | 899.56 |
| 07/11/2017 | | DEPOSIT | | | | 3,900.00 | 4,409.56 |
| 07/10/2017 | 13515 | CHECK | Auto Plus | Part | 28.21 | | 509.56 |
| 07/10/2017 | 13507 | CHECK | | June | 60.00 | | 537.77 |
| 07/10/2017 | 13516 | CHECK | 1800 Radiator | Part | 95.00 | | 597.77 |
| 07/07/2017 | 13513 | CHECK | AutoPlus | Part | 83.20 | | 692.77 |
| 07/07/2017 | 13512 | CHECK | | June | 172.44 | | 775.97 |
| 07/07/2017 | | DEPOSIT | | | | 750.00 | 948.41 |
| 07/05/2017 | 13508 | CHECK | | June | 17.16 | | 198.41 |
| 07/05/2017 | 13504 | CHECK | | June | 35.00 | | 215.57 |
| 07/05/2017 | 13511 | CHECK | | June | 67.83 | | 250.57 |
| 07/05/2017 | 13510 | CHECK | | June | 69.94 | | 318.40 |
| 07/05/2017 | 13509 | CHECK | | June | 168.81 | | 388.34 |
| 07/03/2017 | 13506 | CHECK | | June | 63.00 | | 557.15 |
| 7-28-17 | 13540 | Void | | | | | |
| 7-28-17 | 13542 | | Auto Plus | Part | 93.09 | | ✓ |
| 7-28-17 | 13543 | | Cash | I/m | 88.00 | | ✓ |
| 7-28-17 | 13545 | | AutoPlus | Part | 44.65 | | ✓ |
| 7-31-17 | 13546 | | Auto Plus | Part | 83.98 | | ✓ |
| 7-31-17 | 13547 | | Cash | I/m | 20.00 | | ✓ |
| 7-31-17 | 13548 | | Cash | Part Bob | 22.00 | | ✓ |
| 7-31-17 | 13549 | | A&D Auto wreckers | Part | 95.00 | | ✓ |
| 7-31-17 | 13550 | | Home Depot Su | Supplies | 60.81 | | ✓ |

1722526

## BASIC BUSINESS CHECKING, *5447

All completed transactions from 7/2/2017 to 8/1/2017

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 07/31/2017 | 13539 | CHECK PENN Dot ID Card | 29.50 | | 1,113.78 |
| 07/31/2017 | 13544 | CHECK Cash I/m | 60.00 | | 1,143.28 |
| 07/27/2017 | 13538 | CHECK Auto Plus Part | 88.87 | | 1,203.28 |
| 07/27/2017 | 13537 | CHECK Flynn Tire Part | 130.64 | | 1,292.15 |
| 07/26/2017 | 13528 | CHECK Cash Windows | 30.00 | | 1,422.79 |
| 07/26/2017 | 13535 | CHECK Auto Plus Part | 37.35 | | 1,452.79 |
| 07/26/2017 | 13534 | CHECK Auto Plus Part | 52.67 | | 1,490.14 |
| 07/26/2017 | | DEPOSIT | | 639.21 | 1,542.81 |
| 07/25/2017 | 13536 | CHECK PPI Part | 71.09 | | 903.60 |
| 07/25/2017 | 13533 | CHECK Auto Plus Part | 109.00 | | 974.69 |
| 07/21/2017 | 13530 | CHECK PPI Part | 32.95 | | 1,083.69 |
| 07/21/2017 | 13532 | CHECK PPI Part | 32.95 | | 1,116.64 |
| 07/21/2017 | 13531 | CHECK 1-800 Raditor Part | 88.00 | | 1,149.59 |
| 07/21/2017 | 13529 | CHECK Car Part Warehouse Part | 234.15 | | 1,237.59 |
| 07/21/2017 | | DEPOSIT | | 493.06 | 1,471.74 |
| 07/20/2017 | 13527 | CHECK Auto Plus Part | 41.72 | | 978.68 |
| 07/20/2017 | | PREAUTHORIZED DEBIT WU DuquesneLight WU Duquesn 170720 | 106.54 | | 1,020.40 |
| 07/20/2017 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *170630*T*0 000040615* *P* *20170720 | 406.15 | | 1,126.94 |
| 07/19/2017 | | DEPOSIT | | 938.75 | 1,533.09 |
| 07/18/2017 | 13525 | CHECK Auto Plus Part | 23.16 | | 594.34 |
| 07/18/2017 | 13523 | CHECK Auto Plus Part | 63.00 | | 617.50 |
| 07/18/2017 | 13526 | CHECK A & D Auto wreckers Part | 125.00 | | 680.50 |
| 07/17/2017 | 13522 | CHECK Auto Plus Part | 61.87 | | 805.50 |
| 07/17/2017 | 13524 | CHECK PPI Part | 69.99 | | 867.37 |
| 07/14/2017 | 13519 | CHECK A & D Auto wreckers Part | 40.00 | | 937.36 |
| 07/13/2017 | 13521 | CHECK Part Plus Part | 18.03 | | 977.36 |
| 07/13/2017 | 13518 | CHECK Auto Plus Part | 54.95 | | 995.39 |

1 of 2                                                                                                   8/1/17, 10:59 AM

- Return and Payment successfully Submitted

## Sales and Use Tax

| Business Name | Revenue ID | Account ID | Federal Employer Identification Number |
|---|---|---|---|
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 |
| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
| 7/1/2017 | 7/31/2017 | 8/21/2017 | 8/5/2017 | 8/5/2017 5:36:31 PM |
| Filed By | Transaction ID | Return Status | Original/Amended |
| Robert Leistner | 1317000004289919 | Complete | Original |

### Sales Tax, Use & Hotel Occupancy Tax {PA-3}

|   |   | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 7381.10 | 7381.10 |
| 2 | Net Taxable Sales | 7381.10 | 7381.10 |
| 3 | Total Amount of Tax Due | 442.87 | 73.81 |
| 4 | Discount / Discount Applied | 4.43 | 0.74 |
| 5 | Net Tax Due | 438.44 | 73.07 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 438.44 | 73.07 |
| 11 | Credit / No Credits Applied | 0.00 | 0.00 |
| 12 | Amount Due | 438.44 | 73.07 |
|   | Total Payment Due |   | $511.51 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return

1722526

5944  PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

00005932-MPCLST08012017040976-830N-LETTER01-000000 0

 ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

Haymaker Office
Account Number: ▓▓▓▓
Type: **Basic Business Checking**

Page 1 of 3
Statement from:
July 1 to July 31, 2017

Enclosures 0

## ACCOUNT SUMMARY

| | |
|---|---:|
| Previous Statement Balance | $ 620.15 |
| Deposits and Other Additions + | 7,381.10 |
| Checks Paid and Other Subtractions - | 6,887.47 |
| Ending Balance on July 31, 2017 | $ 1,113.78 |
| Low Balance | $ 198.41 |
| Average Ledger Balance | $ 884.32 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 

| Date | Description | Subtractions | Additions | Balance |
|---|---|---:|---:|---:|
| 07-01 | Previous Statement Balance | | | $ 620.15 |
| 07-03 | Check 13506 | $ 63.00 - | | $ 557.15 |
| 07-05 | Check 13509 | $ 168.81 - | | $ 388.34 |
| 07-05 | Check 13510 | $ 69.94 - | | $ 318.40 |
| 07-05 | Check 13511 | $ 67.83 - | | $ 250.57 |
| 07-05 | Check 13504 | $ 35.00 - | | $ 215.57 |
| 07-05 | Check 13508 | $ 17.16 - | | $ 198.41 |
| 07-07 | Deposit | | $ 750.00 | $ 948.41 |
| 07-07 | Check 13512 | $ 172.44 - | | $ 775.97 |
| 07-07 | Check 13513 | $ 83.20 - | | $ 692.77 |
| 07-10 | Check 13516 | $ 95.00 - | | $ 597.77 |
| 07-10 | Check 13507 | $ 60.00 - | | $ 537.77 |
| 07-10 | Check 13515 | $ 28.21 - | | $ 509.56 |
| 07-11 | Deposit | | $ 3,900.00 | $ 4,409.56 |
| 07-11 | Check 13517 | $ 3,510.00 - | | $ 899.56 |
| 07-11 | #Preauthorized Debit ALLDATA LLC PAYMENT 170710 | $ 164.30 - | | $ 735.26 |
| 07-12 | Deposit | | $ 660.08 | $ 1,395.34 |
| 07-12 | Check 13514 | $ 300.00 - | | $ 1,095.34 |
| 07-12 | Check 13520 | $ 45.00 - | | $ 1,050.34 |
| 07-13 | Check 13518 | $ 54.95 - | | $ 995.39 |
| 07-13 | Check 13521 | $ 18.03 - | | $ 977.36 |


15642

5944

1722526

**ROBERT J LEISTNER**
Account Number: ~~~~~~~~~~
Type: **Basic Business Checking**
Page 2 of 3

**DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:** ~~~~~~~~

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 07-14 | Check 13519 | $ 40.00 - | | $ 937.36 |
| 07-17 | Check 13524 | $ 69.99 - | | $ 867.37 |
| 07-17 | Check 13522 | $ 61.87 - | | $ 805.50 |
| 07-18 | Check 13526 | $ 125.00 - | | $ 680.50 |
| 07-18 | Check 13523 | $ 63.00 - | | $ 617.50 |
| 07-18 | Check 13525 | $ 23.16 - | | $ 594.34 |
| 07-19 | Deposit | | $ 938.75 | $ 1,533.09 |
| 07-20 | #Preauthorized Debit COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *170630*T*0 000040615* *P* *20170720 | $ 406.15 - | | $ 1,126.94 |
| 07-20 | #Preauthorized Debit WU DuquesneLight WU Duquesn 170720 | $ 106.54 - | | $ 1,020.40 |
| 07-20 | Check 13527 | $ 41.72 - | | $ 978.68 |
| 07-21 | Deposit | | $ 493.06 | $ 1,471.74 |
| 07-21 | Check 13529 | $ 234.15 - | | $ 1,237.59 |
| 07-21 | Check 13531 | $ 88.00 - | | $ 1,149.59 |
| 07-21 | Check 13532 | $ 32.95 - | | $ 1,116.64 |
| 07-21 | Check 13530 | $ 32.95 - | | $ 1,083.69 |
| 07-25 | Check 13533 | $ 109.00 - | | $ 974.69 |
| 07-25 | Check 13536 | $ 71.09 - | | $ 903.60 |
| 07-26 | Deposit | | $ 639.21 | $ 1,542.81 |
| 07-26 | Check 13534 | $ 52.67 - | | $ 1,490.14 |
| 07-26 | Check 13535 | $ 37.35 - | | $ 1,452.79 |
| 07-26 | Check 13528 | $ 30.00 - | | $ 1,422.79 |
| 07-27 | Check 13537 | $ 130.64 - | | $ 1,292.15 |
| 07-27 | Check 13538 | $ 88.87 - | | $ 1,203.28 |
| 07-31 | Check 13544 | $ 60.00 - | | $ 1,143.28 |
| 07-31 | Check 13539 | $ 29.50 - | | $ 1,113.78 |
| 07-31 | Ending Totals | $ 6,887.47 - | $ 7,381.10 | $ 1,113.78 |

**CHECKS PAID IN CHECK NUMBER ORDER**

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 13504 | $ 35.00 | 13510 | $ 69.94 | 13515 | $ 28.21 |
| 13506* | $ 63.00 | 13511 | $ 67.83 | 13516 | $ 95.00 |
| 13507 | $ 60.00 | 13512 | $ 172.44 | 13517 | $ 3,510.00 |
| 13508 | $ 17.16 | 13513 | $ 83.20 | 13518 | $ 54.95 |
| 13509 | $ 168.81 | 13514 | $ 300.00 | 13519 | $ 40.00 |

* Indicates Skip in Check Number