Form 314

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Robert J. Leistner** | : | Case No. 17–22526–GLT |
| **aka M.D. Autoworks** | : | Chapter: 13 |
| **Linda A. Leistner** | : | Next Hearing Date: October 19, 2017 at |
| *Debtor(s)* | : | 10:30 AM |

## ORDER

     *AND NOW,* this **9th day of August, 2017,** as a result of the Proceeding held on August 7, 2017, it is hereby **ORDERED, ADJUDGED and DECREED** as follows: (only the provisions checked below apply to this case).

☐    A.    The Parties cannot resolve the plan disputes, therefore, **on or before September 29, 2017,** all *Objections* to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

*On October 19, 2017 at 10:30 AM,* a Conciliation Conference is scheduled in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the Proponent of any *Objection* to the *Plan* and Counsel for the Debtor(s) shall appear and mediate the issues raised in the *Objection*.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑    B.    *On or before September 8, 2017,* the Debtor shall file an *Amended Plan*, serving a copy of the *Amended Plan* and this *Order* on the Chapter 13 Trustee and all interested parties (all Parties listed on the current mailing matrix) and file a Certificate of Service with the Clerk of the Bankruptcy Court. *Failure to timely comply with the filing of the Amended Plan referred to in this Order will result in the automatic dismissal of this case without further notice or hearing.* **On or before September 29, 2017,** *Objections* to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

*On October 19, 2017 at 10:30 AM,* a Conciliation Conference is scheduled in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the Proponent of any Objection to the Plan and Counsel for the Debtor(s) shall appear and mediate the issues raised in the Objection.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

continued on reverse side or next page

☐   C.

It is **FURTHER ORDERED** that the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence*. The first payment is due thirty (30) days after the Chapter 13 Plan has been filed. Any failure to make pre−confirmation payments to the Trustee may result in the dismissal of the case upon the Trustee.s written or oral motion made prior to the or at the plan confirmation hearing.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

If Paragraph A, above, is checked, Case Administrator to serve all Parties on the Mailing Matrix.

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 17-22526-GLT
Robert J. Leistner                                                  Chapter 13
Linda A. Leistner
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dbas               Page 1 of 2               Date Rcvd: Aug 09, 2017
                               Form ID: 314             Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
```
db/jdb          Robert J. Leistner,    Linda A. Leistner,    1005 Government Rd,    Irwin, PA 15642-8818
cr             +T. Lawrence Palmer Office of Attorney General, Pen,    Office of Attorney General,
                 5th Floor, Manor Complex,    564 Forbes Avenue,    Pittsburgh, PA 15219-2992
14646894       +Borough of Wilkinsburg,    605 Ross Ave,    Pittsburgh, PA 15221-2198
14646893       +Borough of Wilkinsburg,    605 Ross Avenue,    Wilkinsburg, PA 15221-2198
14646895       +Citimortgage, Inc.,    1000 Technology Dr,    O'Fallon, MO 63368-2240
14646902        KML Law Group, PC,    BNY Mellon Independence Ctr,    701 Market St Ste 5000,
                 Philadelphia, PA 19106-1541
14646901        Kirsten S. Penn, Esquire,    McGrath, McCall, PC,    3 Gateway Ctr Ste 1375,
                 Pittsburgh, PA 15222
14646903        MB & M Collections, LLC,    100 Purity Rd Ste 3,    Pittsburgh, PA 15235-4441
14646904        MidFirst Bank/Midland Mortgage,    Attn: Bankruptcy Dept.,    999 NW Grand Blvd Ste 100,
                 Oklahoma City, OK 73118-6051
14646905        Midland Mortgage Delinquency Assistance,    PO Box 268806,    Oklahoma City, OK 73126-8806
14646909        PA Department of Revenue,    Greensburg District Office,    15 W 3rd St Fl 2,
                 Greensburg, PA 15601-3003
14646908        PA Department of Revenue,    Pittsburgh District Office,    11 Stanwix St Ste 310,
                 Pittsburgh, PA 15222-1359
14646906        PA Department of Revenue,    PO Box 280437,    Harrisburg, PA 17128-0437
14646910        Receivables Management,    240 Emery St,    Bethlehem, PA 18015-1980
14646911       +Treasurer, City of Pittsburgh,    Taxpayer Services,    414 Grant St Rm 205,
                 Pittsburgh, PA 15219-2419
14646912       +Wilkinsburg Boro School District,    718 Wallace Ave,    Pittsburgh, PA 15221-2299
14666376       +Wilkinsburg Borough,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14666378       +Wilkinsburg School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: bankruptcynotice@fcbanking.com Aug 10 2017 01:09:54      First Commonwealth Bank,
                 654 Philadelphia Street,   P. O. Box 400,    Indiana, PA 15701-0400
14661986       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Aug 10 2017 01:11:57      COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,   651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
14646896        E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Aug 10 2017 01:11:57
                 Department of Labor & Industry--UCTS,    Commonwealth of PA Attention: Jospeh Kot,
                 625 Cherry St Rm 203,   Reading, PA 19602-1152
14646897        E-mail/Text: bankruptcynotice@fcbanking.com Aug 10 2017 01:09:54      First Commonwealth Bank,
                 654 Philadelphia Street,   Indiana, PA 15701-3930
14646898        E-mail/Text: bankruptcynotice@fcbanking.com Aug 10 2017 01:09:53      First Commonwealth Bank,
                 1880 Union Ave,   Natrona Heights, PA 15065-2201
14646900        E-mail/Text: cio.bncmail@irs.gov Aug 10 2017 01:09:57      Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,   Philadelphia, PA 19101-7346
14646907        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2017 01:10:10      PA Department of Revenue,
                 Bankruptcy Division,   PO Box 280946,    Harrisburg, PA 17128-0946
14650939        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2017 01:10:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                              TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              MidFirst BAnk
14646899*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    Department of the Treasury,
                 1000 Liberty Ave Rm 705,   Pittsburgh, PA 15222-4004)
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: dbas              Page 2 of 2                  Date Rcvd: Aug 09, 2017
                              Form ID: 314            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               cabbott@bernsteinlaw.com;pghecf@bernsteinlaw.com;acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.
               com
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              Gary W. Darr    on behalf of Creditor    First Commonwealth Bank gdarr@lenderlaw.com
              James   Warmbrodt    on behalf of Creditor    MidFirst BAnk bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone    on behalf of Joint Debtor Linda A. Leistner robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Robert H. Slone    on behalf of Debtor Robert J. Leistner robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@lenderlaw.com,
               sdorn@lenderlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer   Office of Attorney General,
               Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,   MarkSPalmerPC@aol.com
                                                                                             TOTAL: 10
```