**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 17-22526-GLT |
| Robert J. Leistner ) | |
| Linda A. Leistner ) | Chapter 13 |
|        Debtors ) | |
| ) | RE: Document No. 37 |
| ) | |

**CERTIFICATE OF SERVICE OF ORDER AND AMENDED CHAPTER 13 PLAN DATED AUGUST 31, 2017**

      I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below and on the attached list on September 6, 2017 by the following:

Service by Electronic Notification:          Service by First-Class Mail:

Ronda J. Winnecour, Trustee             See attached list.
cmecf@chapter13trusteewdpa.com

EXECUTED ON: September 6, 2017

                   By:    /s/ ROBERT H. SLONE
                            Robert H. Slone, Esquire
                            MAHADY & MAHADY
                            223 South Maple Avenue
                            Greensburg, PA 15601
                            (724) 834-2990
                            PA I.D. No. 19963
                            robertslone223@gmail.com

Borough of Wilkinsburg
605 Ross Ave
Pittsburgh, PA   15221-2145

Jennifer L. Cerce, Esquire
Lawrence L. Maiello, Esquire
Maiello Brungo & Maiello LLP—Tax Division
Foxpointe II
100 Purity Road, Ste. 3
Pittsburgh, PA 15235

Citimortgage, Inc.
1000 Technology Dr
O'Fallon, MO   63368-2239

First Commonwealth Bank
654 Philadelphia St
Indiana, PA   15701-3930

First Commonwealth Bank
1880 Union Ave
Natrona Heights, PA   15065-2201

Internal Revenue Service
Department of the Treasury
1000 Liberty Ave Rm 705
Pittsburgh, PA   15222-4004

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA   19101-7346

KML Law Group, PC
BNY Mellon Independence Ctr
701 Market St Ste 5000
Philadelphia, PA   19106-1541

MB & M Collections, LLC
100 Purity Rd Ste 3
Pittsburgh, PA   15235-4441

MidFirst Bank/Midland Mortgage
Attn: Bankruptcy Dept.
999 NW Grand Blvd Ste 100
Oklahoma City, OK   73118-6051

Midland Mortgage Delinquency Assistance
PO Box 268806
Oklahoma City, OK   73126-8806

PA Department of Revenue
PO Box 280437
Harrisburg, PA   17128-0437

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA   17128-0946

PA Department of Revenue
Pittsburgh District Office
11 Stanwix St Ste 310
Pittsburgh, PA   15222-1359

PA Department of Revenue
Greensburg District Office
15 W 3rd St Fl 2
Greensburg, PA   15601-3003

Receivables Management
240 Emery St
Bethlehem, PA   18015-1980

Treasurer, City of Pittsburgh
Taxpayer Services
414 Grant St Rm 205
Pittsburgh, PA   15219-2409

Wilkinsburg Borough School District
718 Wallace Ave
Pittsburgh, PA   15221-2215

```
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Kristen S. Penn, Esquire
McGrath McCall PC
Four Gateway Center, Ste. 1040
444 Liberty Avenue
Pittsburgh, PA 15222

Commonwealth of Pennsylvania
Dept. Labor & Industry (UCTS)
Collections Support Unit
651 Boas Street, Room 702
Harrisburg, PA 17121
Attn: Linda Mitten
```