# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 17-22526-GLT |
| Robert J. Leistner ) | |
| Linda A. Leistner ) | Chapter 13 |
| ) | |
| **Debtors** ) | |

## MONTHLY OPERATING REPORT
## AUGUST 2017

PAWB FORM 5 (03/12)          Page 5

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name  Robert J. Leistner And Linda A. Leistner
Case No. 1722526
Month August                          Year 2017

Gross receipts for month:                    12846.15
(If more than one source, list each)

TOTAL GROSS RECEIPTS:  $ 12846.15

Business expenses paid:
Description                         Amount
Parts                               7275.03
Alldata                             165.85
Utilities                           168.90
Telephone                           161.78
Sales tax July                      511.51
Bankruptcy                          3500.00
Windows                             30.00
Shop repairs                        223.75
Supplies                            32.48

TOTAL EXPENSES:  $ 12069.93

NET PROFIT OR (LOSS) FOR MONTH:  $ 776.22

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

Page 1

17-22526

| Date | Check # | Description | | Amount | Balance |
|---|---|---|---|---|---|
| 08/17/2017 | | PREAUTHORIZED DEBIT WU DuquesneLight WU Duquesn 170817 | | 106.95 | 637.38 |
| 08/17/2017 | 13572 | CHECK PPI | Part | 150.00 | 744.33 ✓ |
| 08/16/2017 | | DEPOSIT | | 674.06 | 894.33 |
| 08/15/2017 | 13565 | CHECK West Penn loco | Part | 58.85 | 220.27 ✓ |
| 08/15/2017 | 13562 | CHECK A & D Auto wreckers | Part | 600.00 | 279.12 |
| 08/14/2017 | 13566 | CHECK Auto Plus | Part | 18.21 | 879.12 ✓ |
| 08/14/2017 | 13567 | CHECK Auto Plus | Part | 20.38 | 897.33 |
| 08/14/2017 | | DEPOSIT | | 186.80 | 917.71 |
| 08/11/2017 | 13561 | CHECK Auto Plus | Part | 30.14 | 730.91 ✓ |
| 08/11/2017 | 13559 | CHECK Car Part Warehouse | Part | 90.78 | 761.05 ✓ |
| 08/11/2017 | 13558 | CHECK Shorkey ford | Part | 115.47 | 851.83 ✓ |
| 08/11/2017 | 13568 | CHECK Winnecour | Bankruptcy | 3,210.00 | 967.30 ✓ |
| 08/11/2017 | | DEPOSIT | | 1,140.00 | 4,177.30 |
| 08/10/2017 | 13564 | CHECK PPI | Part | 57.42 | 3,037.30 |
| 08/10/2017 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 170809 | | 165.85 | 3,094.72 ✓ |
| 08/10/2017 | 13563 | CHECK PPI | Part | 193.48 | 3,260.57 ✓ |
| 08/09/2017 | | DEPOSIT | | 1,205.85 | 3,454.05 |
| 08/08/2017 | 13557 | CHECK Flynn tire | Part | 259.03 | 2,248.20 ✓ |
| 08/07/2017 | 13556 | CHECK Auto Plus | Part | 64.48 | 2,507.23 ✓ |
| 08/07/2017 | | DEPOSIT | | 2,154.99 | 2,571.71 |
| 08/04/2017 | 13555 | CHECK Auto Plus | Part | 12.53 | 416.72 ✓ |
| 08/04/2017 | 13551 | CHECK West Penn loco | Part | 34.67 | 429.25 |
| 08/04/2017 | 13554 | CHECK Auto Plus | Part | 44.02 | 463.92 |
| 08/04/2017 | 13553 | CHECK Auto Plus | Part | 77.93 | 507.94 |
| 08/04/2017 | 13549 | CHECK | July | 95.00 | 585.87 |
| 08/03/2017 | 13552 | CHECK Auto Plus | Part | 40.38 | 680.87 ✓ |
| 08/02/2017 | 13550 | CHECK | July | 60.81 | 721.25 |
| 08/01/2017 | 13548 | CHECK | July | 22.00 | 782.06 |
| 08/01/2017 | 13545 | CHECK | July | 44.65 | 804.06 |
| 08/01/2017 | 13546 | CHECK | July | 83.98 | 848.71 |
| 08/01/2017 | 13543 | CHECK | July | 88.00 | 932.69 |
| 08/01/2017 | 13542 | CHECK | July | 93.09 | 1,020.69 |

## BASIC BUSINESS CHECKING, *5447     1722526

All completed transactions from 8/1/2017 to 8/31/2017

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 08/30/2017 | 13592 | CHECK Auto Plus Part | 18.93 | | 5,591.85 |
| 08/30/2017 | 13595 | CHECK PPI Part | 55.23 | | 5,610.78 |
| 08/29/2017 | 13583 | CASHED CHECK Bet | 250.00 | | 5,666.01 |
| 08/29/2017 | | DEPOSIT DelBianco Deposit For Engine | | 4,463.53 | 5,916.01 |
| 08/28/2017 | 13579 | CHECK Cash Part Inspection Stickers | 44.00 | | 1,452.48 |
| 08/28/2017 | 13587 | CHECK Bigs Garbage | 150.00 | | 1,496.48 |
| 08/25/2017 | 13590 | CHECK Auto Plus Part | 16.20 | | 1,646.48 |
| 08/25/2017 | 13588 | CHECK Home Depot Shop Supplies | 32.46 | | 1,662.68 |
| 08/25/2017 | 13586 | CHECK West Penn Iaco Part | 40.01 | | 1,695.14 |
| 08/24/2017 | 13589 | CHECK PPI Part | 34.95 | | 1,735.15 |
| 08/23/2017 | | DEPOSIT | | 1,698.10 | 1,770.10 |
| 08/22/2017 | 13578 | CHECK Auto Plus Part | 55.98 | | 72.00 |
| 08/22/2017 | 13576 | CHECK West Penn Iaco Part | 71.76 | | 127.98 |
| 08/22/2017 | 13582 | CHECK Home Depot Shop Repairs | 223.75 | | 199.74 |
| 08/22/2017 | 13581 | CHECK Auto Plus Part | 265.63 | | 423.49 |
| 08/21/2017 | 13580 | CHECK Cash Part I/m test | 20.00 | | 689.12 |
| 08/21/2017 | 13547 | CHECK July | 20.00 | | 709.12 |
| 08/21/2017 | 13577 | CHECK Auto Plus Part | 232.14 | | 729.12 |
| 08/21/2017 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *170731*T*0 000051151* *P* *20170821 | 511.51 | | 961.26 |
| 08/21/2017 | | DEPOSIT | | 1,322.82 | 1,472.77 |
| 08/18/2017 | 13575 | CHECK Auto Plus Part | 18.48 | | 149.95 |
| 08/18/2017 | 13574 | CHECK Auto Plus Part | 88.68 | | 168.43 |
| 08/17/2017 | 13573 | CHECK PPI Part | 32.95 | | 257.11 |
| 08/17/2017 | | PREAUTHORIZED DEBIT PEOPLESGAS PeoplesGas 170817 | 61.95 | | 290.06 |
| 08/17/2017 | 13571 | CHECK Auto Plus Part | 86.12 | | 352.01 |
| 08/17/2017 | 13570 | CHECK Car Part Warehouse Part | 96.30 | | 438.13 |
| 08/17/2017 | 13569 | CHECK AutoPlus Part | 102.95 | | 534.43 |

Page 3  M.D. Auto Works                    17-22526

| Check # | Date | Payee | Description | Amount | ✓ |
|---|---|---|---|---|---|
| 13560 | | Void | | | |
| 13584 | | Void | | | |
| 13599 | 8-31 | Auto Plus | Part | 23.98 | ✓ |
| 13591 | 8-28 | Auto Plus | Part | 33.54 | ✓ |
| 13593 | 8-29 | Cash | Part I/m | 22.00 | ✓ |
| 13594 | 8-29 | Cash | Part I/m | 20.00 | ✓ |
| 13596 | 8-29 | West Penn Ioco | Part | 31.84 | ✓ |
| 13597 | 8/29 | Cash | Windows | 30.00 | |
| 13595 | 8-30 | Pgh Machine | Part | 3963.53 | ✓ |
| 13585 | | Void | | | |
| Cash | 8-16 | Auto Zone | Part | 32.06 | ✓ |
| Cash | 8-15 | US Post Office money order Bankruptcy | Winneam | 300.00 | |

1722526 Page 4

- Return and Payment successfully Submitted

## Sales and Use Tax

| Business Name | Revenue ID | Account ID | Federal Employer Identific Number |
|---|---|---|---|
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 |
| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
| 8/1/2017 | 8/31/2017 | 9/20/2017 | 9/1/2017 | 9/1/2017 3:05:56 PM |
| Filed By | Transaction ID | Return Status | Original/Amended |
| Robert Leistner | 1317000004632588 | Complete | Original |

### Sales Tax, Use & Hotel Occupancy Tax {PA-3}

| | | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 12846.15 | 12846.15 |
| 2 | Net Taxable Sales | 12846.15 | 12846.15 |
| 3 | Total Amount of Tax Due | 770.77 | 128.46 |
| 4 | Discount (Discount Applied) | 7.71 | 1.28 |
| 5 | Net Tax Due | 763.06 | 127.18 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 763.06 | 127.18 |
| 11 | Credit (No Credits Applied) | 0.00 | 0.00 |
| 12 | Amount Due | 763.06 | 127.18 |
| | Total Payment Due | | $890.24 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return

1722526      pg 6

5997 
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

00006599-MPCLST09012017094495-830N-LETTER01-000000 0


ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

Haymaker Office
Account Number: ▇▇▇▇▇▇
Type: **Basic Business Checking**

Page 1 of 4
Statement from:
**August 1 to August 31, 2017**

Enclosures 0

## ACCOUNT SUMMARY

| | |
|---|---:|
| Previous Statement Balance | $ 1,113.78 |
| Deposits and Other Additions + | 12,846.15 |
| Checks Paid and Other Subtractions - | 12,331.61 |
| Ending Balance on August 31, 2017 | $ 1,628.32 |
| Low Balance | $ 72.00 |
| Average Ledger Balance | $ 1,390.94 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: ▇▇▇▇▇▇

| Date | Description | Subtractions | Additions | Balance |
|---|---|---:|---:|---:|
| 08-01 | Previous Statement Balance | | | $ 1,113.78 |
| 08-01 | Check 13542 | $ 93.09 - | | $ 1,020.69 |
| 08-01 | Check 13543 | $ 88.00 - | | $ 932.69 |
| 08-01 | Check 13546 | $ 83.98 - | | $ 848.71 |
| 08-01 | Check 13545 | $ 44.65 - | | $ 804.06 |
| 08-01 | Check 13548 | $ 22.00 - | | $ 782.06 |
| 08-02 | Check 13550 | $ 60.81 - | | $ 721.25 |
| 08-03 | Check 13552 | $ 40.38 - | | $ 680.87 |
| 08-04 | Check 13549 | $ 95.00 - | | $ 585.87 |
| 08-04 | Check 13553 | $ 77.93 - | | $ 507.94 |
| 08-04 | Check 13554 | $ 44.02 - | | $ 463.92 |
| 08-04 | Check 13551 | $ 34.67 - | | $ 429.25 |
| 08-04 | Check 13555 | $ 12.53 - | | $ 416.72 |
| 08-07 | Deposit | | $ 2,154.99 | $ 2,571.71 |
| 08-07 | Check 13556 | $ 64.48 - | | $ 2,507.23 |
| 08-08 | Check 13557 | $ 259.03 - | | $ 2,248.20 |
| 08-09 | Deposit | | $ 1,205.85 | $ 3,454.05 |
| 08-10 | Check 13563 | $ 193.48 - | | $ 3,260.57 |
| 08-10 | #Preauthorized Debit ALLDATA LLC PAYMENT 170809 | $ 165.85 - | | $ 3,094.72 |
| 08-10 | Check 13564 | $ 57.42 - | | $ 3,037.30 |
| 08-11 | Deposit | | $ 1,140.00 | $ 4,177.30 |


15642

*172256*    *page 7*

5997

**ROBERT J LEISTNER**
Account Number: ~~████████~~
Type: Basic Business Checking
Page 2 of 4

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: ~~████████~~

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| | | | | $ 967.30 |
| 08-11 | Check 13568 | $ 3,210.00 - | | $ 851.83 |
| 08-11 | Check 13558 | $ 115.47 - | | $ 761.05 |
| 08-11 | Check 13559 | $ 90.78 - | | $ 730.91 |
| 08-11 | Check 13561 | $ 30.14 - | | |
| 08-14 | Deposit | | $ 186.80 | $ 917.71 |
| 08-14 | Check 13567 | $ 20.38 - | | $ 897.33 |
| 08-14 | Check 13566 | $ 18.21 - | | $ 879.12 |
| 08-15 | Check 13562 | $ 600.00 - | | $ 279.12 |
| 08-15 | Check 13565 | $ 58.85 - | | $ 220.27 |
| 08-16 | Deposit | | $ 674.06 | $ 894.33 |
| 08-17 | Check 13572 | $ 150.00 - | | $ 744.33 |
| 08-17 | #Preauthorized Debit<br>WU DuquesneLight WU Duquesn<br>170817 | $ 106.95 - | | $ 637.38 |
| 08-17 | Check 13569 | $ 102.95 - | | $ 534.43 |
| 08-17 | Check 13570 | $ 96.30 - | | $ 438.13 |
| 08-17 | Check 13571 | $ 86.12 - | | $ 352.01 |
| 08-17 | #Preauthorized Debit<br>PEOPLESGAS PeoplesGas<br>170817 | $ 61.95 - | | $ 290.06 |
| 08-17 | Check 13573 | $ 32.95 - | | $ 257.11 |
| 08-18 | Check 13574 | $ 88.68 - | | $ 168.43 |
| 08-18 | Check 13575 | $ 18.48 - | | $ 149.95 |
| 08-21 | Deposit | | $ 1,322.82 | $ 1,472.77 |
| 08-21 | #Preauthorized Debit<br>COMMWLTHOFPA INT PASTSALETX<br>TXP*82440266 *1052 *170731*T*0<br>000051151* *P* *20170821 | $ 511.51 - | | $ 961.26 |
| 08-21 | Check 13577 | $ 232.14 - | | $ 729.12 |
| 08-21 | Check 13547 | $ 20.00 - | | $ 709.12 |
| 08-21 | Check 13580 | $ 20.00 - | | $ 689.12 |
| 08-22 | Check 13581 | $ 265.63 - | | $ 423.49 |
| 08-22 | Check 13582 | $ 223.75 - | | $ 199.74 |
| 08-22 | Check 13576 | $ 71.76 - | | $ 127.98 |
| 08-22 | Check 13578 | $ 55.98 - | | $ 72.00 |
| 08-23 | Deposit | | $ 1,698.10 | $ 1,770.10 |
| 08-24 | Check 13589 | $ 34.95 - | | $ 1,735.15 |
| 08-25 | Check 13586 | $ 40.01 - | | $ 1,695.14 |
| 08-25 | Check 13588 | $ 32.46 - | | $ 1,662.68 |
| 08-25 | Check 13590 | $ 16.20 - | | $ 1,646.48 |
| 08-28 | Check 13587 | $ 150.00 - | | $ 1,496.48 |
| 08-28 | Check 13579 | $ 44.00 - | | $ 1,452.48 |



Page 3 of 4
5997

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 08-29 | Deposit | | $ 4,463.53 | $ 5,916.01 |
| 08-29 | Check 13583 | $ 250.00 - | | $ 5,666.01 |
| 08-30 | Check 13595 | $ 55.23 - | | $ 5,610.78 |
| 08-30 | Check 13592 | $ 18.93 - | | $ 5,591.85 |
| 08-31 | Check 13598 | $ 3,963.53 - | | $ 1,628.32 |
| 08-31 | Ending Totals | $ 12,331.61 - | $ 12,846.15 | $ 1,628.32 |

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 13542 | $ 93.09 | 13559 | $ 90.78 | 13576 | $ 71.76 |
| 13543 | $ 88.00 | 13561* | $ 30.14 | 13577 | $ 232.14 |
| 13545* | $ 44.65 | 13562 | $ 600.00 | 13578 | $ 55.98 |
| 13546 | $ 83.98 | 13563 | $ 193.48 | 13579 | $ 44.00 |
| 13547 | $ 20.00 | 13564 | $ 57.42 | 13580 | $ 20.00 |
| 13548 | $ 22.00 | 13565 | $ 58.85 | 13581 | $ 265.63 |
| 13549 | $ 95.00 | 13566 | $ 18.21 | 13582 | $ 223.75 |
| 13550 | $ 60.81 | 13567 | $ 20.38 | 13583 | $ 250.00 |
| 13551 | $ 34.67 | 13568 | $ 3,210.00 | 13586* | $ 40.01 |
| 13552 | $ 40.38 | 13569 | $ 102.95 | 13587 | $ 150.00 |
| 13553 | $ 77.93 | 13570 | $ 96.30 | 13588 | $ 32.46 |
| 13554 | $ 44.02 | 13571 | $ 86.12 | 13589 | $ 34.95 |
| 13555 | $ 12.53 | 13572 | $ 150.00 | 13590 | $ 16.20 |
| 13556 | $ 64.48 | 13573 | $ 32.95 | 13592* | $ 18.93 |
| 13557 | $ 259.03 | 13574 | $ 88.68 | 13595* | $ 55.23 |
| 13558 | $ 115.47 | 13575 | $ 18.48 | 13598* | $ 3,963.53 |

\* Indicates Skip in Check Number

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 08-10 | Preauthorized debit | 165.85 | 08-17 | Preauthorized debit | 61.95 |
| 08-17 | Preauthorized debit | 106.95 | 08-21 | Preauthorized debit | 511.51 |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 08-07 | Deposit | 2,154.99 | 08-16 | Deposit | 674.06 |
| 08-09 | Deposit | 1,205.85 | 08-21 | Deposit | 1,322.82 |
| 08-11 | Deposit | 1,140.00 | 08-23 | Deposit | 1,698.10 |
| 08-14 | Deposit | 186.80 | 08-29 | Deposit | 4,463.53 |



1722526 Page 9

5997

**ROBERT J LEISTNER**
Account Number:
Type: **Basic Business Checking**
*Page 4 of 4*

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $0.00 |