# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Bankruptcy No. 17-22526-GLT** |
| **Robert J. Leistner** | ) | |
| **Linda A. Leistner** | ) | **Chapter 13** |
| | ) | |
| **Debtors** | ) | |

## MONTHLY OPERATING REPORT
## SEPTEMBER  2017

PAWB FORM 5  (03/12)

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name  Robert J. Leistner And Linda A. Leistner

Case No.  1722526

Month  September 2017          Year  2017

Gross receipts for month:                    8045.16

(If more than one source, list each)

TOTAL GROSS RECEIPTS:  $  8045.16

Business expenses paid:

| Description | Amount |
|---|---|
| Parts | 2251.67 |
| Comcast Phone | 161.87 |
| Utilities | 106. |
| Sales tax | 890.24 |
| Bankruptcy | 3500.00 |
| Alldata | 165.85 |
| St Bank Service Fee | 36.00 |

TOTAL EXPENSES:  $  7111.63

NET PROFIT OR (LOSS) FOR MONTH:  $  933.53

Reports for each month are due by the 15th day of the following month and should be mailed to:

Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

## BASIC BUSINESS CHECKING, *5447

*1722526*

All completed transactions from 09/01/2017 to 09/30/2017

| Date | Number | Description | | Withdrawals | Deposits | Balance | |
|------|--------|-------------|---|-------------|----------|---------|---|
| 09/29/2017 | 13629 | CHECK *Auto Plus* *Part* | | 224.05 | | 2,418.95 | ✓ |
| 09/28/2017 | | DEPOSIT | | | 2,402.29 | 2,643.00 | |
| 09/27/2017 | 13624 | CHECK *Auto Plus* *Part* | | 16.26 | | 240.71 | ✓ |
| 09/27/2017 | 13626 | CHECK *Auto Plus* *Part* | | 53.54 | | 256.97 | ✓ |
| 09/27/2017 | 13620 | CHECK *West Penn laco* *Part* | | 71.76 | | 310.51 | ✓ |
| 09/27/2017 | 13618 | CHECK *Klingspor* *Supplies* | | 85.12 | | 382.27 | |
| 09/27/2017 | 13623 | CHECK *CPW* *Part* | | 122.27 | | 467.39 | ✓ |
| 09/25/2017 | 13617 | CHECK *Tristate Ford* *Part* | | 108.62 | | 589.66 | ✓ |
| 09/25/2017 | 13616 | CHECK *A&D Auto wreckers* *Part* | | 330.00 | | 698.28 | ✓ |
| 09/25/2017 | | DEPOSIT | | | 400.00 | 1,028.28 | |
| 09/22/2017 | 13615 | CHECK *West Penn laco* *Supplies* | | 175.35 | | 628.28 | |
| 09/22/2017 | | CHECK CARD *Smart Buy Part For Phone* | | 28.99 | | 803.63 | |
| 09/21/2017 | 13614 | CHECK *Auto Plus* *Part* | | 30.31 | | 832.62 | ✓ |
| 09/20/2017 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *170831*T*0 000089024* *P* *20170920 | | 890.24 | | 862.93 | |
| 09/20/2017 | | CHECK CARD PURCHASE MERCHANT PURCHASE HOME DEPOT PITTSBURG PA SEQ *Supplies* | | 31.35 | | 1,753.17 | |
| 09/19/2017 | 13612 | CHECK *Rad cliff* *Part* | | 12.96 | | 1,784.52 | ✓ |
| 09/19/2017 | 13611 | CHECK *Auto Plus* *Part* | | 16.05 | | 1,797.48 | ✓ |
| 09/19/2017 | 13442 | CHECK *Winnecor* *Bankruptcy* | | 1,000.00 | | 1,813.53 | |
| 09/18/2017 | 13613 | CASHED CHECK *Winnecor Bankruptcy* | | 400.00 | | 2,813.53 | |
| 09/18/2017 | | *Home Depot Supplies* | | 162.27 | | 3,213.53 | |
| 09/18/2017 | | DEPOSIT | | | 2,833.13 | 3,375.80 | |
| 09/14/2017 | 13609 | CHECK *CPW (car part Warehouse) Part* | | 49.09 | | 542.67 | ✓ |
| 09/14/2017 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13608 | | 36.00 | | 591.76 | |
| 09/14/2017 | | DEPOSIT | | | 669.95 | 627.76 | |

| Date | Check # | Type | Payee | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 09/13/2017 | 13608 | CHECK | AutoPlus | Part | 116.85 | -42.19 |
| 09/13/2017 | 13607 | CHECK | InterState Battery | Part | 116.95 | 74.66 |
| 09/13/2017 | 13610 | CHECK | Winnccour | Bankrupt | 1,800.00 | 191.61 |
| 09/12/2017 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 170911 | | | 165.85 | 1,991.61 |
| 09/11/2017 | 13605 | CHECK | InterState Battery | Part | 16.00 | 2,157.46 |
| 09/11/2017 | 13606 | CHECK | Auto Plus | Part | 50.00 | 2,173.46 |
| 09/11/2017 | | DEPOSIT | | | 1,739.79 | 2,223.46 |
| 09/08/2017 | 13603 | CHECK | Towing charge | | 50.00 | 483.67 |
| 09/08/2017 | 13604 | CHECK | Marsh Auto Salvage | Part | 200.00 | 533.67 |
| 09/07/2017 | 13602 | CHECK | Auto Plus | Part | 108.29 | 733.67 |
| 09/06/2017 | 13593 | CHECK | August | Part August | 22.00 | 841.96 |
| 09/06/2017 | 13600 | CHECK | PPI | Part | 225.00 | 863.96 |
| 09/05/2017 | 13594 | CHECK | | August | 20.00 | 1,088.96 |
| 09/05/2017 | 13599 | CHECK | | August | 23.98 | 1,108.96 |
| 09/05/2017 | 13597 | CHECK | | August | 30.00 | 1,132.94 |
| 09/05/2017 | 18544013601 | CHECK | Cash | Bob | 300.00 | 1,162.94 |
| 09/05/2017 | | ATM WITHDRAWAL CASH WITHDRAWAL TERMINAL Cash Bob | | | 100.00 | 1,462.94 |
| 09/01/2017 | 13596 | CHECK | | August | 31.84 | 1,562.94 |
| 09/01/2017 | 13591 | CHECK | | August | 33.54 | 1,594.78 |
| 9-22 | 13621 | | A & D Auto wreckers | Part | 240.00 | ✓ |
| 9-22 | 13622 | | Cash | Bob | 200.00 | |
| 9-25 | 13625 | | Flynn Tire | Part | 101.65 | |
| 9-26 | 13627 | | Windows | Janitor | 30.00 | |
| 9-28 | 13628 | | McTool | tool | 230.68 | |
| 9-30 | 13630 | | Cash | I/m part | 22.00 | |
| 9-30 | 13631 | | Cash | I/m Part | 20.00 | |
| 9-30 | 13632 | | Cash | Bob | 200.00 | |
| | 13619 | | Void | | | |

1722526

• Return and Payment successfully Submitted

| Sales and Use Tax | | | | |
|---|---|---|---|---|
| **Business Name** | **Revenue ID** | **Account ID** | **Federal Employer Identification Number** | |
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 | |
| **Period Start Date** | **Period End Date** | **Period Due Date** | **Effective Date** | **Time Filed** |
| 9/1/2017 | 9/30/2017 | 10/20/2017 | 10/3/2017 | 10/3/2017 4:41:50 PM |
| **Filed By** | | **Transaction ID** | **Return Status** | **Original/Amended** |
| Robert Leistner | | 1317000005048432 | Complete | Original |

## Sales Tax, Use & Hotel Occupancy Tax {PA-3}

| | | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 8045.16 | 8045.16 |
| 2 | Net Taxable Sales | 8045.16 | 8045.16 |
| 3 | Total Amount of Tax Due | 482.71 | 80.45 |
| 4 | Discount *Discount Applied.* | 4.83 | 0.80 |
| 5 | Net Tax Due | 477.88 | 79.65 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 477.88 | 79.65 |
| 11 | Credit *No Credits Applied.* | 0.00 | 0.00 |
| 12 | Amount Due | 477.88 | 79.65 |
| | Total Payment Due | | $557.53 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return



6218

PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

MEMBER FDIC

*1722526*

00006207-MPCLST10022017050278-830N-LETTER01-000000 0



ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

**Haymaker Office**
Account Number: ▓▓▓▓▓▓▓
Type: **Basic Business Checking**

*Page 1 of 3*
Statement from:
September 1 to September 29, 2017

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| *Previous Statement Balance* | | $ 1,628.32 |
| *Deposits and Other Additions* | + | 8,045.16 |
| *Checks Paid and Other Subtractions* | - | 7,254.53 |
| *Ending Balance on September 29, 2017* | | $ 2,418.95 |
| *Low Balance* | | $ 42.19 - |
| *Average Ledger Balance* | | $ 1,079.49 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: ▓▓▓▓▓▓▓

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 09-01 | Previous Statement Balance | | | $ 1,628.32 |
| 09-01 | Check  13591 | $ 33.54 - | | $ 1,594.78 |
| 09-01 | Check  13596 | $ 31.84 - | | $ 1,562.94 |
| 09-05 | #ATM Withdrawal | $ 100.00 - | | $ 1,462.94 |
| | CASH WITHDRAWAL TERMINAL T368169 2003 LINCOLN WAY O AK PARWHITE OAK PA SEQ # 000000004231-1683 | | | |
| 09-05 | Check  18544013601 | $ 300.00 - | | $ 1,162.94 |
| 09-05 | Check  13597 | $ 30.00 - | | $ 1,132.94 |
| 09-05 | Check  13599 | $ 23.98 - | | $ 1,108.96 |
| 09-05 | Check  13594 | $ 20.00 - | | $ 1,088.96 |
| 09-06 | Check  13600 | $ 225.00 - | | $ 863.96 |
| 09-06 | Check  13593 | $ 22.00 - | | $ 841.96 |
| 09-07 | Check  13602 | $ 108.29 - | | $ 733.67 |
| 09-08 | Check  13604 | $ 200.00 - | | $ 533.67 |
| 09-08 | Check  13603 | $ 50.00 - | | $ 483.67 |
| 09-11 | Deposit | | $ 1,739.79 | $ 2,223.46 |
| 09-11 | Check  13606 | $ 50.00 - | | $ 2,173.46 |
| 09-11 | Check  13605 | $ 16.00 - | | $ 2,157.46 |
| 09-12 | #Preauthorized Debit | $ 165.85 - | | $ 1,991.61 |
| | ALLDATA LLC PAYMENT | | | |
| | 170911 | | | |
| 09-13 | Check  13610 | $ 1,800.00 - | | $ 191.61 |
| 09-13 | Check  13607 | $ 116.95 - | | $ 74.66 |
| 09-13 | Check  13608 | $ 116.85 - | | $ 42.19 - |

15642

6218

**ROBERT J LEISTNER**
Account Number: ▓▓▓▓▓
Type: **Basic Business Checking**
*Page 2 of 3*

*1722526* 

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: ▓▓▓▓▓

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 09-14 | Deposit | | $ 669.95 | $ 627.76 |
| 09-14 | #Overdraft Fee | $ 36.00 - | | $ 591.76 |
| | FOR OVERDRAFT CHECK # 13608 | | | |
| 09-14 | Check  13609 | $ 49.09 - | | $ 542.67 |
| 09-18 | Deposit | | $ 2,833.13 | $ 3,375.80 |
| 09-18 | #POS Purchase | $ 162.27 - | | $ 3,213.53 |
| | POS PURCHASE TERMINAL 05979186 NST THE HOME DEPOT 731  PITTSBURG PA SEQ # 726102196601-1683 | | | |
| 09-18 | Check  13613 | $ 400.00 - | | $ 2,813.53 |
| 09-19 | Check  13442 | $ 1,000.00 - | | $ 1,813.53 |
| 09-19 | Check  13611 | $ 16.05 - | | $ 1,797.48 |
| 09-19 | Check  13612 | $ 12.96 - | | $ 1,784.52 |
| 09-20 | #Check Card Purchase | $ 31.35 - | | $ 1,753.17 |
| | MERCHANT PURCHASE TERMINAL 319181 THE HOME DEPOT #41 16   PITTSBURG PA SEQ # 726315550581-1683 | | | |
| 09-20 | #Preauthorized Debit | $ 890.24 - | | $ 862.93 |
| | COMMWLTHOFPA INT PASTSALETX | | | |
| | TXP*82440266 *1052 *170831*T*0 | | | |
| | 000089024* *P* *20170920 | | | |
| 09-21 | Check  13614 | $ 30.31 - | | $ 832.62 |
| 09-22 | #Check Card Purchase | $ 28.99 - | | $ 803.63 |
| | MERCHANT PURCHASE TERMINAL 449215 PAYPAL  SMARTBUY 402 935 7 CA SEQ # 726428894460-1683 | | | |
| 09-22 | Check  13615 | $ 175.35 - | | $ 628.28 |
| 09-25 | Deposit | | $ 400.00 | $ 1,028.28 |
| 09-25 | Check  13616 | $ 330.00 - | | $ 698.28 |
| 09-25 | Check  13617 | $ 108.62 - | | $ 589.66 |
| 09-27 | Check  13623 | $ 122.27 - | | $ 467.39 |
| 09-27 | Check  13618 | $ 85.12 - | | $ 382.27 |
| 09-27 | Check  13620 | $ 71.76 - | | $ 310.51 |
| 09-27 | Check  13626 | $ 53.54 - | | $ 256.97 |
| 09-27 | Check  13624 | $ 16.26 - | | $ 240.71 |
| 09-28 | Deposit | | $ 2,402.29 | $ 2,643.00 |
| 09-29 | Check  13629 | $ 224.05 - | | $ 2,418.95 |
| 09-29 | Ending Totals | $ 7,254.53 - | $ 8,045.16 | $ 2,418.95 |

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 13442 | $ 1,000.00 | 13596* | $ 31.84 | 13602* | $ 108.29 |
| 13591* | $ 33.54 | 13597 | $ 30.00 | 13603 | $ 50.00 |
| 13593* | $ 22.00 | 13599* | $ 23.98 | 13604 | $ 200.00 |
| 13594 | $ 20.00 | 13600 | $ 225.00 | 13605 | $ 16.00 |

*\* Indicates Skip in Check Number*

*1722526*

*Page 3 of 3*
6218

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 13606 | $ 50.00 | 13613 | $ 400.00 | 13623* | $ 122.27 |
| 13607 | $ 116.95 | 13614 | $ 30.31 | 13624 | $ 16.26 |
| 13608 | $ 116.85 | 13615 | $ 175.35 | 13626* | $ 53.54 |
| 13609 | $ 49.09 | 13616 | $ 330.00 | 13629* | $ 224.05 |
| 13610 | $ 1,800.00 | 13617 | $ 108.62 | 8544013601* | $ 300.00 |
| 13611 | $ 16.05 | 13618 | $ 85.12 | | |
| 13612 | $ 12.96 | 13620* | $ 71.76 | | |

*\* Indicates Skip in Check Number*

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 09-05 | ATM withdrawal | 100.00 | 09-20 | Check card purchase | 31.35 |
| 09-12 | Preauthorized debit | 165.85 | 09-20 | Preauthorized debit | 890.24 |
| 09-14 | Overdraft fee | 36.00 | 09-22 | Check card purchase | 28.99 |
| 09-18 | POS purchase | 162.27 | | | |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 09-11 | Deposit | 1,739.79 | 09-25 | Deposit | 400.00 |
| 09-14 | Deposit | 669.95 | 09-28 | Deposit | 2,402.29 |
| 09-18 | Deposit | 2,833.13 | | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $36.00 | $71.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

EFFECTIVE ACCOUNT MANAGEMENT CAN MINIMIZE OVERDRAFT FEES. AS SUCH, WE FEEL IT IS IMPORTANT TO KEEP YOU INFORMED OF TOOLS THAT CAN HELP YOU MANAGE YOUR CHECKING ACCOUNT. WE OFFER A WEB-BASED TUTORIAL, TITLED CHECKING NAVIGATOR, THAT YOU CAN FIND AT STBANK.COM/NAVIGATOR. WE WOULD LIKE TO DISCUSS WAYS TO HELP YOU REDUCE THE NUMBER OF OVERDRAFT FEES YOU ARE PAYING. CALL US AT 800.325.2265 TO LEARN MORE.



00006207-002-002-MPCLST10022017050278-830N-LETTER01-00-0-00006218