# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | **Bankruptcy No. 17-22526-GLT** |
| **Robert J. Leistner** ) | |
| **Linda A. Leistner** ) | **Chapter 13** |
| ) | |
| **Debtors** ) | |

## MONTHLY OPERATING REPORT
## OCTOBER  2017

PAWB FORM 5 (03/12)

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: Robert J. Leistner And Linda A. Leistner

Case No. 1722526

Month: October       Year: 2017

Gross receipts for month: 8542.33
(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ 8542.33

Business expenses paid:

| Description | Amount |
|---|---|
| Parts | 3751.80 |
| Comcast Telephone | 161.99 |
| Duquesne Light | 450.15 |
| Alldata | 165.85 |
| tools | 154.40 |
| Supplies | 209.79 |
| Sales Tax September | 557.53 |
| Bankruptcy | 3500.00 |
| Bank Service Fees | 180.00 |

TOTAL EXPENSES: $ 9131.51

NET PROFIT OR (LOSS) FOR MONTH: $ -589.18

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

1722526

- Return and Payment successfully Submitted

| Sales and Use Tax | | | | |
|---|---|---|---|---|
| Business Name | Revenue ID | Account ID | Federal Employer Identification Number | |
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 | |
| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
| 10/1/2017 | 10/31/2017 | 11/20/2017 | 11/6/2017 | 11/6/2017 4:06:53 PM |
| Filed By | | Transaction ID | Return Status | Original/Amended |
| Robert Leistner | | 1317000005840059 | Complete | Original |

Sales Tax, Use & Hotel Occupancy Tax {PA-3}

| | | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 8542.33 | 8542.33 |
| 2 | Net Taxable Sales | 8542.33 | 8542.33 |
| 3 | Total Amount of Tax Due | 512.54 | 85.42 |
| 4 | Discount  Discount Applied | 5.13 | 0.85 |
| 5 | Net Tax Due | 507.41 | 84.57 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 507.41 | 84.57 |
| 11 | Credit  No Credits Applied | 0.00 | 0.00 |
| 12 | Amount Due | 507.41 | 84.57 |
| | Total Payment Due | | $591.98 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return



5957  PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

1722526

00006557-MPCLST11012017091237-830N-LETTER01-000000 0



ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

**Haymaker Office**
Account Number: ▓▓▓▓▓
Type: Basic Business Checking

Page 1 of 4
Statement from:
September 30 to October 31, 2017

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 2,418.95 |
| Deposits and Other Additions | + | 8,542.33 |
| Checks Paid and Other Subtractions | - | 9,572.63 |
| Ending Balance on October 31, 2017 | | $ 1,388.65 |
| Low Balance | | $ 218.71 - |
| Average Ledger Balance | | $ 1,270.19 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: ▓▓▓▓▓

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 09-30 | Previous Statement Balance | | | $ 2,418.95 |
| 10-02 | Check 13622 | $ 200.00 - | | $ 2,218.95 |
| 10-02 | Check 13621 | $ 240.00 - | | $ 1,978.95 |
| 10-02 | Check 13632 | $ 200.00 - | | $ 1,778.95 |
| 10-02 | Check 13625 | $ 101.85 - | | $ 1,677.10 |
| 10-03 | #Preauthorized Debit WU DuquesneLight WU Duquesn 171003 | $ 450.15 - | | $ 1,226.95 |
| 10-03 | Check 13627 | $ 30.00 - | | $ 1,196.95 |
| 10-03 | Check 13630 | $ 22.00 - | | $ 1,174.95 |
| 10-04 | Deposit | | $ 1,899.57 | $ 3,074.52 |
| 10-05 | Check 13634 | $ 73.32 - | | $ 3,001.20 |
| 10-06 | Check 13631 | $ 20.00 - | | $ 2,981.20 |
| 10-06 | Check 13635 | $ 9.92 - | | $ 2,971.28 |
| 10-09 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 449215 PAYPAL ARS 402 935 7 CA SEQ # 728025894013-1683 | $ 91.90 - | | $ 2,879.38 |
| 10-10 | Check 13585 | $ 2,520.00 - | | $ 359.38 |
| 10-10 | #Preauthorized Debit ALLDATA LLC PAYMENT 171010 | $ 165.85 - | | $ 193.53 |
| 10-10 | Check 13636 | $ 151.45 - | | $ 42.08 |
| 10-10 | Check 13637 | $ 77.30 - | | $ 35.22 - |
| 10-11 | Deposit | | $ 1,300.00 | $ 1,264.78 |


15642

5957

**ROBERT J LEISTNER**
Account Number: ▓▓▓▓▓
Type: **Basic Business Checking**
Page 2 of 4

DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: ▓▓▓▓▓

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 10-11 | Deposit | | $ 1,059.56 | $ 2,324.34 |
| 10-11 | #Overdraft Fee | $ 36.00 - | | $ 2,288.34 |
| | FOR OVERDRAFT CHECK # 13637 | | | |
| 10-11 | Check 13628 | $ 230.68 - | | $ 2,057.66 |
| 10-11 | Check 13641 | $ 107.97 - | | $ 1,949.69 |
| 10-11 | Check 13639 | $ 96.27 - | | $ 1,853.42 |
| 10-11 | Check 13640 | $ 86.46 - | | $ 1,766.96 |
| 10-11 | Check 13638 | $ 74.22 - | | $ 1,692.74 |
| 10-11 | Check 13633 | $ 62.50 - | | $ 1,630.24 |
| 10-11 | Check 13643 | $ 29.04 - | | $ 1,601.20 |
| 10-11 | Check 13642 | $ 24.03 - | | $ 1,577.17 |
| 10-12 | #POS Purchase | $ 209.79 - | | $ 1,367.38 |
| | POS PURCHASE TERMINAL 06228915 NST THE HOME DEPOT 162 PITTSBURG PA SEQ # 728505254102-1683 | | | |
| 10-12 | Check 13457 | $ 1,200.00 - | | $ 167.38 |
| 10-12 | Check 13647 | $ 220.00 - | | $ 52.62 - |
| 10-12 | Check 13646 | $ 145.00 - | | $ 197.62 - |
| 10-12 | Check 13644 | $ 21.09 - | | $ 218.71 - |
| 10-13 | Deposit | | $ 250.00 | $ 31.29 |
| 10-13 | #Overdraft Fee | $ 36.00 - | | $ 4.71 - |
| | FOR OVERDRAFT CHECK # 13647 | | | |
| 10-13 | #Overdraft Fee | $ 36.00 - | | $ 40.71 - |
| | FOR OVERDRAFT CHECK # 13646 | | | |
| 10-13 | #Overdraft Fee | $ 36.00 - | | $ 76.71 - |
| | FOR OVERDRAFT CHECK # 13644 | | | |
| 10-13 | Check 13648 | $ 8.54 - | | $ 85.25 - |
| 10-16 | Deposit | | $ 1,239.91 | $ 1,154.66 |
| 10-16 | #Overdraft Fee | $ 36.00 - | | $ 1,118.66 |
| | FOR OVERDRAFT CHECK # 13648 | | | |
| 10-16 | Check 13649 | $ 125.00 - | | $ 993.66 |
| 10-17 | Check 13650 | $ 248.32 - | | $ 745.34 |
| 10-18 | Deposit | | $ 847.07 | $ 1,592.41 |
| 10-20 | Deposit | | $ 348.00 | $ 1,940.41 |
| 10-20 | #Preauthorized Debit | $ 557.53 - | | $ 1,382.88 |
| | COMMWLTHOFPA INT PASTSALETX | | | |
| | TXP*82440266 *1052 *170930*T*0 | | | |
| | 000055753* *P* *20171020 | | | |
| 10-20 | Check 13655 | $ 293.60 - | | $ 1,089.28 |
| 10-20 | Check 13653 | $ 69.95 - | | $ 1,019.33 |
| 10-20 | Check 13654 | $ 21.09 - | | $ 998.24 |
| 10-23 | Check 13651 | $ 200.00 - | | $ 798.24 |
| 10-23 | Check 13656 | $ 97.95 - | | $ 700.29 |
| 10-23 | Check 13658 | $ 21.55 - | | $ 678.74 |

Page 3 of 4
5957

1722526

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 

| Date | | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 10-24 | Deposit | | $ 400.00 | $ 1,078.74 |
| 10-24 | Check 13645 | $ 167.83 - | | $ 910.91 |
| 10-24 | Check 13657 | $ 21.09 - | | $ 889.82 |
| 10-26 | Check 13660 | $ 565.00 - | | $ 324.82 |
| 10-26 | Check 13662 | $ 68.47 - | | $ 256.35 |
| 10-26 | Check 13659 | $ 40.00 - | | $ 216.35 |
| 10-30 | Deposit | | $ 1,198.22 | $ 1,414.57 |
| 10-30 | Check 13663 | $ 25.92 - | | $ 1,388.65 |
| 10-31 | Ending Totals | $ 9,572.63 - | $ 8,542.33 | $ 1,388.65 |

### CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 13457 | $ 1,200.00 | 13636 | $ 151.45 | 13649 | $ 125.00 |
| 13585* | $ 2,520.00 | 13637 | $ 77.30 | 13650 | $ 248.32 |
| 13621* | $ 240.00 | 13638 | $ 74.22 | 13651 | $ 200.00 |
| 13622 | $ 200.00 | 13639 | $ 96.27 | 13653* | $ 69.95 |
| 13625* | $ 101.85 | 13640 | $ 86.46 | 13654 | $ 21.09 |
| 13627* | $ 30.00 | 13641 | $ 107.97 | 13655 | $ 293.60 |
| 13628 | $ 230.68 | 13642 | $ 24.03 | 13656 | $ 97.95 |
| 13630* | $ 22.00 | 13643 | $ 29.04 | 13657 | $ 21.09 |
| 13631 | $ 20.00 | 13644 | $ 21.09 | 13658 | $ 21.55 |
| 13632 | $ 200.00 | 13645 | $ 167.83 | 13659 | $ 40.00 |
| 13633 | $ 62.50 | 13646 | $ 145.00 | 13660 | $ 565.00 |
| 13634 | $ 73.32 | 13647 | $ 220.00 | 13662* | $ 68.47 |
| 13635 | $ 9.92 | 13648 | $ 8.54 | 13663 | $ 25.92 |

* Indicates Skip in Check Number

### WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 10-03 | Preauthorized debit | 450.15 | 10-13 | Overdraft fee | 36.00 |
| 10-09 | Check card purchase | 91.90 | 10-13 | Overdraft fee | 36.00 |
| 10-10 | Preauthorized debit | 165.85 | 10-13 | Overdraft fee | 36.00 |
| 10-11 | Overdraft fee | 36.00 | 10-16 | Overdraft fee | 36.00 |
| 10-12 | POS purchase | 209.79 | 10-20 | Preauthorized debit | 557.53 |

### DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 10-04 | Deposit | 1,899.57 | 10-18 | Deposit | 847.07 |
| 10-11 | Deposit | 1,300.00 | 10-20 | Deposit | 348.00 |
| 10-11 | Deposit | 1,059.56 | 10-24 | Deposit | 400.00 |
| 10-13 | Deposit | 250.00 | 10-30 | Deposit | 1,198.22 |
| 10-16 | Deposit | 1,239.91 | | | |



5957

**ROBERT J LEISTNER**
Account Number: [redacted]
Type: Basic Business Checking
Page 4 of 4

/722526

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $180.00 | $251.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

EFFECTIVE ACCOUNT MANAGEMENT CAN MINIMIZE OVERDRAFT FEES. AS SUCH, WE FEEL IT IS IMPORTANT TO KEEP YOU INFORMED OF TOOLS THAT CAN HELP YOU MANAGE YOUR CHECKING ACCOUNT. WE OFFER A WEB-BASED TUTORIAL, TITLED CHECKING NAVIGATOR, THAT YOU CAN FIND AT STBANK.COM/NAVIGATOR. WE WOULD LIKE TO DISCUSS WAYS TO HELP YOU REDUCE THE NUMBER OF OVERDRAFT FEES YOU ARE PAYING. CALL US AT 800.325.2265 TO LEARN MORE.

| Date | Check # | Description | Annotation | Category | Amount | Deposit | Balance | ✓ |
|---|---|---|---|---|---|---|---|---|
| 10/12/2017 | 13647 | CHECK | Ryans Auto Glass | Part | 220.00 | | -52.62 | ✓ |
| 10/12/2017 | 13457 | CASHED CHECK | Bankruptcy | | 1,200.00 | | 167.38 | |
| 10/12/2017 | | POS PURCHASE POS PURCHASE TERMINAL 06228915 NST THE HOME DEPOT 162 PITTSBURG PA SEQ # 728505254102 XXXXXXXXXXXX1683 | | Supplies | 209.79 | | 1,367.38 | |
| 10/11/2017 | 13642 | CHECK | CPW | Part | 24.03 | | 1,577.17 | ✓ |
| 10/11/2017 | 13643 | CHECK | Auto Plus | Part | 29.04 | | 1,601.20 | ✓ |
| 10/11/2017 | 13633 | CHECK | Leach | Tool | 62.50 | | 1,630.24 | |
| 10/11/2017 | 13638 | CHECK | Flynn Tires | Part | 74.22 | | 1,692.74 | ✓ |
| 10/11/2017 | 13640 | CHECK | Auto Plus | Part | 86.46 | | 1,766.96 | ✓ |
| 10/11/2017 | 13639 | CHECK | CPW | Part | 96.27 | | 1,853.42 | ✓ |
| 10/11/2017 | 13641 | CHECK | Auto Plus | Part | 107.97 | | 1,949.69 | ✓ |
| 10/11/2017 | 13628 | CHECK | | Sept | 230.68 | | 2,057.66 | |
| 10/11/2017 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13637 | | | 36.00 | | 2,288.34 | |
| 10/11/2017 | | DEPOSIT | | | | 1,059.56 | 2,324.34 | ✓ |
| 10/11/2017 | | DEPOSIT | | | | 1,300.00 | 1,264.78 | ✓ |
| 10/10/2017 | 13637 | CHECK | Auto Plus | Part | 77.30 | | -35.22 | ✓ |
| 10/10/2017 | 13636 | CHECK | West Penn laco | Part | 151.45 | | 42.08 | ✓ |
| 10/10/2017 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 171010 | | | 165.85 | | 193.53 | ✓ |
| 10/10/2017 | 13585 | CASHED CHECK | Bankruptcy | | 2,520.00 | | 359.38 | ✓ |
| 10/09/2017 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 PAYPAL ARS 402 935 7 CA SEQ # 728025894013 XXXXXXXXXXXX1683 | | Tool | 91.90 | | 2,879.38 | ✓ |
| 10/06/2017 | 13635 | CHECK | Rohrich | Part | 9.92 | | 2,971.28 | ✓ |
| 10/06/2017 | 13631 | CHECK | | Sept | 20.00 | | 2,981.20 | |
| 10/05/2017 | 13634 | CHECK | Auto Plus | Part | 73.32 | | 3,001.20 | ✓ |
| 10/04/2017 | | DEPOSIT | | | | 1,899.57 | 3,074.52 | ✓ |
| 10/03/2017 | 13630 | CHECK | | Sept | 22.00 | | 1,174.95 | |
| 10/03/2017 | 13627 | CHECK | | Sept | 30.00 | | 1,196.95 | |
| 10/03/2017 | | PREAUTHORIZED DEBIT WU DuquesneLight WU Duquesn 171003 | | | 450.15 | | 1,226.95 | |
| 10/02/2017 | 13625 | CHECK | | Sept | 101.85 | | 1,677.10 | |
| 10/02/2017 | 13632 | CHECK | | Sept | 200.00 | | 1,778.95 | |
| 10/02/2017 | 13621 | CHECK | | Sept | 240.00 | | 1,978.95 | |
| 10/02/2017 | 13622 | CASHED CHECK | | Cash | 200.00 | | 2,218.95 | |

## BASIC BUSINESS CHECKING, *5447

All completed transactions from 10/01/2017 to 10/31/2017

| Date | Number | Description | Withdrawals | Deposits | Balance | |
|---|---|---|---|---|---|---|
| 10/30/2017 | 13663 | CHECK West Penn Iaco Part | 25.92 | | 1,388.65 | ✓ |
| 10/30/2017 | | DEPOSIT | | 1,198.22 | 1,414.57 | |
| 10/26/2017 | 13659 | CHECK Auto Plus Part | 40.00 | | 216.35 | ✓ |
| 10/26/2017 | 13662 | CHECK Auto.Plus Part | 68.47 | | 256.35 | ✓ |
| 10/26/2017 | 13660 | CHECK All Foreign Parts Part | 565.00 | | 324.82 | ✓ |
| 10/24/2017 | 13657 | CHECK West Penn Iaco Part | 21.09 | | 889.82 | ✓ |
| 10/24/2017 | 13645 | CHECK Kingspor Part | 167.83 | | 910.91 | ✓ |
| 10/24/2017 | | DEPOSIT | | 400.00 | 1,078.74 | |
| 10/23/2017 | 13658 | CHECK Auto.Plus Part | 21.55 | | 678.74 | ✓ |
| 10/23/2017 | 13656 | CHECK Interstate Battery Part | 97.95 | | 700.29 | ✓ |
| 10/23/2017 | 13651 | CHECK A&D Auto Wreckers Part | 200.00 | | 798.24 | ✓ |
| 10/20/2017 | 13654 | CHECK West Penn Iaco Part | 21.09 | | 998.24 | ✓ |
| 10/20/2017 | 13653 | CHECK Auto Plus Part | 69.95 | | 1,019.33 | ✓ |
| 10/20/2017 | 13655 | CHECK Flynn Tire Part | 293.60 | | 1,089.28 | ✓ |
| 10/20/2017 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *170930*T*0 000055753* *P* *20171020 | 557.53 | | 1,382.88 | |
| 10/20/2017 | | DEPOSIT | | 348.00 | 1,940.41 | |
| 10/18/2017 | | DEPOSIT | | 847.07 | 1,592.41 | |
| 10/17/2017 | 13650 | CHECK Auto Plus Part | 248.32 | | 745.34 | ✓ |
| 10/16/2017 | 13649 | CHECK A&D Auto Wreckers Part | 125.00 | | 993.66 | ✓ |
| 10/16/2017 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13648 | 36.00 | | 1,118.66 | |
| 10/16/2017 | | DEPOSIT | | 1,239.91 | 1,154.66 | |
| 10/13/2017 | 13648 | CHECK Auto Zone Part | 8.54 | | -85.25 | ✓ |
| 10/13/2017 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13644 | 36.00 | | -76.71 | |
| 10/13/2017 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13646 | 36.00 | | -40.71 | |
| 10/13/2017 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13647 | 36.00 | | -4.71 | |
| 10/13/2017 | | DEPOSIT | | 250.00 | 31.29 | |
| 10/12/2017 | 13644 | CHECK West Penn Iaco Part | 21.09 | | -218.71 | |
| 10/12/2017 | 13646 | CHECK A&D Auto Wreckers Part | 145.00 | | -197.62 | ✓ |

f 2

11/3/2017, 9:57 PM

| Date | Number | Payee | Type | Amount |
|---|---|---|---|---|
| 10-24 | 13661 | Klingspor | Part | 294.30 |
|  | 13652 | Void |  |  |
|  | 13664 | Void |  |  |
| 10-26 | 13665 | Auto Plus | Part | 367.12 |