**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **)** | |
| | **)** | **Bankruptcy No. 17-22526-GLT** |
| **Robert J. Leistner** | **)** | |
| **Linda A. Leistner** | **)** | **Chapter 13** |
| | **)** | |
| **Debtors** | **)** | |

MONTHLY OPERATING REPORT
NOVEMBER 2017

PAWB FORM 5 (03/12)

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name Robert J. Leistner AND Linda A. Leistner

Case No. 1722526

Month November Year 2017

*Gross receipts for month:* 8680.84

(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ 8680.84

*Business expenses paid:*

| Description | Amount |
|---|---|
| Parts | 3596.26 |
| Alldata | 165.95 |
| Gas Peoples | 205.38 |
| Sale tax October | 591.98 |
| Service Charge St Bank | 36.00 |
| Janitorial | 30.00 |
| Rubbish | 250.00 |
| Bankruptcy | 5400.00 |

TOTAL EXPENSES: $ 10075.57

NET PROFIT OR (LOSS) FOR MONTH: $ -1394.73

Reports for each month are due by the 15th day of the following month and should be mailed to: Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

| Date | Check No. | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 11/13/2017 | | DEPOSIT | | | 1,347.30 | 5,024.42 |
| 11/13/2017 | | DEPOSIT | | | 3,800.00 | 3,677.12 |
| 11/10/2017 | 13676 | CHECK 1 800 Radiator | Part | 140.00 | | -122.88 ✓ |
| 11/10/2017 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 171109 | | 165.85 | | 17.12 ✓ |
| 11/09/2017 | 13673 | CHECK Auto Plus | Part | 26.95 | | 182.97 ✓ |
| 11/09/2017 | 13672 | CHECK Auto Plus | Part | 71.01 | | 209.92 ✓ |
| 11/09/2017 | 13677 | CHECK 1-800 Radiator | Part | 84.00 | | 280.93 ✓ |
| 11/08/2017 | 13671 | CHECK Auto Plus | Part | 41.26 | | 364.93 ✓ |
| 11/08/2017 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 318219 U PULL AND PAY P 1 1650 PPITTSBURG PA SEQ # 731216711393 XXXXXXXXXXXX1683 | Part | 143.86 | | 406.19 ✓ |
| 11/08/2017 | | DEPOSIT | | | 380.60 | 550.05 |
| 11/06/2017 | 13668 | CHECK Auto Plus | Part | 28.75 | | 169.45 ✓ |
| 11/06/2017 | 13667 | CHECK Auto Plus | Part | 199.44 | | 198.20 ✓ |
| 11/03/2017 | 13666 | CHECK Auto Plus | Part | 29.59 | | 397.64 ✓ |
| 11/03/2017 | 13661 | CHECK | Oct | 294.30 | | 427.23 |
| 11/03/2017 | 13669 | CHECK Leach | tool | 300.00 | | 721.53 |
| 11/02/2017 | 13665 | CHECK Auto Plus | Part | 367.12 | | 1,021.53 |
| | 13670 | void | | | | |
| 11-8-17 | 13678 | cash | Part | 200.00 | | |
| 11-27-17 | 13693 | Klingspor | Part | 50.34 | | |
| 11-29-17 | 13694 | Auto Plus | Part | 247.90 | | |
| 11-30-17 | 13695 | Flynn Tire | Part | 159.94 | | |

1722526

## BASIC BUSINESS CHECKING, *5447

**All transactions for the last 30 days**

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 11/30/2017 | | VISA AUTHORIZATION 469216 THE TIRE RACK 2017-11-30 13.57.52<br>**in process** Part | 198.58 | | 1,248.50 |
| 11/30/2017 | | DEPOSIT | | 800.00 | 1,447.08 |
| 11/29/2017 | 13691 | CHECK Interstate battery Part | 194.90 | | 647.08 |
| 11/29/2017 | 13692 | CHECK Auto Plus Part | 333.80 | | 841.98 |
| 11/28/2017 | 13688 | CHECK Rohrich Part | 16.52 | | 1,175.78 |
| 11/28/2017 | | PREAUTHORIZED DEBIT PEOPLESGAS PeoplesGas 171128 | 205.38 | | 1,192.30 |
| 11/28/2017 | | DEPOSIT | | 800.00 | 1,397.68 |
| 11/27/2017 | 13690 | CHECK Tristate Dodge Part | 60.99 | | 597.68 |
| 11/27/2017 | 13689 | CHECK Auto Plus Part | 109.37 | | 658.67 |
| 11/22/2017 | 13687 | CHECK Rohrich Part | 44.91 | | 768.04 |
| 11/21/2017 | 13685 | CHECK Auto Plus Part | 64.46 | | 812.95 |
| 11/21/2017 | 13686 | CHECK Shermin Williams Paint | 112.39 | | 877.41 |
| 11/20/2017 | 13684 | CHECK Auto Plus Part | 90.69 | | 989.80 |
| 11/20/2017 | 13679 | CHECK Auto Plus Part | 184.95 | | 1,080.49 |
| 11/20/2017 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *171031*T*0 000059198* *P* *20171120 | 591.98 | | 1,265.44 |
| 11/20/2017 | | DEPOSIT | | 600.00 | 1,857.42 |
| 11/17/2017 | 13683 | CHECK Bigs Rubbish | 250.00 | | 1,257.42 |
| 11/16/2017 | 13682 | CHECK Auto Plus Part | 11.34 | | 1,507.42 |
| 11/15/2017 | 13681 | CHECK Car Part Warehouse Part | 53.59 | | 1,518.76 |
| 11/15/2017 | | DEPOSIT | | 253.54 | 1,572.35 |
| 11/15/2017 | | DEPOSIT | | 700.00 | 1,318.81 |
| 11/14/2017 | 13675 | CHECK Cash windows | 30.00 | | 618.81 |
| 11/14/2017 | 13680 | CHECK Auto Plus Part | 103.71 | | 648.81 |
| 11/13/2017 | 13674 | CHECK Interstate Battery Part | 225.90 | | 752.52 |
| 11/13/2017 | | CHECK Bankruptcy | 4,010.00 | | 978.42 |
| 11/13/2017 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13676 | 36.00 | | 4,988.42 |

1722526

• Return and Payment successfully Submitted

| Sales and Use Tax | | | | |
|---|---|---|---|---|
| Business Name | | Revenue ID | Account ID | Federal Employer Identification Number |
| MD AUTO WORKS | | BP1260089888 | 82-440 266 | 22-3857838 |
| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
| 11/1/2017 | 11/30/2017 | 12/20/2017 | 12/7/2017 | 12/7/2017 11:25:03 AM |
| Filed By | | Transaction ID | Return Status | Original/Amended |
| Robert Leistner | | 1317000006200776 | Complete | Original |

## Sales Tax, Use & Hotel Occupancy Tax {PA-3}

| | | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 8680.84 | 8680.84 |
| 2 | Net Taxable Sales | 8680.84 | 8680.84 |
| 3 | Total Amount of Tax Due | 520.85 | 86.81 |
| 4 | Discount<br>Discount Applied | 5.21 | 0.87 |
| 5 | Net Tax Due | 515.64 | 85.94 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 515.64 | 85.94 |
| 11 | Credit | 0.00 | 0.00 |
| 12 | Amount Due | 515.64 | 85.94 |
| | | | |
| | Total Payment Due | | **$601.58** |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return





UNITED COMMUNITY FEDERAL CREDIT UNION

UNITED COMMUNITY FCU
6010 MOUNTAIN VIEW DRIVE
WEST MIFFLIN PA 15122

**MEMBER'S STATEMENT OF ACCOUNT**

RETURN SERVICE REQUESTED

For inquiries, please call
West Mifflin: 412-653-8000
Wilmerding: 412-824-8248
Washington: 724-228-2020
www.unitedcommunityfcu.org

>01685 8167324 001 092029 42078
LINDA A LEISTNER
1005 GOVERNMENT RD
IRWIN PA 15642-8818

M315642

1722526

**MEMBER NUMBER**
24 024

**STATEMENT PERIOD**
**11/01/2017 - 11/30/2017**

42078000-02997 DIRECT DEPOSIT

**EFFECTIVE OCTOBER 1, 2017, NSF FEES AND COURTESY PAY FEES WILL INCREASE FROM $30 PER ITEM TO $32 PER ITEM.**

## ACCOUNT SUMMARY - Balances as of 11/30/2017

| Deposit Accounts | |
|---|---|
| Share Account 01 | 55.00 |
| Share Drafts | 112.43 |

## SHARE ACCOUNT 01

JOINT OWNER : ROBERT J LEISTNER

**Account Activity**

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 11/01 | PREVIOUS BALANCE | | 55.00 |
| 11/30 | NEW SHARE BALANCE | | 55.00 |

## SHARE DRAFTS

JOINT OWNER : ROBERT J LEISTNER

**Account Activity**

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 11/01 | PREVIOUS BALANCE | | 192.16 |
| 11/08 | DEBIT CARD WITHDRAWAL IATN.NET INDV PR 5969 CA IATN.NET IATN.NET INDV PREMIUS | -19.00 | 173.16 |
| 11/13 | DEBIT CARD WITHDRAWAL GIANT-EAGLE #001 5411 PA Irwin Route 30 Murphy MarUS | -68.02 | 105.14 |
| 11/15 | EFT SSA TREAS 310 ;111517;XXSOC SEC | 1,103.00 | 1,208.14 |
| 11/15 | SHARE DRAFT W/D TO CASH DISBURSED, CASHIERS CHECKS, CASHIERCHECK FEE Bankrupcy | -1,000.00 | 208.14 |
| 11/21 | DEBIT CARD WITHDRAWAL RITE AID STORE - 5912 PA IRWIN RITE AID STORE - 10US | -47.25 | 160.89 |
| 11/22 | DEBIT CARD WITHDRAWAL SCHRAMM FARMS AN 5499 PA JEANNETTE SCHRAMM FARMS AND OUS | -48.46 | 112.43 |
| 11/30 | NEW SHARE BALANCE | | 112.43 |

5980 S&T Bank MEMBER FDIC

PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

17 22526

00005966-MPCLST12012017039332-830N-LETTER01-000000 0

ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

**Haymaker Office**
Account Numbe[redacted]
Type: **Basic Business Checking**

***Page 1 of 3***
Statement from:
**November 1 to November 30, 2017**

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| *Previous Statement Balance* | | *$ 1,388.65* |
| *Deposits and Other Additions* | + | *8,681.44* |
| *Checks Paid and Other Subtractions* | - | *8,623.01* |
| *Ending Balance on November 30, 2017* | | *$ 1,447.08* |
| *Low Balance* | | *$ 122.88 -* |
| *Average Ledger Balance* | | *$ 726.72* |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: [redacted]

| | | *Subtractions* | *Additions* | *Balance* |
|---|---|---|---|---|
| 11-01 | Previous Statement Balance | | | $ 1,388.65 |
| 11-02 | Check 13665 | $ 367.12 - | | $ 1,021.53 |
| 11-03 | Check 13669 | $ 300.00 - | | $ 721.53 |
| 11-03 | Check 13661 | $ 294.30 - | | $ 427.23 |
| 11-03 | Check 13666 | $ 29.59 - | | $ 397.64 |
| 11-06 | Check 13667 | $ 199.44 - | | $ 198.20 |
| 11-06 | Check 13668 | $ 28.75 - | | $ 169.45 |
| 11-08 | Deposit | | $ 380.60 | $ 550.05 |
| 11-08 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 318219 U PULL AND PAY P 1 1650 PPITTSBURG PA SEQ # 731216711393-1683 | $ 143.86 - | | $ 406.19 |
| 11-08 | Check 13671 | $ 41.26 - | | $ 364.93 |
| 11-09 | Check 13677 | $ 84.00 - | | $ 280.93 |
| 11-09 | Check 13672 | $ 71.01 - | | $ 209.92 |
| 11-09 | Check 13673 | $ 26.95 - | | $ 182.97 |
| 11-10 | #Preauthorized Debit<br>ALLDATA LLC PAYMENT<br>171109 | $ 165.85 - | | $ 17.12 |
| 11-10 | Check 13676 | $ 140.00 - | | $ 122.88 - |
| 11-13 | Deposit | | $ 3,800.00 | $ 3,677.12 |
| 11-13 | Deposit | | $ 1,347.30 | $ 5,024.42 |
| 11-13 | #Overdraft Fee<br>FOR OVERDRAFT CHECK # 13676 | $ 36.00 - | | $ 4,988.42 |
| 11-13 | Check | $ 4,010.00 - | | $ 978.42 |

15642

5980

1722 526

ROBERT J LEISTNER [redacted]
Account Number: [redacted]
Type: **Basic Business Checking**
***Page 2 of 3***

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: [redacted]

| | | *Subtractions* | *Additions* | *Balance* |
|---|---|---|---|---|
| 11-13 | Check 13674 | $ 225.90 - | | $ 752.52 |
| 11-14 | Check 13680 | $ 103.71 - | | $ 648.81 |
| 11-14 | Check 13675 | $ 30.00 - | | $ 618.81 |
| 11-15 | Deposit | | $ 700.00 | $ 1,318.81 |
| 11-15 | Deposit | | $ 253.54 | $ 1,572.35 |
| 11-15 | Check 13681 | $ 53.59 - | | $ 1,518.76 |
| 11-16 | Check 13682 | $ 11.34 - | | $ 1,507.42 |
| 11-17 | Check 13683 | $ 250.00 - | | $ 1,257.42 |
| 11-20 | Deposit | | $ 600.00 | $ 1,857.42 |
| 11-20 | #Preauthorized Debit COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *171031*T*0 000059198* *P* *20171120 | $ 591.98 - | | $ 1,265.44 |
| 11-20 | Check 13679 | $ 184.95 - | | $ 1,080.49 |
| 11-20 | Check 13684 | $ 90.69 - | | $ 989.80 |
| 11-21 | Check 13686 | $ 112.39 - | | $ 877.41 |
| 11-21 | Check 13685 | $ 64.46 - | | $ 812.95 |
| 11-22 | Check 13687 | $ 44.91 - | | $ 768.04 |
| 11-27 | Check 13689 | $ 109.37 - | | $ 658.67 |
| 11-27 | Check 13690 | $ 60.99 - | | $ 597.68 |
| 11-28 | Deposit | | $ 800.00 | $ 1,397.68 |
| 11-28 | #Preauthorized Debit PEOPLESGAS PeoplesGas 171128 | $ 205.38 - | | $ 1,192.30 |
| 11-28 | Check 13688 | $ 16.52 - | | $ 1,175.78 |
| 11-29 | Check 13692 | $ 333.80 - | | $ 841.98 |
| 11-29 | Check 13691 | $ 194.90 - | | $ 647.08 |
| 11-30 | Deposit | | $ 800.00 | $ 1,447.08 |
| 11-30 | Ending Totals | $ 8,623.01 - | $ 8,681.44 | $ 1,447.08 |

## CHECKS PAID IN CHECK NUMBER ORDER

| *Check No.* | *Amount* | *Check No.* | *Amount* | *Check No.* | *Amount* |
|---|---|---|---|---|---|
| | $ 4,010.00 | 13671* | $ 41.26 | 13679* | $ 184.95 |
| 13661 | $ 294.30 | 13672 | $ 71.01 | 13680 | $ 103.71 |
| 13665* | $ 367.12 | 13673 | $ 26.95 | 13681 | $ 53.59 |
| 13666 | $ 29.59 | 13674 | $ 225.90 | 13682 | $ 11.34 |
| 13667 | $ 199.44 | 13675 | $ 30.00 | 13683 | $ 250.00 |
| 13668 | $ 28.75 | 13676 | $ 140.00 | 13684 | $ 90.69 |
| 13669 | $ 300.00 | 13677 | $ 84.00 | 13685 | $ 64.46 |

** Indicates Skip in Check Number*

1722526



## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 13686 | $ 112.39 | 13689 | $ 109.37 | 13692 | $ 333.80 |
| 13687 | $ 44.91 | 13690 | $ 60.99 | | |
| 13688 | $ 16.52 | 13691 | $ 194.90 | | |

* *Indicates Skip in Check Number*

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 11-08 | Check card purchase | 143.86 | 11-20 | Preauthorized debit | 591.98 |
| 11-10 | Preauthorized debit | 165.85 | 11-28 | Preauthorized debit | 205.38 |
| 11-13 | Overdraft fee | 36.00 | | | |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 11-08 | Deposit | 380.60 | 11-15 | Deposit | 253.54 |
| 11-13 | Deposit | 3,800.00 | 11-20 | Deposit | 600.00 |
| 11-13 | Deposit | 1,347.30 | 11-28 | Deposit | 800.00 |
| 11-15 | Deposit | 700.00 | 11-30 | Deposit | 800.00 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $36.00 | $287.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

EFFECTIVE ACCOUNT MANAGEMENT CAN MINIMIZE OVERDRAFT FEES. AS SUCH, WE FEEL IT IS IMPORTANT TO KEEP YOU INFORMED OF TOOLS THAT CAN HELP YOU MANAGE YOUR CHECKING ACCOUNT. WE OFFER A WEB-BASED TUTORIAL, TITLED CHECKING NAVIGATOR, THAT YOU CAN FIND AT STBANK.COM/NAVIGATOR. WE WOULD LIKE TO DISCUSS WAYS TO HELP YOU REDUCE THE NUMBER OF OVERDRAFT FEES YOU ARE PAYING. CALL US AT 800.325.2265 TO LEARN MORE.



... MBOLST12012017029332-830N-LETTER01-00-0-00005980