# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Bankruptcy No. 17-22526-GLT** |
| **Robert J. Leistner** | ) | |
| **Linda A. Leistner** | ) | **Chapter 13** |
| | ) | |
| **Debtors** | ) | |

## MONTHLY OPERATING REPORT
## DECEMBER  2017

PAWB FORM 5 (03/12)

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name _Robert J. Leistner And Linda A. Leistner_

Case No. _1722526_

Month _December_                                    Year _2017_

Gross receipts for month:                           _9464.14_

(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ _9464.14_

Business expenses paid:

| Description | Amount |
|---|---|
| Parts | 3,186.66 |
| ST BANK   Service Fees | 180.00 |
| Truck Ins | 110.36 |
| Heating Oil | 373.50 |
| Bankruptcy | 5000.00 |
| Alldata | 165.85 |
| SaleTax        November17 | 601.58 |
| Tool | 129.00 |

TOTAL EXPENSES: $ _9746.95_

NET PROFIT OR (LOSS) FOR MONTH: $ _-282.81_

Reports for each month are due by the 15th day of the following month and should be mailed to:

Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

17722526

| Date | Check # | Description | | Amount | Balance | |
|---|---|---|---|---|---|---|
| 12/11/2017 | | CHECK CARD PURCHASE MERCHANT PURCHASE | | 19.00 | 3,811.90 | |
| | | Amazon | Part | | | |
| 12/11/2017 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13705 | | 36.00 | 3,830.90 | |
| 12/11/2017 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13703 | | 36.00 | 3,866.90 | |
| 12/11/2017 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13702 | | 36.00 | 3,902.90 | |
| 12/11/2017 | | DEPOSIT | | 3,900.00 | 3,938.90 | ✓ |
| 12/08/2017 | 13705 | CHECK Auto Plus | Part | 37.95 | 38.90 | ✓ |
| 12/08/2017 | 13703 | CHECK Interstate Battery | Part | 57.95 | 76.85 | ✓ |
| 12/08/2017 | 13702 | CHECK Auto Plus | Part | 102.95 | 134.80 | ✓ |
| 12/08/2017 | 13704 | CHECK Auto Plus | Part | 127.83 | 237.75 | ✓ |
| 12/07/2017 | 13699 | CHECK A & D Autowreckers | Part | 110.00 | 365.58 | ✓ |
| 12/07/2017 | 13701 | CHECK Auto Plus | Part | 137.09 | 475.58 | ✓ |
| 12/06/2017 | 13693 | CHECK | Nov | 50.34 | 612.67 | |
| 12/06/2017 | 13698 | CHECK Sherwin Williams | Paint | 149.15 | 663.01 | ✓ |
| 12/05/2017 | 13696 | CHECK CPW | Part | 227.08 | 812.16 | ✓ |
| 12/04/2017 | 13695 | CHECK | Nov | 159.94 | 1,039.24 | |
| 12/01/2017 | 13694 | CHECK | Nov | 247.90 | 1,198.18 | |
| 12-27-17 | 13719 | Flynn tire | Part | 204.14 | | ✓ |
| 12-29-17 | 13720 | Auto Plus | Part | 60.24 | | ✓ |
| 12-29-17 | 13721 | Cash  Bob | | 300.00 | | |
| 2-13-17 | Cash | Money Order 24483305463 | Bankruptcy | 1000.00 | | |
| 2-13-17 | Cash | Money Order 24483305474 | Bankruptcy | 1000.00 | | |

ccount Activity                                                        https://retailonline...tc/AccountA...

## BASIC BUSINESS CHECKING, *5447

1722526

All transactions for the last 30 days

| Date | Number | Description | Withdrawals | Deposits | Balance | |
|------|--------|-------------|-------------|----------|---------|---|
| 12/29/2017 | 13718 | CHECK  *Auto Plus*  *Part* | 36.80 | | 861.83 | ✓ |
| 12/28/2017 | 13717 | CHECK  *Auto Plus*  *Part* | 11.34 | | 898.63 | ✓ |
| 12/28/2017 | | DEPOSIT | | 343.35 | 909.97 | |
| 12/27/2017 | 13714 | CHECK  *Auto Plus*  *Part* | 89.99 | | 566.62 | ✓ |
| 12/26/2017 | 13712 | CHECK  *Auto Plus*  *Part* | 55.08 | | 656.61 | ✓ |
| 12/26/2017 | 13716 | CHECK  *Howard Oil*  *Fuel Oil* | 373.50 | | 711.69 | |
| 12/26/2017 | 13713 | CHECK  *T&D Auto wreckers*  *Part* | 800.00 | | 1,085.19 | ✓ |
| 12/26/2017 | | DEPOSIT | | 669.89 | 1,885.19 | |
| 12/22/2017 | 13711 | CHECK  *Auto Plus*  *Part* | 192.75 | | 1,216.30 | ✓ |
| 12/21/2017 | 13710 | CHECK  *Auto Plus*  *Part* | 216.40 | | 1,408.05 | ✓ |
| 12/20/2017 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *171130*T*0 000060158* *P* *20171220 | 601.58 | | 1,624.45 | |
| 12/20/2017 | | DEPOSIT | | 500.00 | 2,226.03 | |
| 12/20/2017 | | DEPOSIT | | 1,578.00 | 1,726.03 | |
| 12/18/2017 | | OVERDRAFT FEE FOR OVERDRAFT CHECK CARD PURCHAS 000001008080000  *Debit Card* | 36.00 | | 148.03 | |
| 12/18/2017 | | DEPOSIT | | 400.00 | 184.03 | |
| 12/15/2017 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 469216 THE TIRE RACK 800 428 8 IN SEQ #  *Part* | 198.45 | | -215.97 | ✓ |
| 12/15/2017 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13678 | 36.00 | | -17.52 | ✓ |
| 12/14/2017 | 13678 | CHECK  *Nov* | 200.00 | | 18.48 | |
| 12/13/2017 | 13709 | CHECK  *Shorkey*  *Part* | 55.76 | | 218.48 | ✓ |
| 12/12/2017 | 13700 | CHECK  *Patrick Leach*  *Tool* | 129.00 | | 274.24 | ✓ |
| 12/12/2017 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 171211 | 165.85 | | 403.24 | ✓ |
| 12/12/2017 | 13697 | CHECK  *Winnecour Bankruptcy* | 3,000.00 | | 569.09 | ✓ |
| 12/12/2017 | | DEPOSIT | | 72.90 | 3,569.09 | ✓ |
| 12/11/2017 | 13706 | CHECK  *Auto Plus*  *Part* | 62.99 | | 3,496.19 | ✓ |
| 12/11/2017 | 13707 | CHECK  *Shorkey*  *Part* | 113.32 | | 3,559.18 | ✓ |
| 12/11/2017 | 13708 | CHECK  *CPW*  *Part* | 139.40 | | 3,672.50 | ✓ |

12/31/2017, 12:24 PM

6271 **S&T Bank**
MEMBER FDIC

PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

00006256-MPCLST01022018093465-830N-LETTER01-000000 0



ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

*1722526*

Haymaker Office
Account Number: 0000
Type: **Basic Business Checking**

*Page 1 of 3*
Statement from:
**December 1 to December 29, 2017**

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---:|---:|
| *Previous Statement Balance* | | $ 1,447.08 |
| *Deposits and Other Additions* | + | 7,464.14 |
| *Checks Paid and Other Subtractions* | - | 8,049.39 |
| *Ending Balance on December 29, 2017* | | $ 861.83 |
| *Low Balance* | | $ 215.97 |
| *Average Ledger Balance* | | $ 726.79 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| | | *Subtractions* | *Additions* | *Balance* |
|---|---|---:|---:|---:|
| 12-01 | Previous Statement Balance | | | $ 1,447.08 |
| 12-01 | Check 13694 | $ 247.90 - | | $ 1,199.18 |
| 12-04 | Check 13695 | $ 159.94 - | | $ 1,039.24 |
| 12-05 | Check 13696 | $ 227.08 - | | $ 812.16 |
| 12-06 | Check 13698 | $ 149.15 - | | $ 663.01 |
| 12-06 | Check 13693 | $ 50.34 - | | $ 612.67 |
| 12-07 | Check 13701 | $ 137.09 - | | $ 475.58 |
| 12-07 | Check 13699 | $ 110.00 - | | $ 365.58 |
| 12-08 | Check 13704 | $ 127.83 - | | $ 237.75 |
| 12-08 | Check 13702 | $ 102.95 - | | $ 134.80 |
| 12-08 | Check 13703 | $ 57.95 - | | $ 76.85 |
| 12-08 | Check 13705 | $ 37.95 - | | $ 38.90 |
| 12-11 | Deposit | | $ 3,900.00 | $ 3,938.90 |
| 12-11 | #Overdraft Fee | $ 36.00 - | | $ 3,902.90 |
| | FOR OVERDRAFT CHECK # 13702 | | | |
| 12-11 | #Overdraft Fee | $ 36.00 - | | $ 3,866.90 |
| | FOR OVERDRAFT CHECK # 13703 | | | |
| 12-11 | #Overdraft Fee | $ 36.00 - | | $ 3,830.90 |
| | FOR OVERDRAFT CHECK # 13705 | | | |
| 12-11 | #Check Card Purchase | $ 19.00 - | | $ 3,811.90 |
| | MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREMIUM   IATN NET  CA SEQ # 734225637347-1683 | | | |
| 12-11 | Check 13708 | $ 139.40 - | | $ 3,672.50 |
| 12-11 | Check 13707 | $ 113.32 - | | $ 3,559.18 |

15642

6271

**ROBERT J LEISTNER**
Account Number: 0000▓▓▓▓
Type: Basic Business Checking
*Page 2 of 3*

*1722526*

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 0000▓▓▓▓

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 12-11 | Check 13706 | $ 62.99 - | | $ 3,496.19 |
| 12-12 | Deposit | | $ 72.90 | $ 3,569.09 |
| 12-12 | Check 13697 | $ 3,000.00 - | | $ 569.09 |
| 12-12 | #Preauthorized Debit | $ 165.85 - | | $ 403.24 |
| | ALLDATA LLC PAYMENT | | | |
| | 171211 | | | |
| 12-12 | Check 13700 | $ 129.00 - | | $ 274.24 |
| 12-13 | Check 13709 | $ 55.76 - | | $ 218.48 |
| 12-14 | Check 13678 | $ 200.00 - | | $ 18.48 |
| 12-15 | #Overdraft Fee | $ 36.00 - | | $ 17.52 - |
| | FOR OVERDRAFT CHECK # 13678 | | | |
| 12-15 | #Check Card Purchase | $ 198.45 - | | $ 215.97 - |
| | MERCHANT PURCHASE TERMINAL 469216 THE TIRE RACK 800  428 8 IN SEQ # 734822100808-1683 | | | |
| 12-18 | Deposit | | $ 400.00 | $ 184.03 |
| 12-18 | #Overdraft Fee | $ 36.00 - | | $ 148.03 |
| | FOR OVERDRAFT CHECK CARD PURCHAS | | | |
| | 000001008080000 | | | |
| 12-20 | Deposit | | $ 1,578.00 | $ 1,726.03 |
| 12-20 | Deposit | | $ 500.00 | $ 2,226.03 |
| 12-20 | #Preauthorized Debit | $ 601.58 - | | $ 1,624.45 |
| | COMMWLTHOFPA INT PASTSALETX | | | |
| | TXP*82440266 *1052 *171130*T*0 | | | |
| | 000060158* *P* *20171220 | | | |
| 12-21 | Check 13710 | $ 216.40 - | | $ 1,408.05 |
| 12-22 | Check 13711 | $ 192.75 - | | $ 1,215.30 |
| 12-26 | Deposit | | $ 669.89 | $ 1,885.19 |
| 12-26 | Check 13713 | $ 800.00 - | | $ 1,085.19 |
| 12-26 | Check 13716 | $ 373.50 - | | $ 711.69 |
| 12-26 | Check 13712 | $ 55.08 - | | $ 656.61 |
| 12-27 | Check 13714 | $ 89.99 - | | $ 566.62 |
| 12-28 | Deposit | | $ 343.35 | $ 909.97 |
| 12-28 | Check 13717 | $ 11.34 - | | $ 898.63 |
| 12-29 | Check 13718 | $ 36.80 - | | $ 861.83 |
| 12-29 | Ending Totals | $ 8,049.39 - | $ 7,464.14 | $ 861.83 |

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 13678 | $ 200.00 | 13694 | $ 247.90 | 13696 | $ 227.08 |
| 13693* | $ 50.34 | 13695 | $ 159.94 | 13697 | $ 3,000.00 |

*\* Indicates Skip in Check Number*

*Page 3 of 3*
6271

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 13698 | $ 149.15 | 13705 | $ 37.95 | 13712 | $ 55.08 |
| 13699 | $ 110.00 | 13706 | $ 62.99 | 13713 | $ 800.00 |
| 13700 | $ 129.00 | 13707 | $ 113.32 | 13714 | $ 89.99 |
| 13701 | $ 137.09 | 13708 | $ 139.40 | 13716* | $ 373.50 |
| 13702 | $ 102.95 | 13709 | $ 55.76 | 13717 | $ 11.34 |
| 13703 | $ 57.95 | 13710 | $ 216.40 | 13718 | $ 36.80 |
| 13704 | $ 127.83 | 13711 | $ 192.75 | | |

*\* Indicates Skip in Check Number*

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 12-11 | Overdraft fee | 36.00 | 12-15 | Overdraft fee | 36.00 |
| 12-11 | Overdraft fee | 36.00 | 12-15 | Check card purchase | 198.45 |
| 12-11 | Overdraft fee | 36.00 | 12-18 | Overdraft fee | 36.00 |
| 12-11 | Check card purchase | 19.00 | 12-20 | Preauthorized debit | 601.58 |
| 12-12 | Preauthorized debit | 165.85 | | | |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 12-11 | Deposit | 3,900.00 | 12-20 | Deposit | 500.00 |
| 12-12 | Deposit | 72.90 | 12-26 | Deposit | 669.89 |
| 12-18 | Deposit | 400.00 | 12-28 | Deposit | 343.35 |
| 12-20 | Deposit | 1,578.00 | | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $180.00 | $467.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

EFFECTIVE ACCOUNT MANAGEMENT CAN MINIMIZE OVERDRAFT FEES. AS SUCH, WE FEEL IT IS IMPORTANT TO KEEP YOU INFORMED OF TOOLS THAT CAN HELP YOU MANAGE YOUR CHECKING ACCOUNT. WE OFFER A WEB-BASED TUTORIAL, TITLED CHECKING NAVIGATOR, THAT YOU CAN FIND AT STBANK.COM/NAVIGATOR. WE WOULD LIKE TO DISCUSS WAYS TO HELP YOU REDUCE THE NUMBER OF OVERDRAFT FEES YOU ARE PAYING. CALL US AT 800.325.2265 TO LEARN MORE.



000006256-002-002-MPCLST01022018093465-830N-LETTER01-00-0-00006271

*1722526*

• Return and Payment successfully Submitted

## Sales and Use Tax

| Business Name | Revenue ID | Account ID | Federal Employer Identification Number |
|---|---|---|---|
| MD AUTO WORKS | BP1260089388 | 82-440 266 | 22-3857838 |

| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
|---|---|---|---|---|
| 12/1/2017 | 12/31/2017 | 1/22/2018 | 1/7/2018 | 1/7/2018 5:05:11 PM |

| Filed By | Transaction ID | Return Status | Original/Amended |
|---|---|---|---|
| Robert Leistner | 1318000000125576 | Complete | Original |

## Sales Tax, Use & Hotel Occupancy Tax {PA-3}

| | | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 9464.14 | 9464.14 |
| 2 | Net Taxable Sales | 9464.14 | 9464.14 |
| 3 | Total Amount of Tax Due | 567.85 | 94.64 |
| 4 | Discount (Discount Applied) | 5.68 | 0.95 |
| 5 | Net Tax Due | 562.17 | 93.69 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 562.17 | 93.69 |
| 11 | Credit | 0.00 | 0.00 |
| 12 | Amount Due | 562.17 | 93.69 |
| | Total Payment Due | | $655.86 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return

1/7/2018, 5:05 PM