## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: ROBERT J. & LINDA A. LEISTNER
- Case Number: 17-22526-GLT    Chapter: 13
- Date / Time / Room: THURSDAY, JANUARY 25, 2018 11:30 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#37 - Final Confirmation of Plan Dated 8/31/2017 (NFC)
R / M #: 37 / 0

**Appearances:**

- Debtor: Slone
- Trustee: Winnecour / Pail / Katz
- Creditor: Palmer — PA Rev.

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 3/22/18 at 11:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/22/2018   9:11:36AM