# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | **Bankruptcy No. 17-22526-GLT** |
| **Robert J. Leistner** ) | |
| **Linda A. Leistner** ) | **Chapter 13** |
| ) | |
| **Debtors** ) | |

## MONTHLY OPERATING REPORT
## JANUARY 2018

PAWB FORM 5 (03/12)

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: Robert J. Leistner And Linda A. Leistner
Case No. 1722526
Month: January         Year: 2018

Gross receipts for month:       5461.71
(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ 5461.71

Business expenses paid:

| Description | Amount |
|---|---|
| Parts | 3605.03 |
| Telephone | 148.19 |
| Ins | 110.36 |
| Sales Tax | 655.86 |
| Alldata | 165.85 |
| Windows | 30.00 |
| Truck Registration | 177.00 |
| Emissions I/m | 104.00 |
| Cash Bob | 300.00 |

TOTAL EXPENSES: $ 5296.29

NET PROFIT OR (LOSS) FOR MONTH: $ 165.42

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

| Date | Check # | Type | Payee (handwritten) | Memo | Amount | Balance | ✓ |
|---|---|---|---|---|---|---|---|
| 01/11/2018 | | DEPOSIT | | | 466.49 | 924.13 | |
| 01/10/2018 | 13723 | CHECK | Cash | Window | 30.00 | 457.64 | |
| 01/10/2018 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 180109 | | | 165.85 | 487.64 | |
| 01/09/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM IATN NET CA SEQ # 800822637348 XXXXXXXXXXXX1683 | | Part | 19.00 | 653.49 | ✓ |
| 01/08/2018 | 13727 | CHECK | Cash | I/m | 60.00 | 672.49 | |
| 01/08/2018 | 13726 | CHECK | Auto Plus | Part | 127.65 | 732.49 | ✓ |
| 01/08/2018 | 13729 | CHECK | Auto Plus | Part | 137.36 | 860.14 | ✓ |
| 01/05/2018 | 13724 | CHECK | Auto Plus | Part | 36.60 | 997.50 | ✓ |
| 01/05/2018 | 13725 | CHECK | Three Rivers Chevy | Part | 44.16 | 1,034.10 | ✓ |
| 01/04/2018 | 13722 | CHECK | Auto Plus | Part | 329.75 | 1,078.26 | ✓ |
| 01/04/2018 | | DEPOSIT | | | | 764.36 | 1,408.01 | |
| 01/03/2018 | 13720 | CHECK | | Dec | 60.24 | 643.65 | |
| 01/03/2018 | | DEPOSIT | | | | 406.20 | 703.89 | |
| 01/02/2018 | 13715 | CHECK | | Dec | 60.00 | 297.69 | |
| 01/02/2018 | 13719 | CHECK | | Dec | 204.14 | 357.69 | |
| 01/02/2018 | 13721 | CHECK | | Dec | 300.00 | 561.83 | |

Handwritten notes:
- 13730 | Void
- 13736 - 13737 - 13738 - 13739 - Not used miss[ing]
- 1-30-18 | 13749 | A & D Autowreckers | Part | 30.00
- 1-30-18 | 13751 | Auto Plus | Part | 8.63

Case 17-22526-GLT    Doc 51    Filed 02/13/18    Entered 02/13/18 11:28:36    Desc Main
Document    Page 4 of 8

https://cibng.ibanking-services.com/cib/CIBMain.aspx?inlet/AccountA..

## BASIC BUSINESS CHECKING, *5447

All transactions for the last 30 days

| Date | Number | Description | | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|---|
| 01/31/2018 | 13750 | CHECK  PPI | Part | 115.94 | | 551.86 |
| 01/30/2018 | 13748 | CHECK  Auto Plus | Part | 59.90 | | 667.80 |
| 01/30/2018 | 13747 | CHECK  Auto Plus | Part | 233.20 | | 727.70 |
| 01/30/2018 | 13746 | CHECK  Auto Plus | Part | 475.78 | | 960.90 |
| 01/26/2018 | 13744 | CHECK  Auto Plus | Part | 27.87 | | 1,436.68 |
| 01/26/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 469216 VERIZON ONETIMEPAY MENT 800 VERIZ FL SEQ # 802527100130 XXXXXXXXXXXX1683  tele | | 148.19 | | 1,464.55 |
| 01/26/2018 | | DEPOSIT | | | 1,100.00 | 1,612.74 |
| 01/25/2018 | 13745 | CHECK  A & D Auto Wreckers | Part | 40.00 | | 512.74 |
| 01/25/2018 | 13743 | CHECK  A & D Auto Wreckers | Part | 70.00 | | 552.74 |
| 01/24/2018 | | DEPOSIT | | | 500.00 | 622.74 |
| 01/22/2018 | 13741 | CHECK  Auto Plus | Part | 168.67 | | 122.74 |
| 01/22/2018 | 13740 | CHECK  Auto Plus | Part | 183.82 | | 291.41 |
| 01/22/2018 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *171231*T*0 000065586* *P* *20180122 | | 655.86 | | 475.23 |
| 01/22/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 473309 PA DRIVER VEHICL E SERV800 932 4 PA SEQ # 801929083756 XXXXXXXXXXXX1683  Registration ✓ | | 177.00 | | 1,131.09 |
| 01/22/2018 | | DEPOSIT | | | 160.00 | 1,308.09 |
| 01/19/2018 | 13742 | CASHED CHECK  Bob | | 300.00 | | 1,148.09 |
| 01/18/2018 | 13733 | CHECK  Auto Plus | Part | 390.39 | | 1,448.09 ✓ |
| 01/18/2018 | 13735 | CHECK  Auto Plus | Part | 780.92 | | 1,838.48 ✓ |
| 01/18/2018 | | DEPOSIT | | | 754.66 | 2,619.40 |
| 01/17/2018 | 13728 | CHECK  Cash | I/m | 44.00 | | 1,864.74 |
| 01/17/2018 | 13734 | CHECK  Flynn's tire | Part | 155.80 | | 1,908.74 ✓ |
| 01/16/2018 | | DEPOSIT | | | 500.00 | 2,064.54 |
| 01/16/2018 | | DEPOSIT | | | 560.00 | 1,564.54 |
| 01/12/2018 | | DEPOSIT | | | 250.00 | 1,004.54 |
| 01/11/2018 | 13731 | CHECK  Ryans | Part | 50.00 | | 754.54 |
| 01/11/2018 | 13732 | CHECK  Auto Plus | Part | 119.59 | | 804.54 |

*Return and payment successfully submitted*

1722526

| Sales and Use Tax | | | | |
|---|---|---|---|---|
| Business Name | Revenue ID | Account ID | Federal Employer Identification Number | |
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 | |
| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
| 1/1/2018 | 1/31/2018 | 2/20/2018 | 2/7/2018 | 2/7/2018 4:34:44 PM |
| Filed By | | Transaction ID | Return Status | Original/Amended |
| Robert Leistner | | 1318000001153795 | Complete | Original |

## Sales Tax, Use & Hotel Occupancy Tax {PA-3}

| | | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 5461.71 | 5461.71 |
| 2 | Net Taxable Sales | 5461.71 | 5461.71 |
| 3 | Total Amount of Tax Due | 327.70 | 54.62 |
| 4 | Discount — Discount Applied | 3.28 | 0.55 |
| 5 | Net Tax Due | 324.42 | 54.07 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 324.42 | 54.07 |
| 11 | Credit | 0.00 | 0.00 |
| 12 | Amount Due | 324.42 | 54.07 |
| | Total Payment Due | | $378.49 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return

6139   PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

00006120-MPCLST02012018034776-830N-LETTER01-000000 0

 ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

1722526

Haymaker Office
Account Number: ██████
Type: Basic Business Checking

Page 1 of 3
Statement from:
December 30, 2017 to January 31, 2018

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 861.83 |
| Deposits and Other Additions | + | 5,461.71 |
| Checks Paid and Other Subtractions | − | 5,771.68 |
| Ending Balance on January 31, 2018 | | $ 551.86 |
| Low Balance | | $ 122.74 |
| Average Ledger Balance | | $ 949.18 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: ██████

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 12-30 | Previous Statement Balance | | | $ 861.83 |
| 01-02 | Check 13721 | $ 300.00 - | | $ 561.83 |
| 01-02 | Check 13719 | $ 204.14 - | | $ 357.69 |
| 01-02 | Check 13715 | $ 60.00 - | | $ 297.69 |
| 01-03 | Deposit | | $ 406.20 | $ 703.89 |
| 01-03 | Check 13720 | $ 60.24 - | | $ 643.65 |
| 01-04 | Deposit | | $ 764.36 | $ 1,408.01 |
| 01-04 | Check 13722 | $ 329.75 - | | $ 1,078.26 |
| 01-05 | Check 13725 | $ 44.16 - | | $ 1,034.10 |
| 01-05 | Check 13724 | $ 36.60 - | | $ 997.50 |
| 01-08 | Check 13729 | $ 137.36 - | | $ 860.14 |
| 01-08 | Check 13726 | $ 127.65 - | | $ 732.49 |
| 01-08 | Check 13727 | $ 60.00 - | | $ 672.49 |
| 01-09 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM   IATN NET  CA SEQ # 800822637348-1683 | $ 19.00 - | | $ 653.49 |
| 01-10 | #Preauthorized Debit ALLDATA LLC PAYMENT 180109 | $ 165.85 - | | $ 487.64 |
| 01-10 | Check 13723 | $ 30.00 - | | $ 457.64 |
| 01-11 | Deposit | | $ 466.49 | $ 924.13 |
| 01-11 | Check 13732 | $ 119.59 - | | $ 804.54 |
| 01-11 | Check 13731 | $ 50.00 - | | $ 754.54 |
| 01-12 | Deposit | | $ 250.00 | $ 1,004.54 |


15642

6139

1722526

ROBERT J LEISTNER
Account Number: 000█████
Type: Basic Business Checking
Page 2 of 3

DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 000█████

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 01-16 | Deposit | | $ 560.00 | $ 1,564.54 |
| 01-16 | Deposit | | $ 500.00 | $ 2,064.54 |
| 01-17 | Check 13734 | $ 155.80 - | | $ 1,908.74 |
| 01-17 | Check 13728 | $ 44.00 - | | $ 1,864.74 |
| 01-18 | Deposit | | $ 754.66 | $ 2,619.40 |
| 01-18 | Check 13735 | $ 780.92 - | | $ 1,838.48 |
| 01-18 | Check 13733 | $ 390.39 - | | $ 1,448.09 |
| 01-19 | Check 13742 | $ 300.00 - | | $ 1,148.09 |
| 01-22 | Deposit | | $ 160.00 | $ 1,308.09 |
| 01-22 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 473309 PA DRIVER VEHICL E SERV800 932 4 PA SEQ # 801929083756-1683 | $ 177.00 - | | $ 1,131.09 |
| 01-22 | #Preauthorized Debit COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *171231*T*0 000065586* *P* *20180122 | $ 655.86 - | | $ 475.23 |
| 01-22 | Check 13740 | $ 183.82 - | | $ 291.41 |
| 01-22 | Check 13741 | $ 168.67 - | | $ 122.74 |
| 01-24 | Deposit | | $ 500.00 | $ 622.74 |
| 01-25 | Check 13743 | $ 70.00 - | | $ 552.74 |
| 01-25 | Check 13745 | $ 40.00 - | | $ 512.74 |
| 01-26 | Deposit | | $ 1,100.00 | $ 1,612.74 |
| 01-26 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 469216 VERIZON ONETIMEPAY MENT 800 VERIZ FL SEQ # 802527100130-1683 | $ 148.19 - | | $ 1,464.55 |
| 01-26 | Check 13744 | $ 27.87 - | | $ 1,436.68 |
| 01-30 | Check 13746 | $ 475.78 - | | $ 960.90 |
| 01-30 | Check 13747 | $ 233.20 - | | $ 727.70 |
| 01-30 | Check 13748 | $ 59.90 - | | $ 667.80 |
| 01-31 | Check 13750 | $ 115.94 - | | $ 551.86 |
| 01-31 | Ending Totals | $ 5,771.68 - | $ 5,461.71 | $ 551.86 |

CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 13715 | $ 60.00 | 13725 | $ 44.16 | 13733 | $ 390.39 |
| 13719* | $ 204.14 | 13726 | $ 127.65 | 13734 | $ 155.80 |
| 13720 | $ 60.24 | 13727 | $ 60.00 | 13735 | $ 780.92 |
| 13721 | $ 300.00 | 13728 | $ 44.00 | 13740* | $ 183.82 |
| 13722 | $ 329.75 | 13729 | $ 137.36 | 13741 | $ 168.67 |
| 13723 | $ 30.00 | 13731* | $ 50.00 | 13742 | $ 300.00 |
| 13724 | $ 36.60 | 13732 | $ 119.59 | 13743 | $ 70.00 |

* Indicates Skip in Check Number

1722526

Page 3 of 3
6139

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 13744 | $ 27.87 | 13746 | $ 475.78 | 13748 | $ 59.90 |
| 13745 | $ 40.00 | 13747 | $ 233.20 | 13750* | $ 115.94 |

* Indicates Skip in Check Number

## WITHDRAWALS

| Date | Amount | Date | Amount |
|---|---|---|---|
| 01-09 Check card purchase | 19.00 | 01-22 Preauthorized debit | 655.86 |
| 01-10 Preauthorized debit | 165.85 | 01-26 Check card purchase | 148.19 |
| 01-22 Check card purchase | 177.00 | | |

## DEPOSITS

| Date | Amount | Date | Amount |
|---|---|---|---|
| 01-03 Deposit | 406.20 | 01-16 Deposit | 500.00 |
| 01-04 Deposit | 764.36 | 01-18 Deposit | 754.66 |
| 01-11 Deposit | 466.49 | 01-22 Deposit | 160.00 |
| 01-12 Deposit | 250.00 | 01-24 Deposit | 500.00 |
| 01-16 Deposit | 560.00 | 01-26 Deposit | 1,100.00 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

