# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | **Bankruptcy No. 17-22526-GLT** |
| **Robert J. Leistner** ) | |
| **Linda A. Leistner** ) | Chapter 13 |
| ) | |
| **Debtors** ) | |

## MONTHLY OPERATING REPORT
## FEBRUARY 2018

PAWB FORM 5 (03/12)

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: Robert J. Leistner And Linda A. Leistner
Case No. 1722526
Month: February 2018        Year: 2018

Gross receipts for month:
(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ 9057.73

Business expenses paid:

| Description | Amount |
|---|---|
| Parts | 1633.26 |
| Phone | 0 |
| Gas | 0 |
| Alldata | 165.85 |
| Sales Tax January | 378.49 |
| Bank fees | 267.00 |
| Trash | 150.00 |
| Truck Ins | 110.33 |
| Electric | 0 |
| Howard Oil | 399.00 |
| Windows | 30.00 |
| Bankruptcy | 5400.00 |

TOTAL EXPENSES: $ 8533.93

NET PROFIT OR (LOSS) FOR MONTH: $ 523.80

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

-TIDES Pennsylvania Business Tax System                                                          https://www.etides.state.pa.us/SalesTax/FileSalesUseHotelTaxReturn

* Return and Payment successfully Submitted

## Sales and Use Tax

| Business Name | Revenue ID | Account ID | Federal Employer Identification Number |
|---|---|---|---|
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 |
| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
| 2/1/2018 | 2/28/2018 | 3/20/2018 | 3/8/2018 | 3/8/2018 2:16:27 PM |
| Filed By | | Transaction ID | Return Status | Original/Amended |
| Robert Leistner | | 1318000001536279 | Complete | Original |

### Sales Tax, Use & Hotel Occupancy Tax {PA-3}

| | | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 9057.73 | 9057.73 |
| 2 | Net Taxable Sales | 9057.73 | 9057.73 |
| 3 | Total Amount of Tax Due | 543.46 | 90.58 |
| 4 | Discount  Discount Applied. | 5.43 | 0.91 |
| 5 | Net Tax Due | 538.03 | 89.67 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 538.03 | 89.67 |
| 11 | Credit  No Credits Applied | 0.00 | 0.00 |
| 12 | Amount Due | 538.03 | 89.67 |
| | Total Payment Due | | $627.70 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return

7871  PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

00007054-MPCLST03012018079634-830N-LETTER01-000000 0

 ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

Haymaker Office
Account Number: ███████
Type: Basic Business Checking

Page 1 of 4
Statement from:
February 1 to February 28, 2018

Enclosures 0

*1722526*

9057.
629.70 Gross Tax

## ACCOUNT SUMMARY

| | |
|---|---|
| Previous Statement Balance | $ 551.86 |
| Deposits and Other Additions + | 9,357.73 |
| Checks Paid and Other Subtractions - | 8,940.65 |
| Ending Balance on February 28, 2018 | $ 968.94 |
| Low Balance | $ 138.36 |
| Average Ledger Balance | $ 727.35 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: ███████

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 02-01 | Previous Statement Balance | | | $ 551.86 |
| 02-01 | Deposit | | $ 861.05 | $ 1,412.91 |
| 02-01 | Check 13751 | $ 8.63 - | | $ 1,404.28 |
| 02-02 | Check 13749 | $ 30.00 - | | $ 1,374.28 |
| 02-05 | Deposit | | $ 900.74 | $ 2,275.02 |
| 02-05 | #Check Card Purchase | $ 125.97 - | | $ 2,149.05 |
| | MERCHANT PURCHASE TERMINAL 444500 SUMMIT RACING MAIL ORDER800 230 3 OH SEQ # 803427600144-1683 | | | |
| 02-05 | Check 13755 | $ 148.30 - | | $ 2,000.75 |
| 02-05 | Check 13754 | $ 57.54 - | | $ 1,943.21 |
| 02-05 | Check 13753 | $ 34.69 - | | $ 1,908.52 |
| 02-06 | Check 13736 | $ 1,500.00 - | | $ 408.52 |
| 02-06 | Check 13756 | $ 36.59 - | | $ 371.93 |
| 02-07 | Check 13752 | $ 30.00 - | | $ 341.93 |
| 02-09 | #Check Card Purchase | $ 19.00 - | | $ 322.93 |
| | MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREMIUM   IATN NET  CA SEQ # 803923637418-1683 | | | |
| 02-09 | Check 13760 | $ 37.06 - | | $ 285.87 |
| 02-09 | Check 13757 | $ 23.22 - | | $ 262.65 |
| 02-12 | #Preauthorized Debit | $ 165.85 - | | $ 96.80 |
| | ALLDATA LLC PAYMENT 180209 | | | |
| 02-12 | Check 13761 | $ 27.85 - | | $ 68.95 |
| 02-12 | Check 13758 | $ 22.00 - | | $ 46.95 |
| 02-12 | Check 13759 | $ 20.00 - | | $ 26.95 |

15642

7871                    1722526

**ROBERT J LEISTNER**
Account Number: 0000░░░░
Type: Basic Business Checking
Page 2 of 4

DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 0000░░░░

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 02-13 | Deposit | | $ 500.00 | $ 526.95 |
| 02-13 | #Check Card Purchase | $ 8.00 - | | $ 518.95 |
| | MERCHANT PURCHASE TERMINAL 480197 AL S FISH CHICKEN   WILKINSBU PA SEQ # 804423200116-1683 | | | |
| 02-13 | Check 13764 | $ 37.93 - | | $ 481.02 |
| 02-14 | #Check Card Purchase | $ 9.99 - | | $ 471.03 |
| | MERCHANT PURCHASE TERMINAL 480197 AL S FISH CHICKEN   WILKINSBU PA SEQ # 804526200116-1683 | | | |
| 02-15 | Check 13766 | $ 101.82 - | | $ 369.21 |
| 02-16 | Check 13767 | $ 47.56 - | | $ 321.65 |
| 02-16 | Check 13763 | $ 20.00 - | | $ 301.65 |
| 02-20 | Deposit | | $ 456.95 | $ 758.60 |
| 02-20 | #Preauthorized Debit | $ 378.49 - | | $ 380.11 |
| | COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *180131*T*0 000037849* *P* *20180220 | | | |
| 02-20 | Check 13762 | $ 330.37 - | | $ 49.74 |
| 02-20 | Check 13768 | $ 17.64 - | | $ 32.10 |
| 02-21 | Check 13769 | $ 120.49 - | | $ 88.39 |
| 02-21 | Check 13770 | $ 49.97 - | | $ 138.36 |
| 02-22 | Deposit | | $ 4,320.00 | $ 4,181.64 |
| 02-22 | Deposit | | $ 806.00 | $ 4,987.64 |
| 02-22 | #Overdraft Fee | $ 36.00 - | | $ 4,951.64 |
| | FOR OVERDRAFT CHECK # 13769 | | | |
| 02-22 | #Overdraft Fee | $ 36.00 - | | $ 4,915.64 |
| | FOR OVERDRAFT CHECK # 13770 | | | |
| 02-22 | Check 13771 | $ 150.00 - | | $ 4,765.64 |
| 02-23 | Deposit | | $ 39.54 | $ 4,805.18 |
| 02-23 | Check 13776 | $ 4,010.00 - | | $ 795.18 |
| 02-23 | #Check Card Purchase | $ 25.93 - | | $ 769.20 |
| | MERCHANT PURCHASE TERMINAL 449215 WWW BYHANDAMDEYE COM   WWW BYHAN OH SEQ # 805421637951-1683 | | | |
| 02-23 | Check 13772 | $ 145.26 - | | $ 623.94 |
| 02-26 | Deposit | | $ 300.00 | $ 923.94 |
| 02-26 | R Check 13774 | $ 206.92 - | | $ 717.02 |
| 02-26 | R Check 13773 | $ 200.00 - | | $ 517.02 |
| 02-26 | R Check 13765 | $ 22.00 - | | $ 495.02 |
| 02-27 | Deposit | | $ 240.00 | $ 735.02 |
| 02-27 | #NSF Returned Item 13774 | | $ 206.92 | $ 941.94 |
| | CHECK 13774 | | | |
| 02-27 | #NSF Returned Item 13773 | | $ 200.00 | $ 1,141.94 |
| | CHECK 13773 | | | |
| 02-27 | #NSF Returned Item 13765 | | $ 22.00 | $ 1,163.94 |
| | CHECK 13765 | | | |

Page 3 of 4
7871

1722526

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 0000####

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 02-27 | #Service Charge CHECK REPROCESS FE | $ 15.00 - | | $ 1,148.94 |
| 02-27 | #Return Item Fee FOR RETURN OF CHECK # 13774 | $ 36.00 - | | $ 1,112.94 |
| 02-27 | #Return Item Fee FOR RETURN OF CHECK # 13773 | $ 36.00 - | | $ 1,076.94 |
| 02-27 | #Return Item Fee FOR RETURN OF CHECK # 13765 | $ 36.00 - | | $ 1,040.94 |
| 02-27 | #Preauthorized Debit PEOPLESGAS PeoplesGas 180227 | $ 481.95 - | | $ 558.99 |
| 02-27 | R Check 13775 | $ 22.58 - | | $ 536.41 |
| 02-28 | #Return Item PEOPLESGAS PeoplesGas 180227 CHECK | | $ 481.95 | $ 1,018.36 |
| 02-28 | #NSF Returned Item 13775 CHECK 13775 | | $ 22.58 | $ 1,040.94 |
| 02-28 | #Return Item Fee FOR RETURN OF PREAUTHORIZED DEBI 091000017785591 | $ 36.00 - | | $ 1,004.94 |
| 02-28 | #Return Item Fee FOR RETURN OF CHECK # 13775 | $ 36.00 - | | $ 968.94 |
| 02-28 | Ending Totals | $ 8,940.65 - | $ 9,357.73 | $ 968.94 |

R-Check has been returned

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 13736 | $ 1,500.00 | 13759 | $ 20.00 | 13769 | $ 120.49 |
| 13749* | $ 30.00 | 13760 | $ 37.06 | 13770 | $ 49.97 |
| 13751* | $ 8.63 | 13761 | $ 27.85 | 13771 | $ 150.00 |
| 13752 | $ 30.00 | 13762 | $ 330.37 | 13772 | $ 145.26 |
| 13753 | $ 34.69 | 13763 | $ 20.00 | 13773R | $ 200.00 |
| 13754 | $ 57.54 | 13764 | $ 37.93 | 13774R | $ 206.92 |
| 13755 | $ 148.30 | 13765R | $ 22.00 | 13775R | $ 22.58 |
| 13756 | $ 36.59 | 13766 | $ 101.82 | 13776 | $ 4,010.00 |
| 13757 | $ 23.22 | 13767 | $ 47.56 | | |
| 13758 | $ 22.00 | 13768 | $ 17.64 | | |

* Indicates Skip in Check Number
R Indicates Check Has Been Returned

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 02-05 | Check card purchase | 125.97 | 02-12 | Preauthorized debit | 165.85 |
| 02-09 | Check card purchase | 19.00 | 02-13 | Check card purchase | 8.00 |

7871

ROBERT J LEISTNER
Account Number: 0000
Type: Basic Business Checking
Page 4 of 4

/722526

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 02-14 | Check card purchase | 9.99 | 02-27 | Return item fee | 36.00 |
| 02-20 | Preauthorized debit | 378.49 | 02-27 | Return item fee | 36.00 |
| 02-22 | Overdraft fee | 36.00 | 02-27 | Return item fee | 36.00 |
| 02-22 | Overdraft fee | 36.00 | 02-27 | Preauthorized debit | 481.95 |
| 02-23 | Check card purchase | 25.98 | 02-28 | Return item fee | 36.00 |
| 02-27 | Service charge | 15.00 | 02-28 | Return item fee | 36.00 |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 02-01 | Deposit | 861.05 | 02-26 | Deposit | 300.00 |
| 02-05 | Deposit | 900.74 | 02-27 | Deposit | 240.00 |
| 02-13 | Deposit | 500.00 | 02-27 | NSF returned item | 206.92 |
| 02-20 | Deposit | 456.95 | 02-27 | NSF returned item | 200.00 |
| 02-22 | Deposit | 4,320.00 | 02-27 | NSF returned item | 22.00 |
| 02-22 | Deposit | 806.00 | 02-28 | Return item | 481.95 |
| 02-23 | Deposit | 39.54 | 02-28 | NSF returned item | 22.58 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $72.00 | $72.00 |
| Total Returned Item Fees | $180.00 | $180.00 |

EFFECTIVE ACCOUNT MANAGEMENT CAN MINIMIZE OVERDRAFT FEES. AS SUCH, WE FEEL IT IS IMPORTANT TO KEEP YOU INFORMED OF TOOLS THAT CAN HELP YOU MANAGE YOUR CHECKING ACCOUNT. WE OFFER A WEB-BASED TUTORIAL, TITLED CHECKING NAVIGATOR, THAT YOU CAN FIND AT STBANK.COM/NAVIGATOR. WE WOULD LIKE TO DISCUSS WAYS TO HELP YOU REDUCE THE NUMBER OF OVERDRAFT FEES YOU ARE PAYING. CALL US AT 800.325.2265 TO LEARN MORE.

00007054-002-003-MPCLST03012018079634-830N LETTER01-00-0-00007871

1722526

# BASIC BUSINESS CHECKING, *5447

All completed transactions from 02/01/2018 to 02/28/2018

| Date | Number | Description | Withdrawals | Deposits | Balance | |
|---|---|---|---|---|---|---|
| 02/28/2018 | | RETURN ITEM FEE FOR RETURN OF CHECK # 13775 | 36.00 | | 968.94 | ✓ |
| 02/28/2018 | | RETURN ITEM FEE FOR RETURN OF PREAUTHORIZED DEBI 091000017785591 | 36.00 | | 1,004.94 | ✓ |
| 02/28/2018 | 13775 | NSF RETURNED ITEM | | 22.58 | 1,040.94 | |
| 02/28/2018 | | RETURN ITEM PEOPLESGAS PeoplesGas 180227  Void Void | | 481.95 | 1,018.36 | |
| 02/27/2018 | 13775 | CHECK  Auto Plus  Part | 22.58 | | 536.41 | PdC. |
| 02/27/2018 | | PREAUTHORIZED DEBIT PEOPLESGAS PeoplesGas 180227  VOID | 481.95 | | 558.99 | Not Pa |
| 02/27/2018 | | RETURN ITEM FEE FOR RETURN OF CHECK # 13765 | 36.00 | | 1,040.94 | |
| 02/27/2018 | | RETURN ITEM FEE FOR RETURN OF CHECK # 13773 | 36.00 | | 1,076.94 | |
| 02/27/2018 | | RETURN ITEM FEE FOR RETURN OF CHECK # 13774 | 36.00 | | 1,112.94 | |
| 02/27/2018 | | SERVICE CHARGE CHECK REPROCESS FE | 15.00 | | 1,148.94 | |
| 02/27/2018 | 13765 | NSF RETURNED ITEM  Paid Cash | | 22.00 | 1,163.94 | |
| 02/27/2018 | 13773 | NSF RETURNED ITEM  void | | 200.00 | 1,141.94 | |
| 02/27/2018 | 13774 | NSF RETURNED ITEM  Paid by Bank | | 206.92 | 941.94 | |
| 02/27/2018 | | DEPOSIT | | 240.00 | 735.02 | |
| 02/26/2018 | 13765 | CHECK  Cash  I/m | 22.00 | | 495.02 | Void |
| 02/26/2018 | 13773 | CHECK  A&D Autowreckers  Part | 200.00 | | 517.02 | Not Pc |
| 02/26/2018 | 13774 | CHECK  Auto Plus  Part | 206.92 | | 717.02 | Paid |
| 02/26/2018 | | DEPOSIT | | 300.00 | 923.94 | |
| 02/23/2018 | 13772 | CHECK  A&D Autowreckers  Part | 145.26 | | 623.94 | ✓ |
| 02/23/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 WWW BYHANDANDEYE C OM WWW BYHAN OH SEQ # 805421637951 XXXXXXXXXXX1683 | 25.98 | | 769.20 | |
| 02/23/2018 | 13776 | CHECK  Bankruptcy | 4,010.00 | | 795.18 | ✓ |
| 02/23/2018 | | DEPOSIT | | 39.54 | 4,805.18 | |
| 02/22/2018 | 13771 | CHECK  Bigs  Trash | 150.00 | | 4,765.64 | ✓ |
| 02/22/2018 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13770 | 36.00 | | 4,915.64 | |
| 02/22/2018 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13769 | 36.00 | | 4,951.64 | |
| 02/22/2018 | | DEPOSIT | | 806.00 | 4,987.64 | |
| 02/22/2018 | | DEPOSIT | | 4,320.00 | 4,181.64 | |

1722526

| Date | Check # | Description | Amount | Deposit | Balance | ✓ |
|---|---|---|---|---|---|---|
| 02/21/2018 | 13770 | CHECK *Auto Plus  Part* | 49.97 | | -138.36 | ✓ |
| 02/21/2018 | 13769 | CHECK *Auto Plus  Part* | 120.49 | | -88.39 | ✓ |
| 02/20/2018 | 13768 | CHECK *Auto Plus  Part* | 17.64 | | 32.10 | ✓ |
| 02/20/2018 | 13762 | CHECK *Auto Plus  Part* | 330.37 | | 49.74 | ✓ |
| 02/20/2018 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *180131*T*0 000037849* *P* *20180220  *January Sales* | 378.49 | | 380.11 | ✓ |
| 02/20/2018 | | DEPOSIT | | 456.95 | 758.60 | |
| 02/16/2018 | 13763 | CHECK *Cash    I/m* | 20.00 | | 301.65 | ✓ |
| 02/16/2018 | 13767 | CHECK *Auto Plus  Part* | 47.56 | | 321.65 | ✓ |
| 02/15/2018 | 13766 | CHECK *Auto Plus  Part* | 101.82 | | 369.21 | ✓ |
| 02/14/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 480197 AL S FISH CHICKE N WILKINSBU PA SEQ # 804526200116 XXXXXXXXXXXX1683  *Lunch* | 9.99 | | 471.03 | |
| 02/13/2018 | 13764 | CHECK *Auto Plus  Part* | 37.93 | | 481.02 | ✓ |
| 02/13/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 480197 AL S FISH CHICKE N WILKINSBU PA SEQ # 804423200116 XXXXXXXXXXXX1683  *Lunch* | 8.00 | | 518.95 | |
| 02/13/2018 | | DEPOSIT | | 500.00 | 526.95 | |
| 02/12/2018 | 13759 | CHECK *Cash    I/m* | 20.00 | | 26.95 | ✓ |
| 02/12/2018 | 13758 | CHECK *Cash  part I/m* | 22.00 | | 46.95 | ✓ |
| 02/12/2018 | 13761 | CHECK *Auto Plus  Part* | 27.85 | | 68.95 | ✓ |
| 02/12/2018 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 180209 | 165.85 | | 96.80 | ✓ |
| 02/09/2018 | 13757 | CHECK *Auto Plus  Part* | 23.22 | | 262.65 | ✓ |
| 02/09/2018 | 13760 | CHECK *Auto Plus  Part* | 37.06 | | 285.87 | |
| 02/09/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM IATN NET CA SEQ # 803923637418 XXXXXXXXXXXX1683  *Bot* | 19.00 | | 322.93 | |
| 02/07/2018 | 13752 | CHECK *Cash    Windows* | 30.00 | | 341.93 | ✓ |
| 02/06/2018 | 13756 | CHECK *Auto Plus  Part* | 36.59 | | 371.93 | ✓ |
| 02/06/2018 | 13736 | CASHED CHECK  *Bankruptcy* | 1,500.00 | | 408.52 | ✓ |
| 02/05/2018 | 13753 | CHECK *Auto Plus  Part* | 34.69 | | 1,908.52 | ✓ |
| 02/05/2018 | 13754 | CHECK *Auto Plus  Part* | 57.54 | | 1,943.21 | ✓ |
| 02/05/2018 | 13755 | CHECK *Auto Plus  Part* | 148.30 | | 2,000.75 | ✓ |
| 02/05/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 444500 SUMMIT RACING MAIL ORDER800 230 3 OH SEQ # 803427600144 XXXXXXXXXXXX1683  *Part  Danatach* | 125.97 | | 2,149.05 | ✓ |
| 02/05/2018 | | DEPOSIT | | 900.74 | 2,275.02 | |

| Date | Check # | Type | Memo | Amount | Deposit | Balance |
|---|---|---|---|---|---|---|
| 02/02/2018 | 13749 | CHECK | Jan | 30.00 | | 1,374.28 |
| 02/01/2018 | 13751 | CHECK | Jan | 8.63 | | 1,404.28 |
| 02/01/2018 | | DEPOSIT | | | 861.05 | 1,412.91 |