# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | **Bankruptcy No. 17-22526-GLT** |
| **Robert J. Leistner** ) | |
| **Linda A. Leistner** ) | **Chapter 13** |
| ) | |
| **Debtors** ) | |

## MONTHLY OPERATING REPORT
## MARCH 2018

PAWB FORM 5 (03/12)

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name  Robert J. Leistner And Linda A. Leistner

Case No. 1722526

Month  March          Year  2018

Gross receipts for month:   8789.73
(If more than one source, list each)

TOTAL GROSS RECEIPTS:  $ 8789.73

Business expenses paid:

| Description | Amount |
|---|---|
| Parts | 2814.33 |
| Bankruptcy | 3000.00 |
| Fire Extinguisher Inspect | 62.00 |
| Sales Tax Fee | 627.70 |
| Office Supplies | 86.30 |
| Bank Fees | 186.50 |
| Alldata | 165.85 |
| Telephone | 303.51 |
| Gas | 944.95 |
| Electric | 500.10 |
| Windows | 30.00 |
| Bot | 129.00 |

TOTAL EXPENSES:  $ 8850.24

NET PROFIT OR (LOSS) FOR MONTH:  $ -60.51

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

1722526

• Return and Payment successfully Submitted

## Sales and Use Tax

| Business Name | Revenue ID | Account ID | Federal Employer Identification Number |
|---|---|---|---|
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 |
| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
| 3/1/2018 | 3/31/2018 | 4/20/2018 | 4/6/2018 | 4/6/2018 12:41:58 PM |
| Filed By | Transaction ID | Return Status | Original/Amended |
| Robert Leistner | 1318000001942580 | Complete | Original |

### Sales Tax, Use & Hotel Occupancy Tax {PA-3}

|   |   | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 8789.73 | 8789.73 |
| 2 | Net Taxable Sales | 8789.73 | 8789.73 |
| 3 | Total Amount of Tax Due | 527.38 | 87.90 |
| 4 | Discount — Discount Applied. | 5.27 | 0.88 |
| 5 | Net Tax Due | 522.11 | 87.02 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 522.11 | 87.02 |
| 11 | Credit — No Credits Applied. | 0.00 | 0.00 |
| 12 | Amount Due | 522.11 | 87.02 |
|   | Total Payment Due |   | $609.13 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return

1722526

| Date | Check # | Description | Amount | Balance |
|---|---|---|---|---|
| 03/13/2018 | 13780 | CHECK Auto Plus Part | 271.45 | 479.05 ✓ |
| 03/12/2018 | | PREAUTHORIZED DEBIT BILLMATRIX BILLPAYFEE 180312 | 3.50 | 750.50 ✓ |
| 03/12/2018 | 13782 | CHECK Auto Plus Part | 54.95 | 754.00 ✓ |
| 03/12/2018 | 13781 | CHECK Auto Plus Part | 143.05 | 808.95 ✓ |
| 03/12/2018 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 180309 | 165.85 | 952.00 ✓ |
| 03/12/2018 | | PREAUTHORIZED DEBIT FIS*VERIZON BILL PAY 180312 | 303.51 | 1,117.85 ✓ |
| 03/12/2018 | | DEPOSIT | 440.00 | 1,421.36 |
| 03/09/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM IATN NET CA SEQ # 806725637526 XXXXXXXXXXXX1683  Bk✓ | 19.00 | 981.36 |
| 03/08/2018 | | DEPOSIT | 667.01 | 1,000.36 |
| 03/06/2018 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13777 | 36.00 | 333.35 ✓ |
| 03/06/2018 | | OVERDRAFT FEE FOR OVERDRAFT CHECK 000000018000898  13778 | 36.00 | 369.35 ✓ |
| 03/05/2018 | 13777 | CHECK Auto Plus Part | 18.46 | 405.35 ✓ |
| 03/05/2018 | 13778 | CHECK Auto Plus Part | 154.36 | 423.81 ✓ |
| 03/05/2018 | | RETURN ITEM FEE FOR RETURN OF CHECK # 13775 Feb | 36.00 | 578.17 ✓ |
| 03/05/2018 | 13775 | NSF RETURNED ITEM  Void | 22.58 | 614.17 |
| 03/02/2018 | 13775 | CHECK  Void | 22.58 | 591.59 |
| 03/02/2018 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13779 Feb | 36.00 | 614.17 ✓ |
| 03/02/2018 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13774 Feb | 36.00 | 650.17 ✓ |
| 03/01/2018 | 13779 | CHECK Auto Plus Part | 75.85 | 686.17 ✓ |
| 03/01/2018 | 13774 | CHECK  Pd Feb | 206.92 | 762.02 |

13774 - Pd Feb
13775 - Pd Feb
13773 - Pd by check 13791 - march 26 - $200.00 ✓
Void    Recorded in Feb as a Void Paid in march

13792 - Void have voided check

3-27-18  13798  A & D Autowreckers  Part  15.00 ✓
3-30-    13800  PPI  Part  116.52 ✓

gas
Electric / United Community Credit Union - Deposit From M.D. Auto    1445.05

## BASIC BUSINESS CHECKING, *5447

1722526

All completed transactions from 03/01/2018 to 03/31/2018

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 03/30/2018 | 13799 | CHECK Tri State Dodge Part | 48.32 | | 777.70 |
| 03/30/2018 | 13793 | CHECK Bankruptcy W. NNelly | 3,000.00 | | 826.02 |
| 03/30/2018 | | DEPOSIT | | 1,092.97 | 3,826.02 |
| 03/29/2018 | 13795 | CHECK Auto Plus Part | 229.25 | | 2,733.05 |
| 03/28/2018 | 13796 | CHECK Tri State Dodge Part | 34.50 | | 2,962.30 |
| 03/28/2018 | 13794 | CHECK Tri State Dodge Part | 114.56 | | 2,996.80 |
| 03/28/2018 | 13797 | CHECK Auto Plus Part | 475.00 | | 3,111.36 |
| 03/26/2018 | 13791 | CHECK A & D Autowreckers Part | 200.00 | | 3,586.36 |
| 03/23/2018 | 13788 | CHECK Cash Pmt Inspection Car | 62.00 | | 3,786.36 |
| 03/23/2018 | 13786 | CHECK ABCO Fire Exg Inspect | 111.30 | | 3,848.36 |
| 03/23/2018 | 13790 | CHECK Auto Plus Part | 129.36 | | 3,959.66 |
| 03/22/2018 | | DEPOSIT | | 3,500.00 | 4,089.02 |
| 03/21/2018 | 13789 | CHECK Auto Plus Part | 108.24 | | 589.02 |
| 03/20/2018 | 13783 | CHECK Cash Windows | 30.00 | | 697.26 |
| 03/20/2018 | 13787 | CHECK Auto Plus Part | 61.14 | | 727.26 |
| 03/20/2018 | 13785 | CHECK Auto Plus Part | 195.85 | | 788.40 |
| 03/20/2018 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *180228*T*0 000062770* *P* *20180320  Sales Fet | 627.70 | | 984.25 |
| 03/19/2018 | | DEPOSIT | | 540.00 | 1,611.95 |
| 03/16/2018 | 13737 | CASHED CHECK Bob | 50.00 | | 1,071.95 |
| 03/16/2018 | | ATM SURCHARGE SURCHARGE AMOUNT TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 807500001302 XXXXXXXXXXXX1683 | 3.50 | | 1,121.95 |
| 03/16/2018 | | SERVICE CHARGE NON S&T ATM W/D | 3.00 | | 1,125.45 |
| 03/16/2018 | | NON S&T ATM W/D CASH WITHDRAWAL TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 807500001302 XXXXXXXXXXXX1683  Bob | 60.00 | | 1,128.45 |
| 03/16/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 770446 KUHN'S BEULAH ROAD TURTLE CR PA SEQ # 807416742685 XXXXXXXXXXXX1683  Coffee Porcelain office Supplies | 86.30 | | 1,188.45 |
| 03/15/2018 | 13784 | CHECK Flynn Tires Part | 309.00 | | 1,274.75 |
| 03/14/2018 | | DEPOSIT | | 1,104.70 | 1,583.75 |

1 of 2                                                                                                              4/4/2018, 2:34 PM




**UNITED COMMUNITY FCU**
C/O SUPERVISORY COMMITTEE
PO BOX 18178
PITTSBURGH PA 15236

RETURN SERVICE REQUESTED

**MEMBER'S STATEMENT OF ACCOUNT**

For inquiries, please call
West Mifflin: 412-653-8000
Wilmerding: 412-824-8248
Washington: 724-228-2020
www.unitedcommunityfcu.org

>03973 8587633 001 092029 42078
LINDA A LEISTNER
1005 GOVERNMENT RD
IRWIN PA 15642-8818

M315642

**MEMBER NUMBER** 24 024

**STATEMENT PERIOD**
03/01/2018 - 03/31/2018

42078000-06264   DIRECT DEPOSIT

*1722526*

THE CREDIT UNION IS CONDUCTING A REGULAR VERIFICATION OF ACCOUNTS. PLEASE CHECK YOUR STATEMENT CAREFULLY. IF THERE ARE ANY UNRESOLVED DISCREPANCIES, PLEASE CONTACT: SUPERVISORY COMMITTEE, PO BOX 18178, PITTSBURGH, PA 15236.

## ACCOUNT SUMMARY - Balances as of 03/31/2018

Deposit Accounts
Share Account 01          11.26
Share Drafts              50.73

## SHARE ACCOUNT 01

JOINT OWNER : ROBERT J LEISTNER

### Account Activity

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 03/01 | PREVIOUS BALANCE | | 11.26 |
| 03/31 | NEW SHARE BALANCE | | 11.26 |

## SHARE DRAFTS

JOINT OWNER : ROBERT J LEISTNER

### Account Activity

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 03/01 | PREVIOUS BALANCE | | 77.18 |
| 03/05 | SHARE DRAFT DEP FROM CASH RECEIVED *From M.D. autowash* | 600.00 | 677.18 |
| 03/05 | SHARE DRAFT DEP FROM CASH RECEIVED *From M.D. autowash* | 300.00 | 977.18 |
| 03/06 | DEBIT CARD WITHDRAWAL PEOPLES GAS BILL 4900 PA 800-764-0111   PEOPLES GAS BILL   US | -944.95 *M.D.* | 32.23 |
| 03/09 | DEBIT CARD WITHDRAWAL SUNRISE DISTRIBU 5921 PA IRWIN   SUNRISE DISTRIBUTIOUS | -22.78 | 9.45 |
| 03/21 | EFT SSA  TREAS 310 ;032118;XXSOC SEC | 1,125.00 | 1,134.45 |
| 03/21 | EFT Duquesne Light ;032118;PAYMENT | -500.10 *M.D* | 634.35 |
| 03/22 | EFT STATE FARM RO 08;032218;CPC-CLIENT | -134.00 | 500.35 |
| 03/23 | EFT COMCAST         ;032318;CABLE | -275.87 | 224.48 |
| 03/23 | EFT FIRSTENERGY OPCO;032318;FE ECHECK | -73.00 | 151.48 |
| 03/23 | SHR DRAFT    1136 TRACE       2070442 | -75.00 | 76.48 |
| 03/30 | ATM WITHDRAWAL PA IRWIN     4021 ROUTE 130    US | -23.75 | 52.73 |
| 03/31 | LOW BALANCE FEE | -2.00 | 50.73 |

03973 8587633 004652 008857 00001/00002 c42078

*1722526*

7028      **S&T Bank**   PO Box 190
MEMBER FDIC   Indiana, PA 15701
800.325.2265
stbank.com

00007303-MPCLST04022018035795-830N-LETTER01-000000 0

**ROBERT J LEISTNER**
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

Haymaker Office
Account Number: 0000XXXXXXX
Type: Basic Business Checking

Page 1 of 4
Statement from:
March 1 to March 30, 2018

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 968.94 |
| Deposits and Other Additions | + | 7,367.26 |
| Checks Paid and Other Subtractions | – | 7,558.50 |
| Ending Balance on March 30, 2018 | | $ 777.70 |
| Low Balance | | $ 333.35 |
| Average Ledger Balance | | $ 1,559.11 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 0000XXXXXXX

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 03-01 | Previous Statement Balance | | | $ 968.94 |
| 03-01 | Check  13774 | $ 206.92 - | | $ 762.02 |
| 03-01 | Check  13779 | $ 75.85 - | | $ 686.17 |
| 03-02 | #Overdraft Fee FOR OVERDRAFT CHECK # 13774 | $ 36.00 - | | $ 650.17 |
| 03-02 | #Overdraft Fee FOR OVERDRAFT CHECK # 13779 | $ 36.00 - | | $ 614.17 |
| 03-02 | R Check 13775 | $ 22.58 - | | $ 591.59 |
| | | | $ 22.58 | $ 614.17 |
| 03-05 | #NSF Returned Item 13775 CHECK 13775 | | | $ 578.17 |
| 03-05 | #Return Item Fee FOR RETURN OF CHECK # 13775 | $ 36.00 - | | $ 423.81 |
| 03-05 | Check | $ 154.36 - | | $ 405.35 |
| 03-05 | Check  13777 | $ 18.46 - | | $ 369.35 |
| 03-06 | #Overdraft Fee FOR OVERDRAFT CHECK 000000018000898 | $ 36.00 - | | $ 333.35 |
| 03-06 | #Overdraft Fee FOR OVERDRAFT CHECK # 13777 | $ 36.00 - | | $ 1,000.36 |
| 03-08 | Deposit | | $ 667.01 | $ 981.36 |
| 03-09 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM   IATN NET  CA SEQ # 806725637526-1683 | $ 19.00 - | | $ 1,421.36 |
| 03-12 | Deposit | | $ 440.00 | |


15642

*172526*

7028

ROBERT J LEISTNER
Account Number: 0000185447
Type: Basic Business Checking
Page 2 of 4

**DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 0000~~185447~~**

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| | | | | $ 1,117.85 |
| 03-12 | #Preauthorized Debit FIS*VERIZON BILL PAY 180312 | $ 303.51 - | | |
| 03-12 | #Preauthorized Debit ALLDATA LLC PAYMENT 180309 | $ 165.85 - | | $ 952.00 |
| 03-12 | Check 13781 | $ 143.05 - | | $ 808.95 |
| 03-12 | Check 13782 | $ 54.95 - | | $ 754.00 |
| 03-12 | #Preauthorized Debit BILLMATRIX BILLPAYFEE 180312 | $ 3.50 - | | $ 750.50 |
| 03-13 | Check 13780 | $ 271.45 - | | $ 479.05 |
| 03-14 | Deposit | | $ 1,104.70 | $ 1,583.75 |
| 03-15 | Check 13784 | $ 309.00 - | | $ 1,274.75 |
| 03-16 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 770446 KUHN'S BEULAH ROAD TURTLE CR PA SEQ # 807416742685-1683 | $ 86.30 - | | $ 1,188.45 |
| 03-16 | #Non S&T ATM W/D CASH WITHDRAWAL TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 807500001302-1683 | $ 60.00 - | | $ 1,128.45 |
| 03-16 | #Service Charge NON S&T ATM W/D | $ 3.00 - | | $ 1,125.45 |
| 03-16 | #ATM Surcharge SURCHARGE AMOUNT TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 807500001302-1683 | $ 3.50 - | | $ 1,121.95 |
| 03-16 | Check 13737 | $ 50.00 - | | $ 1,071.95 |
| 03-19 | Deposit | | $ 540.00 | $ 1,611.95 |
| 03-20 | #Preauthorized Debit COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *180228*T*0 000062770* *P* *20180320 | $ 627.70 - | | $ 984.25 |
| 03-20 | Check 13785 | $ 195.85 - | | $ 788.40 |
| 03-20 | Check 13787 | $ 61.14 - | | $ 727.26 |
| 03-20 | Check 13783 | $ 30.00 - | | $ 697.26 |
| 03-21 | Check 13789 | $ 108.24 - | | $ 589.02 |
| 03-22 | Deposit | | $ 3,500.00 | $ 4,089.02 |
| 03-23 | Check 13790 | $ 129.36 - | | $ 3,959.66 |
| 03-23 | Check 13786 | $ 111.30 - | | $ 3,848.36 |
| 03-23 | Check 13788 | $ 62.00 - | | $ 3,786.36 |
| 03-26 | Check 13791 | $ 200.00 - | | $ 3,586.36 |
| 03-28 | Check 13797 | $ 475.00 - | | $ 3,111.36 |
| 03-28 | Check 13794 | $ 114.56 - | | $ 2,996.80 |
| 03-28 | Check 13796 | $ 34.50 - | | $ 2,962.30 |
| 03-29 | Check 13795 | $ 229.25 - | | $ 2,733.05 |
| 03-30 | Deposit | | $ 1,092.97 | $ 3,826.02 |

Page 3 of 4
7028

*1722526*

DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 0000~~XXXX~~

| Date | | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 03-30 | Check 13793 | $ 3,000.00 - | | $ 826.02 |
| 03-30 | Check 13799 | $ 48.32 - | | $ 777.70 |
| 03-30 | Ending Totals | $ 7,558.50 - | $ 7,367.26 | $ 777.70 |

R-Check has been returned

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| | $ 154.36 | 13782 | $ 54.95 | 13790 | $ 129.36 |
| 13737 | $ 50.00 | 13783 | $ 30.00 | 13791 | $ 200.00 |
| 13774* | $ 206.92 | 13784 | $ 309.00 | 13793* | $ 3,000.00 |
| 13775R | $ 22.58 | 13785 | $ 195.85 | 13794 | $ 114.56 |
| 13777* | $ 18.46 | 13786 | $ 111.30 | 13795 | $ 229.25 |
| 13779* | $ 75.85 | 13787 | $ 61.14 | 13796 | $ 34.50 |
| 13780 | $ 271.45 | 13788 | $ 62.00 | 13797 | $ 475.00 |
| 13781 | $ 143.05 | 13789 | $ 108.24 | 13799* | $ 48.32 |

\* Indicates Skip in Check Number
R Indicates Check Has Been Returned

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 03-02 | Overdraft fee | 36.00 | 03-12 | Preauthorized debit | 165.85 |
| 03-02 | Overdraft fee | 36.00 | 03-12 | Preauthorized debit | 3.50 |
| 03-05 | Return item fee | 36.00 | 03-16 | Check card purchase | 86.30 |
| 03-06 | Overdraft fee | 36.00 | 03-16 | Non S&T ATM w/d | 60.00 |
| 03-06 | Overdraft fee | 36.00 | 03-16 | Service charge | 3.00 |
| 03-09 | Check card purchase | 19.00 | 03-16 | ATM surcharge | 3.50 |
| 03-12 | Preauthorized debit | 303.51 | 03-20 | Preauthorized debit | 627.70 |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 03-05 | NSF returned item | 22.58 | 03-19 | Deposit | 540.00 |
| 03-08 | Deposit | 667.01 | 03-22 | Deposit | 3,500.00 |
| 03-12 | Deposit | 440.00 | 03-30 | Deposit | 1,092.97 |
| 03-14 | Deposit | 1,104.70 | | | |



1722526

7028

**ROBERT J LEISTNER**
Account Number: 0000XXXXXXX
Type: Basic Business Checking
*Page 4 of 4*

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $144.00 | $216.00 |
| Total Returned Item Fees | $36.00 | $216.00 |

EFFECTIVE ACCOUNT MANAGEMENT CAN MINIMIZE OVERDRAFT FEES. AS SUCH, WE FEEL IT IS IMPORTANT TO KEEP YOU INFORMED OF TOOLS THAT CAN HELP YOU MANAGE YOUR CHECKING ACCOUNT. WE OFFER A WEB-BASED TUTORIAL, TITLED CHECKING NAVIGATOR, THAT YOU CAN FIND AT STBANK.COM/NAVIGATOR. WE WOULD LIKE TO DISCUSS WAYS TO HELP YOU REDUCE THE NUMBER OF OVERDRAFT FEES YOU ARE PAYING. CALL US AT 800.325.2265 TO LEARN MORE.