# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Bankruptcy No. 17-22526-GLT** |
| **Robert J. Leistner** | ) | |
| **Linda A. Leistner** | ) | **Chapter 13** |
| | ) | |
| **Debtors** | ) | |

MONTHLY OPERATING REPORT
APRIL 2018

PAWB FORM 5  (03/12)

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name  Robert J. Leistner And Linda A. Leistner

Case No.  1722524

Month  April                                    Year  2018

Gross receipts for month:                                      8674.13

(If more than one source, list each)

TOTAL GROSS RECEIPTS:  $ 8674.13

Business expenses paid:

| Description | Amount |
|---|---|
| Parts | 4102.54 |
| Sales Tax | 609.13 |
| Truck Insurance | 110.33 |
| Verizon telephone | 383.00 |
| Business Checks | 221.41 |
| Alldata | 165.85 |
| Peoples Gas | 147.95 |
| Accountant | 150.00 |
| Bankruptcy | 2400.00 |
| local Tax | 195.00 |

TOTAL EXPENSES:  $ 8485.21

NET PROFIT OR (LOSS) FOR MONTH:  $ 188.92

Reports for each month are due by the 15th day of the following month and should be mailed to:

Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED



6249

PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

MEMBER FDIC

00006695-MPCLST05012018075123-830N-LETTER01-000000 0



**ROBERT J LEISTNER**
**DBA M D AUTOWORKS**
**1005 GOVERNMENT RD**
**IRWIN PA 15642-8818**

*1722526*

**Haymaker Office**
Account Number:
Type: **Basic Business Checking**

*Page 1 of 4*
Statement from:
**March 31 to April 30, 2018**

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| *Previous Statement Balance* | | $ 777.70 |
| *Deposits and Other Additions* | + | 8,691.16 |
| *Checks Paid and Other Subtractions* | - | 8,174.07 |
| *Ending Balance on April 30, 2018* | | $ 1,294.79 |
| *Low Balance* | | $ 398.47 |
| *Average Ledger Balance* | | $ 1,248.83 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 03-31 | Previous Statement Balance | | | $ 777.70 |
| 04-02 | Deposit | | $ 3,175.66 | $ 3,953.36 |
| 04-02 | Check 13800 | $ 116.52 - | | $ 3,836.84 |
| 04-02 | Check 13801 | $ 7.22 - | | $ 3,829.62 |
| 04-03 | Check 13798 | $ 15.00 - | | $ 3,814.62 |
| 04-04 | Check 13804 | $ 469.97 - | | $ 3,344.65 |
| 04-05 | Check 13808 | $ 148.93 - | | $ 3,195.72 |
| 04-05 | #Preauthorized Debit PROG ADVANCED INS PREM 180405 | $ 110.33 - | | $ 3,085.39 |
| 04-05 | Check 13807 | $ 57.96 - | | $ 3,027.43 |
| 04-06 | Deposit | | $ 655.59 | $ 3,683.02 |
| 04-06 | Check 13802 | $ 2,410.00 - | | $ 1,273.02 |
| 04-06 | #Preauthorized Debit DLX For Business BUS PROD 180406 02042222301128 | $ 221.41 - | | $ 1,051.61 |
| 04-06 | Check 13805 | $ 217.43 - | | $ 834.18 |
| 04-06 | Check 13809 | $ 58.78 - | | $ 775.40 |
| 04-06 | Check 13806 | $ 53.31 - | | $ 722.09 |
| 04-09 | Deposit | | $ 960.00 | $ 1,682.09 |
| 04-09 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM   IATN NET  CA SEQ # 809820637776-1683 | $ 19.00 - | | $ 1,663.09 |
| 04-09 | Check 13812 | $ 236.47 - | | $ 1,426.62 |

15642

6249

**ROBERT J LEISTNER**
Account Number: 0000~~~~~~~
Type: **Basic Business Checking**
*Page 2 of 4*

*1722526*

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 0000~~~~~~

| | | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 04-09 | #Preauthorized Debit<br>FIS*VERIZON BILL PAY<br>180409 | $ 173.50 - | | $ 1,253.12 |
| 04-09 | Check 13814 | $ 159.61 - | | $ 1,093.51 |
| 04-09 | #Preauthorized Debit<br>BILLMATRIX BILLPAYFEE<br>180409 | $ 3.50 - | | $ 1,090.01 |
| 04-10 | Check 13813 | $ 170.00 - | | $ 920.01 |
| 04-10 | #Preauthorized Debit<br>ALLDATA LLC PAYMENT<br>180409 | $ 165.85 - | | $ 754.16 |
| 04-11 | #Card Fee<br>SVC CHG INTRNTL TRAN | $ 0.01 - | | $ 754.15 |
| 04-11 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 468999 WOODWORKINGMASTERC LASS  440780125 XX SEQ # 810073131443-1683 | $ 1.50 - | | $ 752.65 |
| 04-12 | Check 13816 | $ 12.35 - | | $ 740.30 |
| 04-13 | Check 13815 | $ 25.95 - | | $ 714.35 |
| 04-16 | Check 13810 | $ 30.00 - | | $ 684.35 |
| 04-17 | Deposit | | $ 329.98 | $ 1,014.33 |
| 04-18 | Check 13821 | $ 139.90 - | | $ 874.43 |
| 04-18 | Check 13820 | $ 38.89 - | | $ 835.54 |
| 04-19 | Check 13803 | $ 150.00 - | | $ 685.54 |
| 04-19 | Check 13822 | $ 147.08 - | | $ 538.46 |
| 04-19 | Check 13818 | $ 79.99 - | | $ 458.47 |
| 04-19 | Check 13824 | $ 40.00 - | | $ 418.47 |
| 04-19 | Check 13827 | $ 20.00 - | | $ 398.47 |
| 04-20 | Deposit | | $ 700.00 | $ 1,098.47 |
| 04-20 | Deposit | | $ 478.00 | $ 1,576.47 |
| 04-20 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449215 PAYPAL  RENTACAT1 402 935 7 CA SEQ # 810924894479-1683 | $ 29.20 - | | $ 1,547.27 |
| 04-20 | #Preauthorized Debit<br>COMMWLTHOFPA INT PASTSALETX<br>TXP*82440266 *1052 *180331*T*0<br>000060913* *P* *20180420 | $ 609.13 - | | $ 938.14 |
| 04-20 | Check 13828 | $ 225.00 - | | $ 713.14 |
| 04-20 | Check 13819 | $ 100.00 - | | $ 613.14 |
| 04-20 | Check 13826 | $ 10.28 - | | $ 602.86 |
| 04-23 | Deposit | | $ 1,000.00 | $ 1,602.86 |
| 04-23 | Check 13829 | $ 268.71 - | | $ 1,334.15 |
| 04-23 | Check 13823 | $ 83.95 - | | $ 1,250.20 |
| 04-23 | Check 13825 | $ 66.00 - | | $ 1,184.20 |
| 04-23 | Check 13830 | $ 14.71 - | | $ 1,169.49 |

**DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 0008~~xxxx~~**

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 04-24 | #Preauthorized Debit<br>PEOPLESGAS PeoplesGas<br>180424 | $ 147.95 - | | $ 1,021.54 |
| 04-24 | Check  13831 | $ 78.28 - | | $ 943.26 |
| 04-25 | Deposit | | $ 552.90 | $ 1,496.16 |
| 04-25 | #Preauthorized Debit<br>FIS*VERIZON BILL PAY<br>180425 | $ 139.53 - | | $ 1,356.63 |
| 04-25 | Check  13833 | $ 116.55 - | | $ 1,240.08 |
| 04-25 | Check  13834 | $ 54.10 - | | $ 1,185.98 |
| 04-25 | Check  13832 | $ 39.28 - | | $ 1,146.70 |
| 04-25 | #Preauthorized Debit<br>BILLMATRIX BILLPAYFEE<br>180425 | $ 3.50 - | | $ 1,143.20 |
| 04-26 | Check  13835 | $ 157.00 - | | $ 986.20 |
| 04-27 | Deposit | | $ 600.00 | $ 1,586.20 |
| 04-27 | Deposit | | $ 222.00 | $ 1,808.20 |
| 04-27 | Check  13811 | $ 50.00 - | | $ 1,758.20 |
| 04-27 | Check  13836 | $ 19.05 - | | $ 1,739.15 |
| 04-30 | #Check Card Refund<br>MERCHANT REFUND TERMINAL 444500 SUMMIT RACING MAIL ORDERTALLMADGE OH SEQ # 811771100114-1683 | | $ 17.03 | $ 1,756.18 |
| 04-30 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500 AUTOZONE  5296 WILKINSBU PA SEQ # 811923000437-1683 | $ 87.67 - | | $ 1,668.51 |
| 04-30 | Check  13839 | $ 218.04 - | | $ 1,450.47 |
| 04-30 | Check  13838 | $ 100.00 - | | $ 1,350.47 |
| 04-30 | Check  13837 | $ 55.68 - | | $ 1,294.79 |
| 04-30 | Ending Totals | $ 8,174.07 - | $ 8,691.16 | $ 1,294.79 |

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 13798 | $ 15.00 | 13813 | $ 170.00 | 13828 | $ 225.00 |
| 13800* | $ 116.52 | 13814 | $ 159.61 | 13829 | $ 268.71 |
| 13801 | $ 7.22 | 13815 | $ 25.95 | 13830 | $ 14.71 |
| 13802 | $ 2,410.00 | 13816 | $ 12.35 | 13831 | $ 78.28 |
| 13803 | $ 150.00 | 13818* | $ 79.99 | 13832 | $ 39.28 |
| 13804 | $ 469.97 | 13819 | $ 100.00 | 13833 | $ 116.55 |
| 13805 | $ 217.43 | 13820 | $ 38.89 | 13834 | $ 54.10 |
| 13806 | $ 53.31 | 13821 | $ 139.90 | 13835 | $ 157.00 |
| 13807 | $ 57.96 | 13822 | $ 147.08 | 13836 | $ 19.05 |
| 13808 | $ 148.93 | 13823 | $ 83.95 | 13837 | $ 55.68 |
| 13809 | $ 58.78 | 13824 | $ 40.00 | 13838 | $ 100.00 |
| 13810 | $ 30.00 | 13825 | $ 66.00 | 13839 | $ 218.04 |
| 13811 | $ 50.00 | 13826 | $ 10.28 | | |
| 13812 | $ 236.47 | 13827 | $ 20.00 | | |

* Indicates Skip in Check Number

*1722526*

˙6249

**ROBERT J LEISTNER**
Account Number: 0000
Type: **Basic Business Checking**
*Page 4 of 4*

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|------|------|------|------|------|------|
| 04-05 | Preauthorized debit | 110.33 | 04-11 | Check card purchase | 1.50 |
| 04-06 | Preauthorized debit | 221.41 | 04-20 | Check card purchase | 29.20 |
| 04-09 | Check card purchase | 19.00 | 04-20 | Preauthorized debit | 609.13 |
| 04-09 | Preauthorized debit | 173.50 | 04-24 | Preauthorized debit | 147.95 |
| 04-09 | Preauthorized debit | 3.50 | 04-25 | Preauthorized debit | 139.53 |
| 04-10 | Preauthorized debit | 165.85 | 04-25 | Preauthorized debit | 3.50 |
| 04-11 | Card fee | 0.01 | 04-30 | Check card purchase | 87.67 |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|------|------|------|------|------|------|
| 04-02 | Deposit | 3,175.66 | 04-23 | Deposit | 1,000.00 |
| 04-06 | Deposit | 655.59 | 04-25 | Deposit | 552.90 |
| 04-09 | Deposit | 960.00 | 04-27 | Deposit | 600.00 |
| 04-17 | Deposit | 329.98 | 04-27 | Deposit | 222.00 |
| 04-20 | Deposit | 700.00 | 04-30 | Check card refund | 17.03 |
| 04-20 | Deposit | 478.00 | | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|------|------|------|
| Total Overdraft Fees | $0.00 | $216.00 |
| Total Returned Item Fees | $0.00 | $216.00 |

*1722526*

· Return and Payment successfully Submitted

| Sales and Use Tax | | | | |
|---|---|---|---|---|
| **Business Name** | | **Revenue ID** | **Account ID** | **Federal Employer Identification Number** |
| MD AUTO WORKS | | BP1260089888 | 82-440 266 | 22-3857838 |
| **Period Start Date** | **Period End Date** | **Period Due Date** | **Effective Date** | **Time Filed** |
| 4/1/2018 | 4/30/2018 | 5/21/2018 | 5/7/2018 | 5/7/2018 10:36:54 PM |
| **Filed By** | | **Transaction ID** | **Return Status** | **Original/Amended** |
| Robert Leistner | | 1318000002708324 | Complete | Original |

### Sales Tax, Use & Hotel Occupancy Tax {PA-3}

| | | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 8674.13 | 8674.13 |
| 2 | Net Taxable Sales | 8674.13 | 8674.13 |
| 3 | Total Amount of Tax Due | 520.45 | 86.74 |
| 4 | Discount<br>Discount Applied. | 5.20 | 0.87 |
| 5 | Net Tax Due | 515.25 | 85.87 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 515.25 | 85.87 |
| 11 | Credit | 0.00 | 0.00 |
| 12 | Amount Due | 515.25 | 85.87 |
| | Total Payment Due | | **$601.12** |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return

| Date | Check # | Description | | Debit | Credit | Balance |
|------|---------|-------------|---|-------|--------|---------|
| 04/06/2018 | 13802 | CHECK | Bankruptcy | 2,410.00 | | 1,273.02 |
| 04/06/2018 | | DEPOSIT | | | 655.59 | 3,683.02 |
| 04/05/2018 | 13807 | CHECK Car Part Warehouse | Part | 57.96 | | 3,027.43 ✓ |
| 04/05/2018 | | PREAUTHORIZED DEBIT PROG ADVANCED INS PREM 180405 Car Ins | | 110.33 | | 3,085.39 ✓ |
| 04/05/2018 | 13808 | CHECK Auto Zone | Part | 148.93 | | 3,195.72 ✓ |
| 04/04/2018 | 13804 | CHECK Auto Plus | Part | 469.97 | | 3,344.65 ✓ |
| 04/03/2018 | 13798 | CHECK | March | 15.00 | | 3,814.62 _ |
| 04/02/2018 | 13801 | CHECK Auto Plus | Part | 7.22 | | 3,829.62 ✓ |
| 04/02/2018 | 13800 | CHECK | March | 116.52 | | 3,836.84 _ |
| 04/02/2018 | | DEPOSIT | | | 3,175.66 | 3,953.36 |
| 1-10-18 | 13810 | HAB EIT | Local | 195 | | |
| | 13840 void | | | | | |
| 4-28 | 13841 | PPI | Part | 249.90 | | ✓ |
| 4-30 | 13842 | Auto Plus | Part | 152.16 | | ✓ |
| 4-30 | 13843 | Auto Plus | Part | 12.69 | | ✓ |
| 4-30 | 13844 | Auto Plus | Part | 104.45 | | ✓ |

| Date | Check # | Description | | Amount | Balance |
|------|---------|-------------|---|--------|---------|
| 04/20/2018 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *180331*T*0 000060913* *P* *20180420 *Sales Marsh* | | 609.13 | 938.14 |
| 04/20/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 PAYPAL RENTACAT1 402 935 7 CA SEQ # 810924894479 XXXXXXXXXXXX1683 *Part* | | 29.20 | 1,547.27 |
| 04/20/2018 | | DEPOSIT | | 478.00 | 1,576.47 |
| 04/20/2018 | | DEPOSIT | | 700.00 | 1,098.47 |
| 04/19/2018 | 13827 | CHECK *Cash* | *I/mPart* | 20.00 | 398.47 |
| 04/19/2018 | 13824 | CHECK *Cash* | *I/mPart* | 40.00 | 418.47 |
| 04/19/2018 | 13818 | CHECK *Auto Plus* | *Part* | 79.99 | 458.47 |
| 04/19/2018 | 13822 | CHECK *Rohrich* | *Part* | 147.08 | 538.46 |
| 04/19/2018 | 13803 | CHECK *Accountant* | | 150.00 | 685.54 |
| 04/18/2018 | 13820 | CHECK *Rohrich* | *Part* | 38.89 | 835.54 |
| 04/18/2018 | 13821 | CHECK *PPI* | *Part* | 139.90 | 874.43 |
| 04/17/2018 | | DEPOSIT | | 329.98 | 1,014.33 |
| 04/16/2018 | 13810 | CASHED CHECK | *Bob* | 30.00 | 684.35 |
| 04/13/2018 | 13815 | CHECK *AutoPlus* | *Part* | 25.95 | 714.35 |
| 04/12/2018 | 13816 | CHECK *Transtar* | *Part* | 12.35 | 740.30 |
| 04/11/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 468999 WOODWORKINGMASTERC LASS 440780125 XX SEQ # 810073131443 XXXXXXXXXXXX1683 *Bob* | | 1.50 | 752.65 |
| 04/11/2018 | | CARD FEE SVC CHG INTRNTL TR AN *Bob* | | 0.01 | 754.15 |
| 04/10/2018 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 180409 | | 165.85 | 754.16 |
| 04/10/2018 | 13813 | CHECK *Auto Part International* | *Part* | 170.00 | 920.01 |
| 04/09/2018 | | PREAUTHORIZED DEBIT BILLMATRIX BILLPAYFEE 180409 | | 3.50 | 1,090.01 |
| 04/09/2018 | 13814 | CHECK *Auto Plus* | *Part* | 159.61 | 1,093.51 |
| 04/09/2018 | | PREAUTHORIZED DEBIT FIS*VERIZON BILL PAY 180409 | | 173.50 | 1,253.12 |
| 04/09/2018 | 13812 | CHECK *Pgh Crank* | *Part* | 236.47 | 1,426.62 |
| 04/09/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM IATN NET CA SEQ # 809820637776 XXXXXXXXXXXX1683 *Bob* | | 19.00 | 1,663.09 |
| 04/09/2018 | | DEPOSIT | | 960.00 | 1,682.09 |
| 04/06/2018 | 13806 | CHECK *Auto Plus* | *Part* | 53.31 | 722.09 |
| 04/06/2018 | 13809 | CHECK *Auto Plus* | *Part* | 58.78 | 775.40 |
| 04/06/2018 | 13805 | CHECK *Transtar* | *Part* | 217.43 | 834.18 |
| 04/06/2018 | | PREAUTHORIZED DEBIT DLX For Business BUS PROD 180406 02042222301128 | | 221.41 | 1,051.61 |

## BASIC BUSINESS CHECKING, *5447

All completed transactions from 4/1/2018 to 04/30/2018

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 04/30/2018 | 13837 | CHECK *Auto Plus* *Part* | 55.68 | | 1,294.79 |
| 04/30/2018 | 13838 | CHECK *Auto Plus* *Part* | 100.00 | | 1,350.47 |
| 04/30/2018 | 13839 | CHECK *CPW (Car Part Warehouse) Part* | 218.04 | | 1,450.47 |
| 04/30/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 444500 AUTOZONE 5296 WILKINSBU PA SEQ # 811923000437 XXXXXXXXXXXX1683 *Part* | 87.67 | | 1,668.51 |
| 04/30/2018 | | CHECK CARD REFUND MERCHANT REFUND TERMINAL 444500 SUMMIT RACING MAIL ORDERTALLMADGE OH SEQ # 811771100114 XXXXXXXXXXXX1683 *Part* | | 17.03 | 1,756.18 |
| 04/27/2018 | 13836 | CHECK *Auto Plus* *Part* | 19.05 | | 1,739.15 |
| 04/27/2018 | 13811 | CASHED CHECK *Bob* | 50.00 | | 1,758.20 |
| 04/27/2018 | | DEPOSIT | | 222.00 | 1,808.20 |
| 04/27/2018 | | DEPOSIT | | 600.00 | 1,586.20 |
| 04/26/2018 | 13835 | CHECK *1-800-Radiator* *Part* | 157.00 | | 986.20 |
| 04/25/2018 | | PREAUTHORIZED DEBIT BILLMATRIX BILLPAYFEE 180425 *Verizon* | 3.50 | | 1,143.20 |
| 04/25/2018 | 13832 | CHECK *Auto Plus* *Part* | 39.28 | | 1,146.70 |
| 04/25/2018 | 13834 | CHECK *Auto Plus* *Part* | 54.10 | | 1,185.98 |
| 04/25/2018 | 13833 | CHECK *Auto Plus* *Part* | 116.55 | | 1,240.08 |
| 04/25/2018 | | PREAUTHORIZED DEBIT FIS*VERIZON BILL PAY 180425 | 139.53 | | 1,356.63 |
| 04/25/2018 | | DEPOSIT | | 552.90 | 1,496.16 |
| 04/24/2018 | 13831 | CHECK *Auto Plus* *Part* | 78.28 | | 943.26 |
| 04/24/2018 | | PREAUTHORIZED DEBIT PEOPLESGAS PeoplesGas 180424 | 147.95 | | 1,021.54 |
| 04/23/2018 | 13830 | CHECK *Auto Plus* *Part* | 14.71 | | 1,169.49 |
| 04/23/2018 | 13825 | CHECK *Cash* *Inspection Stickers Bob* | 66.00 | | 1,184.20 |
| 04/23/2018 | 13823 | CHECK *Inter state battery* *Part* | 83.95 | | 1,250.20 |
| 04/23/2018 | 13829 | CHECK *Car Part Warehouse* *Part* | 268.71 | | 1,334.15 |
| 04/23/2018 | | DEPOSIT | | 1,000.00 | 1,602.86 |
| 04/20/2018 | 13826 | CHECK *Auto Plus* *Part* | 10.28 | | 602.86 |
| 04/20/2018 | 13819 | CHECK *A & D Auto wreckers* *Part* | 100.00 | | 613.14 |
| 04/20/2018 | 13828 | CHECK *Bigs* *Rubbish* | 225.00 | | 713.14 |