# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 17-22526-GLT |
| Robert J. Leistner | ) |
| Linda A. Leistner | ) Chapter 13 |
| | ) |
| Debtors | ) |

## MONTHLY OPERATING REPORT
## MAY 2018

PAWB FORM 5 (03/12)

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: Robert J. Leistner And Linda A. Leistner
Case No.: 1722526
Month: May                                   Year: 2018

Gross receipts for month:                    10879.60
(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ 10879.60

Business expenses paid:

| Description | Amount |
|---|---|
| Parts | 3636.27 |
| Sales tax april | 601.12 |
| Duquesne light | 453.08 |
| alldata | 165.85 |
| Supplies | 296.16 |
| Bankruptcy | 5700.00 |
| Service Fees Money orders | 20.00 |
| Cable Home phone | 551.69 |
| Truck Insurance | 110.33 |

TOTAL EXPENSES: $ 11534.50

NET PROFIT OR (LOSS) FOR MONTH: $ 654.90

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

| Date | Check # | Payee | Purpose | Amount | ✓ |
|---|---|---|---|---|---|
| 5-16-18 | Cash | Bankruptcy | money order | $2100.00 | |
| 5-11-18 | Cash | Bankruptcy | $10 Fee | $3000.00 | |
| 5-11-18 | CASH | Bankruptcy (see check 13854) | | $1300.00 | |
| | 13874 | Void | | | |
| | 13880 | | | | |
| 5-29-18 | 13881 | Klingspor | Part | 100.51 | ✓ |
| 5-29-18 | 13882 | Interstate Battery | Part | 52.95 | ✓ |
| 5-30-18 | 13883 | Auto Plus | Part | 49.90 | ✓ |
| 5-31-18 | 13884 | Auto Plus | Part | 63.03 | ✓ |
| 5-31-18 | 13885 | West Penn Laco | Supplies | 138.82 | ✓ |

1722526

Account Activity

| Date | Check # | Type | Description | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 05/14/2018 | 13856 | CHECK | Cash | Put I/m | 22.00 | 180.39 |
| 05/14/2018 | 13863 | CHECK | AutoPlus | Part | 30.69 | 202.39 |
| 05/14/2018 | 13855 | CHECK | Auto Plus | Part | 240.00 | 233.08 |
| 05/11/2018 | 13860 | CHECK | Auto Plus | Part | 27.60 | 473.08 |
| 05/11/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 468999 WOODWORKINGMASTERC LASS 440780125 XX SEQ # 813178131781 XXXXXXXXXXXX1683 | bit | 15.00 | 500.68 |
| 05/11/2018 | 13854 | CHECK | Bankruptcy | #10 check | 1,010.00 | 515.68 |
| 05/11/2018 | | CARD FEE SVC CHG INTRNTL TR AN | | 0.12 | 1,525.68 |
| 05/10/2018 | 13862 | CHECK | AutoPlus | Part | 75.00 | 1,525.80 |
| 05/10/2018 | 13853 | CHECK | Tribune Review | Paper | 78.00 | 1,600.80 |
| 05/10/2018 | 13859 | CHECK | Interstate Battery | Part | 95.95 | 1,678.80 |
| 05/10/2018 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 180509 | | 165.85 | 1,774.75 |
| 05/10/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 444500 SUMMIT RACING MAIL ORDER800 230 3 OH SEQ # 813029600033 XXXXXXXXXXXX1683 | Part | 179.84 | 1,940.60 |
| 05/09/2018 | 13858 | CHECK | AutoPlus | Part | 8.90 | 2,120.44 |
| 05/09/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM IATN NET CA SEQ # 812820637976 XXXXXXXXXXXX1683 | bit | 19.00 | 2,129.34 |
| 05/08/2018 | 13852 | CHECK | Auto Plus | Part | 47.66 | 2,148.34 |
| 05/07/2018 | | PREAUTHORIZED DEBIT COMCAST CABLE 180507 | Phone home | 551.69 | 2,196.00 |
| 05/07/2018 | | DEPOSIT | | 2,125.00 | 2,747.69 |
| 05/04/2018 | 13849 | CHECK | Auto Plus | Part | 34.08 | 622.69 |
| 05/04/2018 | 13851 | CHECK | Auto Plus | Part | 141.47 | 656.77 |
| 05/03/2018 | 13848 | CHECK | Auto Plus | Part | 68.85 | 798.24 |
| 05/03/2018 | 13850 | CHECK | 1-800-Radiator | Part | 102.00 | 867.09 |
| 05/02/2018 | 13846 | CHECK | AutoPlus | Part | 142.32 | 969.09 |
| 05/02/2018 | 13841 | CHECK | | april | 249.90 | 1,111.41 |
| 05/01/2018 | 13843 | CHECK | | April | 12.69 | 1,361.31 |
| 05/01/2018 | 13845 | CHECK | AutoPlus | Part | 17.83 | 1,374.00 |
| 05/01/2018 | 13844 | CHECK | | April | 104.45 | 1,391.83 |
| 05/01/2018 | 13842 | CHECK | | April | 152.16 | 1,496.28 |
| 05/01/2018 | | DEPOSIT | | 353.65 | 1,648.44 |

## BASIC BUSINESS CHECKING, *5447

All completed transactions from 05/01/2018 to 05/31/2018

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 05/31/2018 | | PREAUTHORIZED DEBIT Duquesne Light PAYMENT 180531 | 453.08 | | 450.38 |
| 05/29/2018 | 13876 | CHECK  Auto Plus  Part | 32.29 | | 903.46 |
| 05/29/2018 | 13877 | CHECK  Auto Plus  Part | 156.85 | | 935.75 |
| 05/25/2018 | 13878 | CHECK  Flynn tire  Part | 65.88 | | 1,092.60 |
| 05/25/2018 | 13879 | CHECK  Rohrich  Part | 106.88 | | 1,158.48 |
| 05/24/2018 | 13873 | CHECK  Flynn tires  Part | 167.94 | | 1,265.36 |
| 05/24/2018 | 13875 | CHECK  Rohrich  Part | 307.03 | | 1,433.30 |
| 05/22/2018 | 13871 | CHECK  Auto Plus  Part | 252.97 | | 1,740.33 |
| 05/22/2018 | | DEPOSIT | | 1,652.90 | 1,993.30 |
| 05/21/2018 | 13872 | CHECK  Auto Plus  Part | 6.41 | | 340.40 |
| 05/21/2018 | 13867 | CHECK  Auto Plus  Part | 10.46 | | 346.81 |
| 05/21/2018 | 13868 | CHECK  JM Bumper  Part | 380.00 | | 357.27 |
| 05/21/2018 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *180430*T*0 000060112* *P* *20180521   sales tax | 601.12 | | 737.27 |
| 05/21/2018 | | DEPOSIT | | 288.80 | 1,338.39 |
| 05/18/2018 | 13870 | CHECK  Auto Plus  Part | 252.00 | | 1,049.59 |
| 05/18/2018 | | DEPOSIT | | 1,058.65 | 1,301.59 |
| 05/17/2018 | 13866 | CHECK  Auto Plus  Part | 47.84 | | 242.94 |
| 05/17/2018 | 13869 | CHECK  Sherman Williams  Part | 65.97 | | 290.78 |
| 05/17/2018 | 13865 | CHECK  Auto Plus  Part | 77.94 | | 356.75 |
| 05/17/2018 | | POS PURCHASE POS PURCHASE TERMINAL 00000101 AMAZON.COM SEATTLE WA SEQ # 3PS2GG55IYXN XXXXXXXXXXXX1683   Part | 38.96 | | 434.69 |
| 05/16/2018 | | DEPOSIT | | 320.84 | 473.65 |
| 05/15/2018 | 13864 | CHECK  Auto Plus  Part | 35.00 | | 152.81 |
| 05/15/2018 | 13861 | CHECK  Klingspor  Supplies Paint | 51.14 | | 187.81 |
| 05/15/2018 | 13847 | CHECK  Klingspor  Supplies Paint | 106.20 | | 238.95 |
| 05/15/2018 | 13817 | CHECK  Hab EIT  tax April | 195.00 | | 345.15 |
| 05/15/2018 | | DEPOSIT | | 379.76 | 540.15 |
| 05/14/2018 | 13857 | CHECK  Cash  Part I/m | 20.00 | | 160.39 |

6/2/2018, 2:54 PM

1722526

• Return and Payment successfully Submitted

## Sales and Use Tax

| Business Name | Revenue ID | Account ID | Federal Employer Identification Number |
|---|---|---|---|
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 |
| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
| 5/1/2018 | 5/31/2018 | 6/20/2018 | 6/6/2018 | 6/6/2018 2:21:11 PM |
| Filed By | Transaction ID | Return Status | Original/Amended |
| Robert Leistner | 1318000003070883 | Complete | Original |

### Sales Tax, Use & Hotel Occupancy Tax {PA-3}

|   |   | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 10879.60 | 10879.60 |
| 2 | Net Taxable Sales | 10879.60 | 10879.60 |
| 3 | Total Amount of Tax Due | 652.78 | 108.80 |
| 4 | Discount — Discount Applied. | 6.53 | 1.09 |
| 5 | Net Tax Due | 646.25 | 107.71 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 646.25 | 107.71 |
| 11 | Credit — No Credits Applied. | 0.00 | 0.00 |
| 12 | Amount Due | 646.25 | 107.71 |
|   | Total Payment Due |   | $753.96 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return

6311 

PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

00006646-MPCLST06012018024958-830N-LETTER01-000000 0



ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

*172526*

Haymaker Office
Account Number: 0000
Type: Basic Business Checking

Page 1 of 4
Statement from:
May 1 to May 31, 2018

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 1,294.79 |
| Deposits and Other Additions | + | 6,179.60 |
| Checks Paid and Other Subtractions | − | 7,024.01 |
| Ending Balance on May 31, 2018 | | $ 450.38 |
| Low Balance | | $ 152.81 |
| Average Ledger Balance | | $ 977.39 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 0000 

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 05-01 | Previous Statement Balance | | | $ 1,294.79 |
| 05-01 | Deposit | | $ 353.65 | $ 1,648.44 |
| 05-01 | Check 13842 | $ 152.16 − | | $ 1,496.28 |
| 05-01 | Check 13844 | $ 104.45 − | | $ 1,391.83 |
| 05-01 | Check 13845 | $ 17.83 − | | $ 1,374.00 |
| 05-01 | Check 13843 | $ 12.69 − | | $ 1,361.31 |
| 05-02 | Check 13841 | $ 249.90 − | | $ 1,111.41 |
| 05-02 | Check 13846 | $ 142.32 − | | $ 969.09 |
| 05-03 | Check 13850 | $ 102.00 − | | $ 867.09 |
| 05-03 | Check 13848 | $ 68.85 − | | $ 798.24 |
| 05-04 | Check 13851 | $ 141.47 − | | $ 656.77 |
| 05-04 | Check 13849 | $ 34.08 − | | $ 622.69 |
| 05-07 | Deposit | | $ 2,125.00 | $ 2,747.69 |
| 05-07 | #Preauthorized Debit COMCAST CABLE 180507 | $ 551.69 − | | $ 2,196.00 |
| 05-08 | Check 13852 | $ 47.66 − | | $ 2,148.34 |
| 05-09 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM   IATN NET  CA SEQ # 812820637976-1683 | $ 19.00 − | | $ 2,129.34 |
| 05-09 | Check 13858 | $ 8.90 − | | $ 2,120.44 |
| 05-10 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 444500 SUMMIT RACING MAIL ORDER800 230 3 OH SEQ # 813029600033-1683 | $ 179.84 − | | $ 1,940.60 |



15642

6311

ROBERT J LEISTNER
Account Number: 0000
Type: Basic Business Checking
Page 2 of 4

1722526

DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 0000

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 05-10 | #Preauthorized Debit ALLDATA LLC PAYMENT 180509 | $ 165.85 - | | $ 1,774.75 |
| 05-10 | Check  13859 | $ 95.95 - | | $ 1,678.80 |
| 05-10 | Check  13853 | $ 78.00 - | | $ 1,600.80 |
| 05-10 | Check  13862 | $ 75.00 - | | $ 1,525.80 |
| 05-11 | #Card Fee SVC CHG INTRNTL TRAN | $ 0.12 - | | $ 1,525.68 |
| 05-11 | Check  13854 | $ 1,010.00 - | | $ 515.68 |
| 05-11 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 468999 WOODWORKINGMASTERC LASS  440780125 XX SEQ # 813178131781-1683 | $ 15.00 - | | $ 500.68 |
| 05-11 | Check  13860 | $ 27.60 - | | $ 473.08 |
| 05-14 | Check  13855 | $ 240.00 - | | $ 233.08 |
| 05-14 | Check  13863 | $ 30.69 - | | $ 202.39 |
| 05-14 | Check  13856 | $ 22.00 - | | $ 180.39 |
| 05-14 | Check  13857 | $ 20.00 - | | $ 160.39 |
| 05-15 | Deposit | | $ 379.76 | $ 540.15 |
| 05-15 | Check  13817 | $ 195.00 - | | $ 345.15 |
| 05-15 | Check  13847 | $ 106.20 - | | $ 238.95 |
| 05-15 | Check  13861 | $ 51.14 - | | $ 187.81 |
| 05-15 | Check  13864 | $ 35.00 - | | $ 152.81 |
| 05-16 | Deposit | | $ 320.84 | $ 473.65 |
| 05-17 | #POS Purchase POS PURCHASE TERMINAL 00000101 AMAZON.COM SEATTLE   WA SEQ # 3PS2GG55IYXN-1683 | $ 38.96 - | | $ 434.69 |
| 05-17 | Check  13865 | $ 77.94 - | | $ 356.75 |
| 05-17 | Check  13869 | $ 65.97 - | | $ 290.78 |
| 05-17 | Check  13866 | $ 47.84 - | | $ 242.94 |
| 05-18 | Deposit | | $ 1,058.65 | $ 1,301.59 |
| 05-18 | Check  13870 | $ 252.00 - | | $ 1,049.59 |
| 05-21 | Deposit | | $ 288.80 | $ 1,338.39 |
| 05-21 | #Preauthorized Debit COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *180430*T*0 000060112* *P* *20180521 | $ 601.12 - | | $ 737.27 |
| 05-21 | Check  13868 | $ 380.00 - | | $ 357.27 |
| 05-21 | Check  13867 | $ 10.46 - | | $ 346.81 |
| 05-21 | Check  13872 | $ 6.41 - | | $ 340.40 |
| 05-22 | Deposit | | $ 1,652.90 | $ 1,993.30 |
| 05-22 | Check  13871 | $ 252.97 - | | $ 1,740.33 |
| 05-24 | Check  13875 | $ 307.03 - | | $ 1,433.30 |
| 05-24 | Check  13873 | $ 167.94 - | | $ 1,265.36 |
| 05-25 | Check  13879 | $ 106.88 - | | $ 1,158.48 |

1722526

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 000...

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 05-25 | Check 13878 | $ 65.88 - | | $ 1,092.60 |
| 05-29 | Check 13877 | $ 156.85 - | | $ 935.75 |
| 05-29 | Check 13876 | $ 32.29 - | | $ 903.46 |
| 05-31 | #Preauthorized Debit Duquesne Light PAYMENT 180531 | $ 453.08 - | | $ 450.38 |
| 05-31 | Ending Totals | $ 7,024.01 - | $ 6,179.60 | $ 450.38 |

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 13817 | $ 195.00 | 13853 | $ 78.00 | 13866 | $ 47.84 |
| 13841* | $ 249.90 | 13854 | $ 1,010.00 | 13867 | $ 10.46 |
| 13842 | $ 152.16 | 13855 | $ 240.00 | 13868 | $ 380.00 |
| 13843 | $ 12.69 | 13856 | $ 22.00 | 13869 | $ 65.97 |
| 13844 | $ 104.45 | 13857 | $ 20.00 | 13870 | $ 252.00 |
| 13845 | $ 17.83 | 13858 | $ 8.90 | 13871 | $ 252.97 |
| 13846 | $ 142.32 | 13859 | $ 95.95 | 13872 | $ 6.41 |
| 13847 | $ 106.20 | 13860 | $ 27.60 | 13873 | $ 167.94 |
| 13848 | $ 68.85 | 13861 | $ 51.14 | 13875* | $ 307.03 |
| 13849 | $ 34.08 | 13862 | $ 75.00 | 13876 | $ 32.29 |
| 13850 | $ 102.00 | 13863 | $ 30.69 | 13877 | $ 156.85 |
| 13851 | $ 141.47 | 13864 | $ 35.00 | 13878 | $ 65.88 |
| 13852 | $ 47.66 | 13865 | $ 77.94 | 13879 | $ 106.88 |

* Indicates Skip in Check Number

## WITHDRAWALS

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-07 | Preauthorized debit | 551.69 | 05-11 | Check card purchase | 15.00 |
| 05-09 | Check card purchase | 19.00 | 05-17 | POS purchase | 38.96 |
| 05-10 | Check card purchase | 179.84 | 05-21 | Preauthorized debit | 601.12 |
| 05-10 | Preauthorized debit | 165.85 | 05-31 | Preauthorized debit | 453.08 |
| 05-11 | Card fee | 0.12 | | | |

## DEPOSITS

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-01 | Deposit | 353.65 | 05-18 | Deposit | 1,058.65 |
| 05-07 | Deposit | 2,125.00 | 05-21 | Deposit | 288.80 |
| 05-15 | Deposit | 379.76 | 05-22 | Deposit | 1,652.90 |
| 05-16 | Deposit | 320.84 | | | |

Case 17-22526-GLT    Doc 58    Filed 06/13/18    Entered 06/13/18 13:28:31    Desc Main
                            Document      Page 10 of 10

6311            1722526

ROBERT J LEISTNER
Account Number: 000█████
Type: Basic Business Checking
*Page 4 of 4*

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $216.00 |
| Total Returned Item Fees | $0.00 | $216.00 |