# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | )    **Bankruptcy No. 17-22526-GLT** |
| **Robert J. Leistner** | ) |
| **Linda A. Leistner** | )    **Chapter 13** |
| | ) |
|      **Debtors** | ) |

## MONTHLY OPERATING REPORT
## JUNE 2018

PAWB FORM 5 (03/12)

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: Robert J. Leistner And Linda A. Leistner
Case No. 1722526
Month: June     Year: 2018

Gross receipts for month: 8057.53
(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ 8057.53

Business expenses paid:

| Description | Amount |
|---|---|
| Parts | 2399.03 |
| Paint | 190.81 |
| Sales Tax May | 753.96 |
| Verizon | 136.98 |
| Alldata & IATN Computer | 184.85 |
| INS Progressive | 120.32 |
| Bankruptcy | 5950.00 |
| tool | 67.25 |

TOTAL EXPENSES: $ 9803.20

NET PROFIT OR (LOSS) FOR MONTH: $ -1745.67

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED



Page 1 of 1

**UNITED COMMUNITY FEDERAL CREDIT UNION**
UNITED COMMUNITY FCU
6010 MOUNTAIN VIEW DRIVE
WEST MIFFLIN  PA  15122

RETURN SERVICE REQUESTED

1722526

>00774 8881498 001 092029  42078
LINDA A LEISTNER
1005 GOVERNMENT RD
IRWIN PA   15642-8818

M315642

**MEMBER'S STATEMENT OF ACCOUNT**

For inquiries, please call
West Mifflin: 412-653-8000
Wilmerding: 412-824-8248
Washington: 724-228-2020
www.unitedcommunityfcu.org

MEMBER NUMBER
24 024

STATEMENT PERIOD
06/01/2018 - 06/30/2018

DIRECT DEPOSIT

## ACCOUNT SUMMARY - Balances as of 06/30/2018

Deposit Accounts
Share Account 01            11.26
Share Drafts               227.58

## SHARE ACCOUNT 01

JOINT OWNER : ROBERT J LEISTNER

### Account Activity

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 06/01 | PREVIOUS BALANCE | | 11.26 |
| 06/30 | NEW SHARE BALANCE | | 11.26 |

## SHARE DRAFTS

JOINT OWNER : ROBERT J LEISTNER

### Account Activity

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 06/01 | PREVIOUS BALANCE | | 288.65 |
| 06/05 | DEBIT CARD WITHDRAWAL PROGRESSIVE *INS 6300 OH 800-776-4737  PROGRESSIVE *INSURAUS | -120.32 | 168.33 |
| 06/15 | ATM WITHDRAWAL PA IRWIN    4021 ROUTE 130   US | -63.75 | 104.58 |
| 06/18 | SHR DRAFT   1139   TRACE    14120328 | -100.00 *bankruptcy* | 4.58 |
| 06/20 | EFT SSA  TREAS 310 ;062018;XXSOC SEC | 1,125.00 | 1,129.58 |
| 06/21 | SHR DRAFT   1140   TRACE    2060062 | -900.00 *bankruptcy* | 229.58 |
| 06/30 | LOW BALANCE FEE | -2.00 | 227.58 |
| 06/30 | NEW SHARE BALANCE | | 227.58 |

```
    ****   DRAFT NUMBER SEQUENCE SUMMARY   ****
        1139      100.00       1140       900.00
  * BREAK IN DRAFT NUMBER SEQUENCE
```

———————— ******** 2018 YEAR-TO-DATE FINANCIAL SUMMARY ******** ————————

| DIV/INT PAID | DIV/INT WITHHOLDING | MORTGAGE POINTS | MORTGAGE LATE CHG | MORTGAGE FINANCE CHG | OTHER NON-MTG FINANCE CHG |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

00774 8881498 000775 001548 00001/00001 c42078



7494

PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com



00007479-MPCLST07022018082250-830N-LETTER01-000000 0

ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

*172526*

Haymaker Office
Account Number:
Type: Basic Business Checking

Page 1 of 3
Statement from
June 1 to June 29, 2018

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 450.38 |
| Deposits and Other Additions | + | 5,617.55 |
| Checks Paid and Other Subtractions | - | 5,768.01 |
| Ending Balance on June 29, 2018 | | $ 299.92 |
| Low Balance | | $ 8.75 |
| Average Ledger Balance | | $ 813.42 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 06-01 | Previous Statement Balance | | | $ 450.38 |
| 06-01 | Deposit | | $ 603.54 | $ 1,053.92 |
| 06-01 | Check 13882 | $ 52.95 - | | $ 1,000.97 |
| 06-04 | Check 13884 | $ 63.03 - | | $ 937.94 |
| 06-04 | Check 13883 | $ 49.90 - | | $ 888.04 |
| 06-05 | Deposit | | $ 735.78 | $ 1,623.82 |
| 06-05 | Check 13885 | $ 135.82 - | | $ 1,488.00 |
| 06-05 | Check 13881 | $ 100.51 - | | $ 1,387.49 |
| 06-06 | Deposit | | $ 193.70 | $ 1,581.19 |
| 06-06 | Check 13887 | $ 161.77 - | | $ 1,419.42 |
| 06-06 | #Preauthorized Debit FIS*VERIZON BILL PAY 180606 | $ 133.48 - | | $ 1,285.94 ✓ |
| 06-06 | Check 13886 | $ 22.80 - | | $ 1,263.14 |
| 06-06 | #Preauthorized Debit BILLMATRIX BILLPAYFEE  *Verizon*  180606 | $ 3.50 - | | $ 1,259.64 ✓ |
| 06-07 | Check 13890 | $ 123.85 - | | $ 1,135.79 |
| 06-07 | Check 13888 | $ 49.44 - | | $ 1,086.35 |
| 06-08 | Check 13891 | $ 37.49 - | | $ 1,048.86 |
| 06-11 | #Card Fee SVC CHG INTRNTL TRAN | $ 0.12 - | | $ 1,048.74 |
| 06-11 | Check 13880 | $ 800.00 - | | $ 248.74 |

15642

7494

ROBERT J LEISTNER
Account Number: ███████
Type: Basic Business Checking      *1722526*
Page 2 of 3



**DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 0000185447**

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 06-11 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM   IATN NET  CA SEQ # 815926637196-1683 | $ 19.00 - | | $ 229.74 |
| 06-11 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 468999 WOODWORKINGMASTERC LASS  440780125 XX SEQ # 816275130037-1683 | $ 15.00 - | | $ 214.74 |
| 06-11 | Check  13894 | $ 59.99 - | | $ 154.75 |
| 06-12 | Deposit | | $ 1,161.71 | $ 1,316.46 |
| 06-12 | Deposit | | $ 120.00 | $ 1,436.46 |
| 06-12 | #Preauthorized Debit<br>ALLDATA LLC PAYMENT<br>180611 | $ 165.85 - | | $ 1,270.61 |
| 06-12 | Check  13893 | $ 18.00 - | | $ 1,252.61 |
| 06-13 | Check  13895 | $ 132.94 - | | $ 1,119.67 |
| 06-13 | Check  13889 | $ 29.47 - | | $ 1,090.20 |
| 06-14 | Check  13892 | $ 800.00 - | | $ 290.20 |
| 06-14 | Check  13898 | $ 147.16 - | | $ 143.04 |
| 06-14 | Check  13899 | $ 60.53 - | | $ 82.51 |
| 06-14 | Check  13896 | $ 38.50 - | | $ 44.01 |
| 06-14 | Check  13897 | $ 35.26 - | | $ 8.75 |
| 06-15 | Deposit | | $ 318.00 | $ 326.75 |
| 06-15 | Check  13902 | $ 40.76 - | | $ 285.99 |
| 06-15 | Check  13900 | $ 39.06 - | | $ 246.93 |
| 06-18 | Check  13901 | $ 67.25 - | | $ 179.68 |
| 06-19 | Deposit | | $ 700.00 | $ 879.68 |
| 06-19 | Check  13906 | $ 88.00 - | | $ 791.68 |
| 06-20 | Deposit | | $ 650.00 | $ 1,441.68 |
| 06-20 | #Preauthorized Debit<br>COMMWLTHOFPA INT PASTSALETX<br>TXP*82440266 *1052 *180531*T*0<br>000075396* *P* *20180620 | $ 753.96 - | | $ 687.72 |
| 06-20 | Check  13907 | $ 160.18 - | | $ 527.54 |
| 06-22 | Deposit | | $ 650.00 | $ 1,177.54 |
| 06-26 | Check  13908 | $ 104.66 - | | $ 1,072.88 |
| 06-26 | Check  13909 | $ 77.64 - | | $ 995.24 |
| 06-26 | Check  13910 | $ 61.85 - | | $ 933.39 |
| 06-26 | Check  13911 | $ 46.68 - | | $ 886.71 |
| 06-27 | Check  13912 | $ 62.84 - | | $ 823.87 |
| 06-29 | Deposit | | $ 300.00 | $ 1,123.87 |
| 06-29 | Deposit | | $ 184.82 | $ 1,308.69 |
| 06-29 | Check  13914 | $ 873.89 - | | $ 434.80 |
| 06-29 | Check  13913 | $ 134.88 - | | $ 299.92 |
| 06-29 | Ending Totals | $ 5,768.01 - | $ 5,617.55 | $ 299.92 |

Page 3 of 3
7494

1722526

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 13880 | $ 800.00 | 13891 | $ 37.49 | 13902 | $ 40.76 |
| 13881 | $ 100.51 | 13892 | $ 800.00 | 13906* | $ 88.00 |
| 13882 | $ 52.95 | 13893 | $ 18.00 | 13907 | $ 160.18 |
| 13883 | $ 49.90 | 13894 | $ 59.99 | 13908 | $ 104.66 |
| 13884 | $ 63.03 | 13895 | $ 132.94 | 13909 | $ 77.64 |
| 13885 | $ 135.82 | 13896 | $ 38.50 | 13910 | $ 61.85 |
| 13886 | $ 22.80 | 13897 | $ 35.26 | 13911 | $ 46.68 |
| 13887 | $ 161.77 | 13898 | $ 147.16 | 13912 | $ 62.84 |
| 13888 | $ 49.44 | 13899 | $ 60.53 | 13913 | $ 134.88 |
| 13889 | $ 29.47 | 13900 | $ 39.06 | 13914 | $ 873.89 |
| 13890 | $ 123.85 | 13901 | $ 67.25 | | |

* Indicates Skip in Check Number

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 06-06 | Preauthorized debit | 133.48 | 06-11 | Check card purchase | 15.00 |
| 06-06 | Preauthorized debit | 3.50 | 06-12 | Preauthorized debit | 165.85 |
| 06-11 | Card fee | 0.12 | 06-20 | Preauthorized debit | 753.96 |
| 06-11 | Check card purchase | 19.00 | | | |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 06-01 | Deposit | 603.54 | 06-19 | Deposit | 700.00 |
| 06-05 | Deposit | 735.78 | 06-20 | Deposit | 650.00 |
| 06-06 | Deposit | 193.70 | 06-22 | Deposit | 650.00 |
| 06-12 | Deposit | 1,161.71 | 06-29 | Deposit | 300.00 |
| 06-12 | Deposit | 120.00 | 06-29 | Deposit | 184.82 |
| 06-15 | Deposit | 318.00 | | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $216.00 |
| Total Returned Item Fees | $0.00 | $216.00 |



ccount Activity  https://cibng.ibanking-services.com/cib/CEBMainServlet/AccountA...

*M. D. Autowork*

*1722526*

## BASIC BUSINESS CHECKING, *5447

All completed transactions from 05/31/2018 to 06/30/2018

| Date | Number | Description | | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|---|
| 06/29/2018 | 13913 | CHECK Auto Plus | Part | 134.88 | | 299.92 |
| 06/29/2018 | 13914 | CHECK Auto Plus | Part | 873.89 | | 434.80 |
| 06/29/2018 | | DEPOSIT | | | 184.82 | 1,308.69 |
| 06/29/2018 | | DEPOSIT | | | 300.00 | 1,123.87 |
| 06/27/2018 | 13912 | CHECK Car Part Warehouse | Part | 62.84 | | 823.87 |
| 06/26/2018 | 13911 | CHECK Auto Plus | Part | 46.68 | | 886.71 |
| 06/26/2018 | 13910 | CHECK Auto Plus | Part | 61.85 | | 933.39 |
| 06/26/2018 | 13909 | CHECK Auto Plus | Part | 77.64 | | 995.24 |
| 06/26/2018 | 13908 | CHECK Auto Plus | Part | 104.66 | | 1,072.88 |
| 06/22/2018 | | DEPOSIT | | | 650.00 | 1,177.54 |
| 06/20/2018 | 13907 | CHECK Car Part Warehouse | Part | 160.18 | | 527.54 |
| 06/20/2018 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *180531*T*0 000075396* *P* *20180620  Sales Tax May | | 753.96 | | 687.72 |
| 06/20/2018 | | DEPOSIT | | | 650.00 | 1,441.68 |
| 06/19/2018 | 13906 | CHECK 1-800-Radiator | Part | 88.00 | | 791.68 |
| 06/19/2018 | | DEPOSIT | | | 700.00 | 879.68 |
| 06/18/2018 | 13901 | CHECK MC tool Supply | tool | 67.25 | | 179.68 |
| 06/15/2018 | 13900 | CHECK AutoPlus | Part | 39.06 | | 246.93 |
| 06/15/2018 | 13902 | CHECK Auto Plus | Part | 40.76 | | 285.99 |
| 06/15/2018 | | DEPOSIT | | | 318.00 | 326.75 |
| 06/14/2018 | 13897 | CHECK Auto Plus | Part | 35.26 | | 8.75 |
| 06/14/2018 | 13896 | CHECK Auto Zone | Part | 38.50 | | 44.01 |
| 06/14/2018 | 13899 | CHECK Auto Plus | Part | 60.53 | | 82.51 |
| 06/14/2018 | 13898 | CHECK Car Part Warehouse | Part | 147.16 | | 143.04 |
| 06/14/2018 | 13892 | CHECK | Bankruptcy | 800.00 | | 290.20 |
| 06/13/2018 | 13889 | CHECK Klingspor | Paint | 29.47 | | 1,090.20 |
| 06/13/2018 | 13895 | CHECK AutoPlus | Part | 132.94 | | 1,119.67 |
| 06/12/2018 | 13893 | CHECK Pop Woodworking | Magazine | 18.00 | | 1,252.61 |
| 06/12/2018 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 180611 | | 165.85 | | 1,270.61 |
| 06/12/2018 | | DEPOSIT | | | 120.00 | 1,436.46 |
| 06/12/2018 | | DEPOSIT | | | 1,161.71 | 1,316.46 |
| 06/11/2018 | 13894 | CHECK Auto Plus | Part | 59.99 | | 154.75 |
| 06/11/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 468999 WOODWORKINGMASTERC LASS 440780125 XX SEQ # 816275130037 XXXXXXXXXXXX1683 | | 15.00 | | 214.74 |
| 06/11/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM IATN NET CA SEQ # 815926637196 XXXXXXXXXXXX1683  Computer | | 19.00 | | 229.74 |
| 06/11/2018 | 13880 | CHECK | Bankruptcy | 800.00 | | 248.74 |
| 06/11/2018 | | CARD FEE SVC CHG INTRNTL TR AN | | 0.12 | | 1,048.74 |
| 06/08/2018 | 13891 | CHECK Sherman Williams | Paint | 37.49 | | 1,048.86 |

7/1/2018, 3:24 PM

| Date | Check # | Type | Payee | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 06/07/2018 | 13888 | CHECK | Auto Plus | Part | 49.44 | 1,086.35 ✓ |
| 06/07/2018 | 13890 | CHECK | Shermin Williams | Paint | 123.85 | 1,135.79 ✓ |
| 06/06/2018 | | PREAUTHORIZED DEBIT BILLMATRIX BILLPAYFEE 180606 | | | 3.50 | 1,259.64 ✓ |
| 06/06/2018 | 13886 | CHECK | Auto Plus | Part | 22.80 | 1,263.14 ✓ |
| 06/06/2018 | | PREAUTHORIZED DEBIT FIS*VERIZON BILL PAY 180606 | | | 133.48 | 1,285.94 ✓ |
| 06/06/2018 | 13887 | CHECK | Auto Plus | Parr | 161.77 | 1,419.42 ✓ |
| 06/06/2018 | | DEPOSIT | | | 193.70 | 1,581.19 |
| 06/05/2018 | 13881 | CHECK | | May | 100.51 | 1,387.49 |
| 06/05/2018 | 13885 | CHECK | | May | 135.82 | 1,488.00 |
| 06/05/2018 | | DEPOSIT | | | 735.78 | 1,623.82 |
| 06/04/2018 | 13883 | CHECK | | May | 49.90 | 888.04 |
| 06/04/2018 | 13884 | CHECK | | May | 63.03 | 937.94 |
| 06/01/2018 | 13882 | CHECK | | May | 52.95 | 1,000.97 |
| 06/01/2018 | | DEPOSIT | | | 603.54 | 1,053.92 |
| 05/31/2018 | | PREAUTHORIZED DEBIT Duquesne Light PAYMENT 180531 | | May | 453.08 | 450.38 |
| 13903 | | Void | | | | |
| 13904 | | HAB-BPT | | Permit tax | 25.00 | |
| 13905 | | HAB BPT | | Permit tax | 136.00 | |

1722526

- Return and Payment successfully Submitted

### Sales and Use Tax

| Business Name | Revenue ID | Account ID | Federal Employer Identification Number |
|---|---|---|---|
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 |
| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
| 6/1/2018 | 6/30/2018 | 7/20/2018 | 7/7/2018 | 7/7/2018 12:40:15 AM |
| Filed By | | Transaction ID | Return Status | Original/Amended |
| Robert Leistner | | 1318000003502313 | Complete | Original |

### Sales Tax, Use & Hotel Occupancy Tax {PA-3}

| | | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 8067.53 | 8057.53 |
| 2 | Net Taxable Sales | 8057.53 | 8057.53 |
| 3 | Total Amount of Tax Due | 483.45 | 80.58 |
| 4 | Discount (Discount Applied) | 4.83 | 0.81 |
| 5 | Net Tax Due | 478.62 | 79.77 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 478.62 | 79.77 |
| 11 | Credit (No Credits Applied) | 0.00 | 0.00 |
| 12 | Amount Due | 478.62 | 79.77 |
| | Total Payment Due | | $558.39 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return

7/7/2018, 12:42 AM