# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Bankruptcy No. 17-22526-GLT** |
| **Robert J. Leistner** | ) | |
| **Linda A. Leistner** | ) | **Chapter 13** |
| | ) | |
| **Debtors** | ) | |

## MONTHLY OPERATING REPORT
## JULY 2018

PAWB FORM 5 (03/12)

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: Robert J. Leistner And Linda A. Leistner
Case No.: 1722526
Month: July                                   Year: 2018

Gross receipts for month: 8608.17
(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ 8608.17

Business expenses paid:

| Description | Amount |
|---|---|
| Parts | 2524.65 |
| Alldata - IATN Computer | 189.85 |
| Telephone | 132.19 |
| Truck Ins | 113.69 |
| Duquesne Light | 134.89 |
| Sales Tax June | 558.39 |
| Rubbish | 225.00 |
| Bank Fees | 72.12 |
| Paint | 71.65 |
| Postage | 30.85 |
| Bankruptcy | $4600.= |

TOTAL EXPENSES: $ 8648.28

NET PROFIT OR (LOSS) FOR MONTH: $ -40.11

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

1722526

6440  S&T Bank
MEMBER FDIC
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

00006693-MPCLST08012018023156-830N-LETTER01-000000 0



ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

Haymaker Office
Account Number:
Type: Basic Business Checking

Page 1 of 4
Statement from:
June 30 to July 31, 2018

Enclosures 0

## ACCOUNT SUMMARY

| | |
|---|---|
| Previous Statement Balance | $ 299.92 |
| Deposits and Other Additions + | 6,608.17 |
| Checks Paid and Other Subtractions - | 6,435.90 |
| Ending Balance on July 31, 2018 | $ 472.19 |
| Low Balance | $ 159.13 - |
| Average Ledger Balance | $ 756.86 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 06-30 | Previous Statement Balance | | | $ 299.92 |
| 07-03 | Deposit | | $ 160.00 | $ 459.92 |
| 07-05 | Check 13915 | $ 127.74 - | | $ 332.18 |
| 07-05 | Check 13917 | $ 26.95 - | | $ 305.23 |
| 07-06 | Deposit | | $ 1,770.00 | $ 2,075.23 |
| 07-06 | Check 13919 | $ 71.65 - | | $ 2,003.58 |
| 07-09 | Deposit | | $ 700.00 | $ 2,703.58 |
| 07-09 | #Card Fee  SVC CHG INTRNTL TRAN | $ 0.12 - | | $ 2,703.46 |
| 07-09 | #Check Card Purchase  MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM   IATN NET  CA SEQ # 818927637388-1683 | $ 19.00 - | | $ 2,684.46 |
| 07-09 | #Check Card Purchase  MERCHANT PURCHASE TERMINAL 420847 WOODWORKINGMASTERC LASS  LONDON   XX SEQ # 818971000002-1683 | $ 15.00 - | | $ 2,669.46 |
| 07-09 | Check 13921 | $ 24.60 - | | $ 2,644.86 |
| 07-09 | Check 13920 | $ 22.62 - | | $ 2,622.24 |
| 07-10 | #Preauthorized Debit  ALLDATA LLC PAYMENT  180709 | $ 165.85 - | | $ 2,456.39 |
| 07-10 | #Preauthorized Debit  FIS*VERIZON BILL PAY  180710 | $ 132.19 - | | $ 2,324.20 |

15642

6440

ROBERT J LEISTNER
Account Number: 0000185447
Type: Basic Business Checking
Page 2 of 4



DAILY ACTIVITY ON YOUR ACCOUNT NUMBER

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 07-10 | #Preauthorized Debit PROG ADVANCED INS PREM 180710 | $ 110.19 - | | $ 2,214.01 |
| 07-10 | #Preauthorized Debit BILLMATRIX BILLPAYFEE 180710 | $ 3.50 - | | $ 2,210.51 |
| 07-11 | Deposit | | $ 707.98 | $ 2,918.49 |
| 07-11 | Check 13922 | $ 1,510.00 - | | $ 1,408.49 |
| 07-11 | #Preauthorized Debit Duquesne Light PAYMENT 180711 | $ 134.89 - | | $ 1,273.60 |
| 07-11 | Check 13923 | $ 95.48 - | | $ 1,178.12 |
| 07-11 | Check 13924 | $ 72.99 - | | $ 1,105.13 |
| 07-12 | Check 13926 | $ 21.00 - | | $ 1,084.13 |
| 07-13 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 770446 KUHN'S BEULAH ROAD TURTLE CR PA SEQ # 819316797891-1683 | $ 24.61 - | | $ 1,059.52 |
| 07-13 | #Preauthorized Debit COMCAST CABLE 180713 | $ 265.84 - | | $ 793.68 |
| 07-13 | Check 13927 | $ 225.00 - | | $ 568.68 |
| 07-13 | Check 13929 | $ 114.99 - | | $ 453.69 |
| 07-13 | Check 13918 | $ 103.90 - | | $ 349.79 |
| 07-13 | Check 13928 | $ 85.20 - | | $ 264.59 |
| 07-16 | Deposit | | $ 235.23 | $ 499.82 |
| 07-16 | Check 13930 | $ 22.95 - | | $ 476.87 |
| 07-17 | Check 13931 | $ 475.00 - | | $ 1.87 |
| 07-17 | Check 13905 | $ 136.00 - | | $ 134.13 - |
| 07-17 | Check 13904 | $ 25.00 - | | $ 159.13 - |
| 07-18 | Deposit | | $ 600.00 | $ 440.87 |
| 07-18 | #Overdraft Fee FOR OVERDRAFT CHECK # 13905 | $ 36.00 - | | $ 404.87 |
| 07-18 | #Overdraft Fee FOR OVERDRAFT CHECK # 13904 | $ 36.00 - | | $ 368.87 |
| 07-18 | Check 13932 | $ 191.44 - | | $ 177.43 |
| 07-18 | Check 13925 | $ 58.35 - | | $ 119.08 |
| 07-20 | Deposit | | $ 1,300.00 | $ 1,419.08 |
| 07-20 | #Preauthorized Debit COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *180630*T*0 000055839* *P* *20180720 | $ 558.39 - | | $ 860.69 |
| 07-20 | Check 13934 | $ 64.23 - | | $ 796.46 |
| 07-20 | Check 13933 | $ 26.95 - | | $ 769.51 |

1722526

Page 3 of 4
6440

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 

| Date | | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 07-24 | Check 13937 | $ 550.00 - | | $ 219.51 |
| 07-24 | Check 13936 | $ 79.50 - | | $ 140.01 |
| 07-25 | Deposit | | $ 400.00 | $ 540.01 |
| 07-25 | Check 13938 | $ 90.98 - | | $ 449.03 |
| 07-26 | Deposit | | $ 734.96 | $ 1,183.99 |
| 07-26 | Check 13940 | $ 130.00 - | | $ 1,053.99 |
| 07-27 | Check 13941 | $ 371.67 - | | $ 682.32 |
| 07-30 | Check 13942 | $ 103.13 - | | $ 579.19 |
| 07-30 | Check 13943 | $ 65.00 - | | $ 514.19 |
| 07-30 | Check 13935 | $ 42.00 - | | $ 472.19 |
| 07-31 | Ending Totals | $ 6,435.90 - | $ 6,608.17 | $ 472.19 |

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 13904 | $ 25.00 | 13924 | $ 72.99 | 13934 | $ 64.23 |
| 13905 | $ 136.00 | 13925 | $ 58.35 | 13935 | $ 42.00 |
| 13915* | $ 127.74 | 13926 | $ 21.00 | 13936 | $ 79.50 |
| 13917* | $ 26.95 | 13927 | $ 225.00 | 13937 | $ 550.00 |
| 13918 | $ 103.90 | 13928 | $ 85.20 | 13938 | $ 90.98 |
| 13919 | $ 71.65 | 13929 | $ 114.99 | 13940* | $ 130.00 |
| 13920 | $ 22.62 | 13930 | $ 22.95 | 13941 | $ 371.67 |
| 13921 | $ 24.60 | 13931 | $ 475.00 | 13942 | $ 103.13 |
| 13922 | $ 1,510.00 | 13932 | $ 191.44 | 13943 | $ 65.00 |
| 13923 | $ 95.48 | 13933 | $ 26.95 | | |

* Indicates Skip in Check Number

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 07-09 | Card fee | 0.12 | 07-11 | Preauthorized debit | 134.89 |
| 07-09 | Check card purchase | 19.00 | 07-13 | Check card purchase | 24.61 |
| 07-09 | Check card purchase | 15.00 | 07-13 | Preauthorized debit | 265.84 |
| 07-10 | Preauthorized debit | 165.85 | 07-18 | Overdraft fee | 36.00 |
| 07-10 | Preauthorized debit | 132.19 | 07-18 | Overdraft fee | 36.00 |
| 07-10 | Preauthorized debit | 110.19 | 07-20 | Preauthorized debit | 558.39 |
| 07-10 | Preauthorized debit | 3.50 | | | |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 07-03 | Deposit | 160.00 | 07-18 | Deposit | 600.00 |
| 07-06 | Deposit | 1,770.00 | 07-20 | Deposit | 1,300.00 |
| 07-09 | Deposit | 700.00 | 07-25 | Deposit | 400.00 |
| 07-11 | Deposit | 707.98 | 07-26 | Deposit | 734.96 |
| 07-16 | Deposit | 235.23 | | | |

6440

ROBERT J LEISTNER
Account Number: 0000185447
Type: Basic Business Checking
Page 4 of 4

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $72.00 | $288.00 |
| Total Returned Item Fees | $0.00 | $216.00 |

EFFECTIVE ACCOUNT MANAGEMENT CAN MINIMIZE OVERDRAFT FEES. AS SUCH, WE FEEL IT IS IMPORTANT TO KEEP YOU INFORMED OF TOOLS THAT CAN HELP YOU MANAGE YOUR CHECKING ACCOUNT. WE OFFER A WEB-BASED TUTORIAL, TITLED CHECKING NAVIGATOR, THAT YOU CAN FIND AT STBANK.COM/NAVIGATOR. WE WOULD LIKE TO DISCUSS WAYS TO HELP YOU REDUCE THE NUMBER OF OVERDRAFT FEES YOU ARE PAYING. CALL US AT 800.325.2265 TO LEARN MORE.

172 2526

## BASIC BUSINESS CHECKING, *5447

All completed transactions from 07/01/2018 to 07/31/2018

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 07/30/2018 | 13935 | CHECK Cash  Inspection Stick Part | 42.00 | | 472.19 |
| 07/30/2018 | 13943 | CHECK A&D Autowreckers  Part | 65.00 | | 514.19 |
| 07/30/2018 | 13942 | CHECK Auto Plus  Part | 103.13 | | 579.19 |
| 07/27/2018 | 13941 | CHECK CAR Part Warehouse  Part | 371.67 | | 682.32 |
| 07/26/2018 | 13940 | CHECK Auto Plus  Part | 130.00 | | 1,053.99 |
| 07/26/2018 | | DEPOSIT | | 734.96 | 1,183.99 |
| 07/25/2018 | 13938 | CHECK AutoPlus  Part | 90.98 | | 449.03 |
| 07/25/2018 | | DEPOSIT | | 400.00 | 540.01 |
| 07/24/2018 | 13936 | CHECK Flynn Tire  Part | 79.50 | | 140.01 |
| 07/24/2018 | 13937 | CASHED CHECK  Bankruptcy | 550.00 | | 219.51 |
| 07/20/2018 | 13933 | CHECK Auto Plus  Part | 26.95 | | 769.51 |
| 07/20/2018 | 13934 | CHECK AutoPlus  Part | 64.23 | | 796.46 |
| 07/20/2018 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *180630*T*0 000055839* *P* *20180720 | 558.39 | | 860.69 |
| 07/20/2018 | | DEPOSIT | | 1,300.00 | 1,419.08 |
| 07/18/2018 | 13925 | CHECK Klings Spor  Part | 58.35 | | 119.08 |
| 07/18/2018 | 13932 | CHECK Auto Plus  Part | 191.44 | | 177.43 |
| 07/18/2018 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13904 | 36.00 | | 368.87 |
| 07/18/2018 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13905 | 36.00 | | 404.87 |
| 07/18/2018 | | DEPOSIT | | 600.00 | 440.87 |
| 07/17/2018 | 13904 | CHECK  June | 25.00 | | -159.13 |
| 07/17/2018 | 13905 | CHECK  June | 136.00 | | -134.13 |
| 07/17/2018 | 13931 | CHECK All Foreign  Part | 475.00 | | 1.87 |
| 07/16/2018 | 13930 | CHECK AutoPlus  Part | 22.95 | | 476.87 |
| 07/16/2018 | | DEPOSIT | | 235.23 | 499.82 |
| 07/13/2018 | 13928 | CHECK Auto Plus  Part | 85.20 | | 264.59 |
| 07/13/2018 | 13918 | CHECK Auto Plus  Part | 103.90 | | 349.79 |
| 07/13/2018 | 13929 | CHECK Auto Zone  Part | 114.99 | | 453.69 |
| 07/13/2018 | 13927 | CHECK Bip  Rubbish | 225.00 | | 568.68 |

| Date | Check # | Description | | Amount | Balance |
|---|---|---|---|---|---|
| 07/13/2018 | | PREAUTHORIZED DEBIT COMCAST CABLE 180713 *Hope* | | 265.84 | 793.68 |
| 07/13/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 770446 KUHN'S BEULAH ROAD TURTLE CR PA SEQ # 819316797891 XXXXXXXXXXXX1683 *Office* | | 24.61 | 1,059.52 |
| 07/12/2018 | 13926 | CHECK *Rohrich* | *Part* | 21.00 | 1,084.13 |
| 07/11/2018 | 13924 | CHECK *Auto Plus* | *Part* | 72.99 | 1,105.13 |
| 07/11/2018 | 13923 | CHECK *Auto Plus* | *Part* | 95.48 | 1,178.12 |
| 07/11/2018 | | PREAUTHORIZED DEBIT Duquesne Light PAYMENT 180711 | | 134.89 | 1,273.60 |
| 07/11/2018 | 13922 | CHECK | *Bankruptcy* | 1,510.00 | 1,408.49 |
| 07/11/2018 | | DEPOSIT | | 707.98 | 2,918.49 |
| 07/10/2018 | | PREAUTHORIZED DEBIT BILLMATRIX BILLPAYFEE 180710 | | 3.50 | 2,210.51 |
| 07/10/2018 | | PREAUTHORIZED DEBIT PROG ADVANCED INS PREM 180710 | | 110.19 | 2,214.01 |
| 07/10/2018 | | PREAUTHORIZED DEBIT FIS*VERIZON BILL PAY 180710 | | 132.19 | 2,324.20 |
| 07/10/2018 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 180709 | | 165.85 | 2,456.39 |
| 07/09/2018 | 13920 | CHECK *AutoPlus* | *Part* | 22.62 | 2,622.24 |
| 07/09/2018 | 13921 | CHECK *Auto Zone* | *Part* | 24.60 | 2,644.86 |
| 07/09/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 420847 WOODWORKINGMASTERC LASS LONDON XX SEQ # 818971000002 XXXXXXXXXXXX1683 | | 15.00 | 2,669.46 |
| 07/09/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM IATN NET CA SEQ # 818927637388 XXXXXXXXXXXX1683 | | 19.00 | 2,684.46 |
| 07/09/2018 | | CARD FEE SVC CHG INTRNTL TR AN | | 0.12 | 2,703.46 |
| 07/09/2018 | | DEPOSIT | | 700.00 | 2,703.58 |
| 07/06/2018 | 13919 | CHECK *Sherman Williams* | *Point* | 71.65 | 2,003.58 |
| 07/06/2018 | | DEPOSIT | | 1,770.00 | 2,075.23 |
| 07/05/2018 | 13917 | CHECK *Auto Plus* | *Part* | 26.95 | 305.23 |
| 07/05/2018 | 13915 | CHECK | *June* | 127.74 | 332.18 |
| 07/03/2018 | | DEPOSIT | | 160.00 | 459.92 |
| 7-24- | 13939 | Kingspor | Part | 58.71 | |
| 7-27 | 13944 | Auto Plus | Part | 152.94 | |
| 7-27 | 13945 | Auto Plus | Part | 24.07 | |

#Note IATN "INterNational Automotive TechNician Network"

172526

- Return and Payment successfully Submitted

### Sales and Use Tax

| Business Name | Revenue ID | Account ID | Federal Employer Identific Number |
|---|---|---|---|
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 |
| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
| 7/1/2018 | 7/31/2018 | 8/20/2018 | 8/7/2018 | 8/7/2018 1:16:43 PM |
| Filed By | Transaction ID | Return Status | Original/Amended |
| Robert Leistner | 1318000004287647 | Complete | Original |

### Sales Tax, Use & Hotel Occupancy Tax {PA-3}

| | | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 8608.17 | 8608.17 |
| 2 | Net Taxable Sales | 8608.17 | 8608.17 |
| 3 | Total Amount of Tax Due | 516.49 | 86.08 |
| 4 | Discount - Discount Applied. | 5.16 | 0.86 |
| 5 | Net Tax Due | 511.33 | 85.22 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 511.33 | 85.22 |
| 11 | Credit - No Credits Applied | 0.00 | 0.00 |
| 12 | Amount Due | 511.33 | 85.22 |
| | Total Payment Due | | $596.55 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return

f 1

8/7/2018, 1:17 PM