# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | )     **Bankruptcy No. 17-22526-GLT** |
| **Robert J. Leistner** | ) |
| **Linda A. Leistner** | )     **Chapter 13** |
| | ) |
|     **Debtors** | ) |

## MONTHLY OPERATING REPORT
## AUGUST 2018

PAWB FORM 5 (03/12)

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: Robert J. Leistner And Linda A. Leistner
Case No.: 1722526
Month: August          Year: 2018

Gross receipts for month: 9451.42
(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ 9451.42

Business expenses paid:

| Description | Amount |
|---|---|
| Parts | 3445.52 |
| Windows | 30.00 |
| Truck Insurance | 110.17 |
| Alldata & IATN Computer | 184.89 |
| Peoples Gas | 128.68 |
| Duquesne Light | 247.39 |
| Sales Tax July | 596.55 |
| Bank Fees | 144.12 |
| Bankruptcy | 2700.00 |
| Door Keys | 53.33 |
| Paint & Supplies | 353.76 |

TOTAL EXPENSES: $ 7994.41

NET PROFIT OR (LOSS) FOR MONTH: $ 1457.01

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

- Return and Payment successfully Submitted

*172526*

### Sales and Use Tax

| Business Name | Revenue ID | Account ID | Federal Employer Identification Number |
|---|---|---|---|
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 |
| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
| 8/1/2018 | 8/31/2018 | 9/20/2018 | 9/10/2018 | 9/10/2018 4:11:05 PM |
| Filed By | Transaction ID | Return Status | Original/Amended |
| Robert Leistner | 1318000004711769 | Complete | Original |

### Sales Tax, Use & Hotel Occupancy Tax {PA-3}

|   |   | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 9451.42 | 9451.42 |
| 2 | Net Taxable Sales | 9451.42 | 9451.42 |
| 3 | Total Amount of Tax Due | 567.09 | 94.51 |
| 4 | Discount / Discount Applied | 5.67 | 0.95 |
| 5 | Net Tax Due | 561.42 | 93.56 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 561.42 | 93.56 |
| 11 | Credit / No Credits Applied | 0.00 | 0.00 |
| 12 | Amount Due | 561.42 | 93.56 |
|   | Total Payment Due |   | $654.98 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return

9/10/2018, 4:11 PM

172...

| Date | Check # | Type/Payee | Memo | Amount | Balance |
|---|---|---|---|---|---|
| 08/01/2018 | 13945 | CHECK | July | 24.07 | 295.18 |
| 08/01/2018 | 13944 | CHECK | July | 152.94 | 319.25 |
| 8-28 | 13980 | Interstate Battery | Part | 207.90 | |
| 8-28 | 13981 | Klingspor | Paint | 225.71 | |
| 8-28 | 13982 | Void | | | |
| 8-30 | 13983 | Auto Plus | Part | 311.58 | |
| 8-30 | 13984 | Sherman Williams | Paint | 28.48 | |
| 8-30 | 13985 | Auto Plus | Part | 140.00 | ✓ |

| Date | Check # | Description | Amount | Deposit | Balance |
|---|---|---|---|---|---|
| 08/20/2018 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *180731*T*0 000059655* *P* *20180820 | 596.55 | | 894.50 |
| 08/17/2018 | 13961 | CHECK *Valley Keys  door Keys* | 53.33 | | 1,491.05 |
| 08/17/2018 | | DEPOSIT | | 400.00 | 1,544.38 |
| 08/17/2018 | | DEPOSIT | | 874.78 | 1,144.38 |
| 08/16/2018 | 13963 | CHECK *Auto Plus  Part* | 51.31 | | 269.60 |
| 08/16/2018 | 13960 | CHECK *Auto Plus  Part* | 87.52 | | 320.91 |
| 08/15/2018 | 13959 | CHECK *A&D Auto Wreckers  Part* | 100.00 | | 408.43 |
| 08/15/2018 | 13957 | CASHED CHECK *Bankruptcy* | 350.00 | | 508.43 |
| 08/14/2018 | 13956 | CHECK *Car Part Warehouse Part* | 228.28 | | 858.43 |
| 08/14/2018 | | DEPOSIT | | 541.00 | 1,086.71 |
| 08/13/2018 | 13955 | CHECK *Auto Plus  Part* | 29.18 | | 545.71 |
| 08/13/2018 | 13954 | CHECK *Auto Zone  Part* | 80.82 | | 574.89 |
| 08/13/2018 | | PREAUTHORIZED DEBIT COMCAST CABLE 180813 *home* | 275.84 | | 655.71 |
| 08/10/2018 | 13952 | CHECK *Auto Plus  Part* | 87.12 | | 931.55 |
| 08/10/2018 | 13953 | CHECK *Auto Plus  Part* | 91.39 | | 1,018.67 |
| 08/10/2018 | | PREAUTHORIZED DEBIT PROG ADVANCED INS PREM 180810 | 110.17 | | 1,110.06 |
| 08/10/2018 | | PREAUTHORIZED DEBIT PEOPLESGAS PeoplesGas 180810 | 128.68 | | 1,220.23 |
| 08/10/2018 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 180809 | 165.85 | | 1,348.91 |
| 08/10/2018 | | DEPOSIT | | 70.00 | 1,514.76 |
| 08/10/2018 | | DEPOSIT | | 825.00 | 1,444.76 |
| 08/09/2018 | 13951 | CHECK *Interstate Battery  Part* | 80.95 | | 619.76 |
| 08/09/2018 | 13950 | CHECK *Auto Plus  Part* | 130.00 | | 700.71 |
| 08/09/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 420847 WOODWORKINGMASTERC LASS LONDON XX SEQ # 822071000004 XXXXXXXXXXXX1683 | 15.00 | | 830.71 |
| 08/09/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM IATN NET CA SEQ # 822021637633 XXXXXXXXXXXX1683 | 19.00 | | 845.71 |
| 08/09/2018 | 13946 | CHECK *Bankruptcy* | 1,010.00 | | 864.71 |
| 08/09/2018 | | CARD FEE SVC CHG INTRNTL TR AN | 0.12 | | 1,874.71 |
| 08/09/2018 | | DEPOSIT | | 1,036.62 | 1,874.83 |
| 08/08/2018 | | PREAUTHORIZED DEBIT MAWC MAWC 180808 *home* | 120.92 | | 838.21 |
| 08/08/2018 | 13948 | CHECK *Auto Zone  Part* | 130.53 | | 959.13 |
| 08/08/2018 | | DEPOSIT | | 440.00 | 1,089.66 |
| 08/07/2018 | | PREAUTHORIZED DEBIT STATE FARM RO 08 CPC-CLIENT 180807 13 S 0397538513 | 268.00 | | 649.66 |
| 08/03/2018 | 13939 | CHECK *July* | 58.71 | | 917.66 |
| 08/02/2018 | 13947 | CHECK *Auto Zone  Part* | 12.50 | | 976.37 |
| 08/02/2018 | | DEPOSIT | | 693.69 | 988.87 |

## BASIC BUSINESS CHECKING, *5447    1722526

All completed transactions from 08/01/2018 to 08/31/2018

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 08/30/2018 | 13977 | CHECK Flynn tire  Part | 43.68 | | 2,557.73 |
| 08/30/2018 | 13979 | CHECK Sherman Williams  Part | 75.40 | | 2,601.41 |
| 08/30/2018 | | DEPOSIT | | 1,674.31 | 2,676.81 |
| 08/29/2018 | 13975 | CHECK Rohrich  Part | 22.34 | | 1,002.50 |
| 08/29/2018 | 13978 | CHECK Auto Plus  Part | 51.43 | | 1,024.84 |
| 08/29/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 469216 THE TIRE RACK 800 428 8 IN SEQ # 824020100332 XXXXXXXXXXXX1683  Part | 265.57 | | 1,076.27 |
| 08/29/2018 | | DEPOSIT | | 500.00 | 1,341.84 |
| 08/28/2018 | 13974 | CHECK Auto Plus  Part | 39.16 | | 841.84 |
| 08/28/2018 | 13976 | CHECK Auto Plus  Part | 138.46 | | 881.00 |
| 08/28/2018 | | PREAUTHORIZED DEBIT Duquesne Light PAYMENT 180828 | 247.39 | | 1,019.46 |
| 08/28/2018 | | DEPOSIT | | 230.00 | 1,266.85 |
| 08/24/2018 | 13973 | CHECK Sherman Williams  Paint | 16.50 | | 1,036.85 |
| 08/24/2018 | 13962 | CHECK Windows Cash | 30.00 | | 1,053.35 |
| 08/24/2018 | 13972 | CHECK Sherman Williams  Paint | 83.07 | | 1,083.35 |
| 08/24/2018 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13971 | 36.00 | | 1,166.42 |
| 08/24/2018 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13969 | 36.00 | | 1,202.42 |
| 08/24/2018 | | DEPOSIT | | 1,342.00 | 1,238.42 |
| 08/23/2018 | 13971 | CHECK Auto Part International  Part | 98.76 | | -103.58 |
| 08/23/2018 | 13969 | CHECK Auto Plus  Part | 135.13 | | -4.82 |
| 08/23/2018 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13968 | 36.00 | | 130.31 |
| 08/23/2018 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 13970 | 36.00 | | 166.31 |
| 08/23/2018 | | DEPOSIT | | 304.02 | 202.31 |
| 08/22/2018 | 13968 | CHECK Auto Part International  Part | 87.83 | | -101.71 |
| 08/22/2018 | 13970 | CHECK 1-800 Radiator  Part | 125.00 | | -13.88 |
| 08/22/2018 | 13966 | CHECK Auto Plus  Part | 147.94 | | 111.12 |
| 08/22/2018 | 13958 | CHECK  Bankruptcy | 710.00 | | 259.06 |
| 08/22/2018 | | DEPOSIT | | 520.00 | 969.06 |
| 08/20/2018 | 13964 | CHECK Auto Plus  Part | 23.88 | | 449.06 |
| 08/20/2018 | 13967 | CHECK Auto Part International  Part | 31.00 | | 472.94 |
| 08/20/2018 | 13965 | CHECK Auto Plus  Part | 90.56 | | 503.94 |
| 08/20/2018 | 13949 | CHECK Forrest Conry  Part | 300.00 | | 594.50 |

9/5/2018, 12:34 PM



6535

PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

1722526



00006565-MPCLST09042018083203-830N-LETTER01-000000 0

ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

Haymaker Office
Account Number:
Type: Basic Business Checking

Page 1 of 4
Statement from:
August 1 to August 31, 2018

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 472.19 |
| Deposits and Other Additions | + | 9,451.42 |
| Checks Paid and Other Subtractions | − | 7,365.88 |
| Ending Balance on August 31, 2018 | | $ 2,557.73 |
| Low Balance | | $ 103.58 − |
| Average Ledger Balance | | $ 909.67 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 08-01 | Previous Statement Balance | | | $ 472.19 |
| 08-01 | Check  13944 | $ 152.94 − | | $ 319.25 |
| 08-01 | Check  13945 | $ 24.07 − | | $ 295.18 |
| 08-02 | Deposit | | $ 693.69 | $ 988.87 |
| 08-02 | Check  13947 | $ 12.50 − | | $ 976.37 |
| 08-03 | Check  13939 | $ 58.71 − | | $ 917.66 |
| 08-07 | #Preauthorized Debit<br>STATE FARM RO 08 CPC-CLIENT<br>180807 13 S 0397538513 | $ 268.00 − | | $ 649.66 |
| 08-08 | Deposit | | $ 440.00 | $ 1,089.66 |
| 08-08 | Check  13948 | $ 130.53 − | | $ 959.13 |
| 08-08 | #Preauthorized Debit<br>MAWC MAWC<br>180808 | $ 120.92 − | | $ 838.21 |
| 08-09 | Deposit | | $ 1,036.62 | $ 1,874.83 |
| 08-09 | #Card Fee<br>SVC CHG INTRNTL TRAN | $ 0.12 − | | $ 1,874.71 |
| 08-09 | Check  13946 | $ 1,010.00 − | | $ 864.71 |
| 08-09 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM   IATN NET  CA SEQ # 822021637633-1683 | $ 19.00 − | | $ 845.71 |
| 08-09 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 420847 WOODWORKINGMASTERC LASS  LONDON    XX SEQ # 822071000004-1683 | $ 15.00 − | | $ 830.71 |
| 08-09 | Check  13950 | $ 130.00 − | | $ 700.71 |

15642



6535

*1722526*

**ROBERT J LEISTNER**
Account Number
Type: Basic Business Checking
Page 2 of 4

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 08-09 | Check 13951 | $ 80.95 - | | $ 619.76 |
| 08-10 | Deposit | | $ 825.00 | $ 1,444.76 |
| 08-10 | Deposit | | $ 70.00 | $ 1,514.76 |
| 08-10 | #Preauthorized Debit ALLDATA LLC PAYMENT 180809 | $ 165.85 - | | $ 1,348.91 |
| 08-10 | #Preauthorized Debit PEOPLESGAS PeoplesGas 180810 | $ 128.68 - | | $ 1,220.23 |
| 08-10 | #Preauthorized Debit PROG ADVANCED INS PREM 180810 | $ 110.17 - | | $ 1,110.06 |
| 08-10 | Check 13953 | $ 91.39 - | | $ 1,018.67 |
| 08-10 | Check 13952 | $ 87.12 - | | $ 931.55 |
| 08-13 | #Preauthorized Debit COMCAST CABLE 180813 | $ 275.84 - | | $ 655.71 |
| 08-13 | Check 13954 | $ 80.82 - | | $ 574.89 |
| 08-13 | Check 13955 | $ 29.18 - | | $ 545.71 |
| 08-14 | Deposit | | $ 541.00 | $ 1,086.71 |
| 08-14 | Check 13956 | $ 228.28 - | | $ 858.43 |
| 08-15 | Check 13957 | $ 350.00 - | | $ 508.43 |
| 08-15 | Check 13959 | $ 100.00 - | | $ 408.43 |
| 08-16 | Check 13960 | $ 87.52 - | | $ 320.91 |
| 08-16 | Check 13963 | $ 51.31 - | | $ 269.60 |
| 08-17 | Deposit | | $ 874.78 | $ 1,144.38 |
| 08-17 | Deposit | | $ 400.00 | $ 1,544.38 |
| 08-17 | Check 13961 | $ 53.33 - | | $ 1,491.05 |
| 08-20 | #Preauthorized Debit COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *180731*T*0 000059655* *P* *20180820 | $ 596.55 - | | $ 894.50 |
| 08-20 | Check 13949 | $ 300.00 - | | $ 594.50 |
| 08-20 | Check 13965 | $ 90.56 - | | $ 503.94 |
| 08-20 | Check 13967 | $ 31.00 - | | $ 472.94 |
| 08-20 | Check 13964 | $ 23.88 - | | $ 449.06 |
| 08-22 | Deposit | | $ 520.00 | $ 969.06 |
| 08-22 | Check 13958 | $ 710.00 - | | $ 259.06 |
| 08-22 | Check 13966 | $ 147.94 - | | $ 111.12 |
| 08-22 | Check 13970 | $ 125.00 - | | $ 13.88 - |
| 08-22 | Check 13968 | $ 87.83 - | | $ 101.71 - |
| 08-23 | Deposit | | $ 304.02 | $ 202.31 |

*1722526*

Page 3 of 4
6535

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 08-23 | #Overdraft Fee  FOR OVERDRAFT CHECK # 13970 | $ 36.00 - | | $ 166.31 |
| 08-23 | #Overdraft Fee  FOR OVERDRAFT CHECK # 13968 | $ 36.00 - | | $ 130.31 |
| 08-23 | Check  13969 | $ 135.13 - | | $ 4.82 - |
| 08-23 | Check  13971 | $ 98.76 - | | $ 103.58 - |
| 08-24 | Deposit | | $ 1,342.00 | $ 1,238.42 |
| 08-24 | #Overdraft Fee  FOR OVERDRAFT CHECK # 13969 | $ 36.00 - | | $ 1,202.42 |
| 08-24 | #Overdraft Fee  FOR OVERDRAFT CHECK # 13971 | $ 36.00 - | | $ 1,166.42 |
| 08-24 | Check  13972 | $ 83.07 - | | $ 1,083.35 |
| 08-24 | Check  13962 | $ 30.00 - | | $ 1,053.35 |
| 08-24 | Check  13973 | $ 16.50 - | | $ 1,036.85 |
| 08-28 | Deposit | | $ 230.00 | $ 1,266.85 |
| 08-28 | #Preauthorized Debit  Duquesne Light PAYMENT  180828 | $ 247.39 - | | $ 1,019.46 |
| 08-28 | Check  13976 | $ 138.46 - | | $ 881.00 |
| 08-28 | Check  13974 | $ 39.16 - | | $ 841.84 |
| 08-29 | Deposit | | $ 500.00 | $ 1,341.84 |
| 08-29 | #Check Card Purchase  MERCHANT PURCHASE TERMINAL 469216 THE TIRE RACK 800 428 8 IN SEQ # 824020100332-1683 | $ 265.57 - | | $ 1,076.27 |
| 08-29 | Check  13978 | $ 51.43 - | | $ 1,024.84 |
| 08-29 | Check  13975 | $ 22.34 - | | $ 1,002.50 |
| 08-30 | Deposit | | $ 1,674.31 | $ 2,676.81 |
| 08-30 | Check  13979 | $ 75.40 - | | $ 2,601.41 |
| 08-30 | Check  13977 | $ 43.68 - | | $ 2,557.73 |
| 08-31 | Ending Totals | $ 7,365.88 - | $ 9,451.42 | $ 2,557.73 |

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 13939 | $ 58.71 | 13956 | $ 228.28 | 13969 | $ 135.13 |
| 13944* | $ 152.94 | 13957 | $ 350.00 | 13970 | $ 125.00 |
| 13945 | $ 24.07 | 13958 | $ 710.00 | 13971 | $ 98.76 |
| 13946 | $ 1,010.00 | 13959 | $ 100.00 | 13972 | $ 83.07 |
| 13947 | $ 12.50 | 13960 | $ 87.52 | 13973 | $ 16.50 |
| 13948 | $ 130.53 | 13961 | $ 53.33 | 13974 | $ 39.16 |
| 13949 | $ 300.00 | 13962 | $ 30.00 | 13975 | $ 22.34 |
| 13950 | $ 130.00 | 13963 | $ 51.31 | 13976 | $ 138.46 |
| 13951 | $ 80.95 | 13964 | $ 23.88 | 13977 | $ 43.68 |
| 13952 | $ 87.12 | 13965 | $ 90.56 | 13978 | $ 51.43 |
| 13953 | $ 91.39 | 13966 | $ 147.94 | 13979 | $ 75.40 |
| 13954 | $ 80.82 | 13967 | $ 31.00 | | |
| 13955 | $ 29.18 | 13968 | $ 87.83 | | |

* Indicates Skip in Check Number

6535

*1722526*

ROBERT J LEISTNER
Account Number: 000
Type: Basic Business Checking
*Page 4 of 4*

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 08-07 | Preauthorized debit | 268.00 | 08-13 | Preauthorized debit | 275.84 |
| 08-08 | Preauthorized debit | 120.92 | 08-20 | Preauthorized debit | 596.55 |
| 08-09 | Card fee | 0.12 | 08-23 | Overdraft fee | 36.00 |
| 08-09 | Check card purchase | 19.00 | 08-23 | Overdraft fee | 36.00 |
| 08-09 | Check card purchase | 15.00 | 08-24 | Overdraft fee | 36.00 |
| 08-10 | Preauthorized debit | 165.85 | 08-24 | Overdraft fee | 36.00 |
| 08-10 | Preauthorized debit | 128.68 | 08-28 | Preauthorized debit | 247.39 |
| 08-10 | Preauthorized debit | 110.17 | 08-29 | Check card purchase | 265.57 |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 08-02 | Deposit | 693.69 | 08-17 | Deposit | 400.00 |
| 08-08 | Deposit | 440.00 | 08-22 | Deposit | 520.00 |
| 08-09 | Deposit | 1,036.62 | 08-23 | Deposit | 304.02 |
| 08-10 | Deposit | 825.00 | 08-24 | Deposit | 1,342.00 |
| 08-10 | Deposit | 70.00 | 08-28 | Deposit | 230.00 |
| 08-14 | Deposit | 541.00 | 08-29 | Deposit | 500.00 |
| 08-17 | Deposit | 874.78 | 08-30 | Deposit | 1,674.31 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $144.00 | $432.00 |
| Total Returned Item Fees | $0.00 | $216.00 |

EFFECTIVE ACCOUNT MANAGEMENT CAN MINIMIZE OVERDRAFT FEES. AS SUCH, WE FEEL IT IS IMPORTANT TO KEEP YOU INFORMED OF TOOLS THAT CAN HELP YOU MANAGE YOUR CHECKING ACCOUNT. WE OFFER A WEB-BASED TUTORIAL, TITLED CHECKING NAVIGATOR, THAT YOU CAN FIND AT STBANK.COM/NAVIGATOR. WE WOULD LIKE TO DISCUSS WAYS TO HELP YOU REDUCE THE NUMBER OF OVERDRAFT FEES YOU ARE PAYING. CALL US AT 800.325.2265 TO LEARN MORE.