# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 17-22526-GLT |
| Robert J. Leistner ) | |
| Linda A. Leistner ) | Chapter 13 |
| ) | |
| **Debtors** ) | |

## MONTHLY OPERATING REPORT
## SEPTEMBER 2018

PAWB FORM 5 (03/12)

# MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: Robert J. Leistner And Linda A. Leistner
Case No. 1722526
Month: September       Year: 2018

Gross receipts for month: 10672.27
(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ 10672.27

Business expenses paid:

| Description | Amount |
|---|---|
| Parts | 3778.16 |
| BonkRuptcy | 5420.00 |
| Computer - Alldata - IATN | 184.85 |
| Bank Fees | 180.00 |
| Verizon | 268.37 |
| Truck Insurance | 110.17 |
| Sales Tax August | 654.98 |
| Bigs Rubbish | 250.00 |
| Tools | 3.00 |
| Office Supplies ~ & Keys | 154.73 |
| Janitor | 30.00 |
| Alarm | 390.30 |

TOTAL EXPENSES: $ 11,417.06

NET PROFIT OR (LOSS) FOR MONTH: $ -744.79

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

17-22526

| Date | Check # | Payee | Memo | Amount | Balance |
|---|---|---|---|---|---|
| 09/04/2018 | 13980 | CHECK | August Bankruptcy | 207.90 | 1,949.83 |
| 09/04/2018 | 13987 | CASHED CHECK | | 400.00 | 2,157.73 |
| 9-30-18 | Debit | triple AAA Car title | | 225.00 | |
| | 13995 | Void | | | |
| 9-28 | 14000 | Bigs | Rubbish | 250.00 | ✓ |
| 9-25 | 14012 | Interstate Battery | Part | 343.85 | ✓ |
| 9-25 | 14013 | A&D Autowreckers | Part | 165.00 | |
| 9-25 | 14014 | Klingspor | Supplies | 103.98 | ✓ |
| 9-25 | 14016 | Flynn Tire | Part | 166.84 | ✓ |
| 9-26 | 14017 | Cash | Part I/m | 22.00 | ✓ |
| 9-27 | 14021 | Auto Plus | Part | 16.92 | ✓ |
| 9-27 | 14022 | Cash | Part I/m | 22.00 | ✓ |
| 9-27 | 14023 | Auto Plus | Part | 113.90 | ✓ |
| 9-28 | 14024 | Cash | Part I/m | 66.00 | ✓ |

| Date | Check # | Type | Description | Amount | Deposit | Balance |
|---|---|---|---|---|---|---|
| 09/18/2018 | 14003 | CHECK | Valley Sales Supplies Keys | 26.75 | | 430.32 |
| 09/18/2018 | 14001 | CHECK | Auto Plus Part | 27.00 | | 457.07 ✓ |
| 09/18/2018 | 13994 | CHECK | Cash Windows | 30.00 | | 484.07 ✓ |
| 09/18/2018 | | DEPOSIT | | | 153.04 | 514.07 |
| 09/17/2018 | 13997 | CHECK | Auto Plus Part | 36.10 | | 361.03 ✓ |
| 09/14/2018 | 13996 | CHECK | Auto Plus Part | 302.81 | | 397.13 ✓ |
| 09/14/2018 | 13998 | CASHED CHECK | Bankruptcy | 310.00 | | 699.94 |
| 09/14/2018 | | DEPOSIT | | | 223.38 | 1,009.94 |
| 09/13/2018 | | | PREAUTHORIZED DEBIT PROG ADVANCED INS PREM 180913 | 110.17 | | 786.56 |
| 09/13/2018 | 13993 | CHECK | Auto Plus Part | 196.28 | | 896.73 ✓ |
| 09/12/2018 | | | PREAUTHORIZED DEBIT COMCAST CABLE 180912 home | 295.01 | | 1,093.01 |
| 09/12/2018 | | DEPOSIT | | | 768.71 | 1,388.02 |
| 09/11/2018 | 13992 | CHECK | Auto Plus Part | 92.76 | | 619.31 ✓ |
| 09/11/2018 | | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 180910 | 165.85 | | 712.07 ✓ |
| 09/11/2018 | 13991 | CHECK | Auto Plus Part | 258.56 | | 877.92 ✓ |
| 09/11/2018 | | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 770446 KUHN'S BEULAH ROAD TURTLE CR PA SEQ # 825316171512 XXXXXXXXXXXX1683 Coffee Sugar | 57.52 | | 1,136.48 |
| 09/11/2018 | | DEPOSIT | | | 400.00 | 1,194.00 |
| 09/10/2018 | 13989 | CHECK | Auto Plus Part | 170.09 | | 794.00 ✓ |
| 09/10/2018 | 13990 | CHECK | Auto Plus Part | 282.00 | | 964.09 ✓ |
| 09/10/2018 | | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 420847 WOODWORKINGMASTERC LASS LONDON XX SEQ # 825170000005 XXXXXXXXXXXX1683 | 15.00 | | 1,246.09 |
| 09/10/2018 | | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM IATN NET CA SEQ # 825126637984 XXXXXXXXXXXX1683 Computer program | 19.00 | | 1,261.09 ✓ |
| 09/10/2018 | | | CARD FEE SVC CHG INTRNTL TR AN | 0.12 | | 1,280.09 |
| 09/07/2018 | | DEPOSIT | | | 900.00 | 1,280.21 |
| 09/06/2018 | | | PREAUTHORIZED DEBIT BILLMATRIX BILLPAYFEE 180906 | 3.50 | | 380.21 ✓ |
| 09/06/2018 | | | PREAUTHORIZED DEBIT FIS*VERIZON BILL PAY 180906 | 257.35 | | 383.71 ✓ |
| 09/05/2018 | 13981 | CHECK | August | 225.71 | | 641.06 |
| 09/05/2018 | 13983 | CHECK | August | 311.58 | | 866.77 |
| 09/05/2018 | 13988 | CHECK | Bankruptcy | 600.00 | | 1,178.35 ✓ |
| 09/04/2018 | 13986 | CHECK | Auto Zone Tool | 3.00 | | 1,778.35 |
| 09/04/2018 | 13984 | CHECK | August | 28.48 | | 1,781.35 |
| 09/04/2018 | 13985 | CHECK | August | 140.00 | | 1,809.83 |

## BASIC BUSINESS CHECKING, *5447

All completed transactions from 09/01/2018 to 09/30/2018

1722526

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 09/28/2018 | 14019 | CHECK Auto Plus Part | 113.04 | | 1,738.22 |
| 09/28/2018 | 14018 | CHECK AutoZone Part | 149.78 | | 1,851.26 |
| 09/27/2018 | 14011 | CHECK Auto Plus Part | 135.84 | | 2,001.04 |
| 09/27/2018 | 14015 | CHECK Sherman Williams Part | 189.93 | | 2,136.88 |
| 09/27/2018 | 14020 | CHECK Current Services Alarm | 390.30 | | 2,326.81 |
| 09/27/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 442733 KUHN S BEULAH ROAD TURTLE CR PA SEQ # 826926720016 XXXXXXXXXXXX1683 | 12.91 | | 2,717.11 |
| 09/27/2018 | | DEPOSIT | | 976.31 | 2,730.02 |
| 09/26/2018 | 14010 | CHECK Auto Plus Part | 79.95 | | 1,753.71 |
| 09/26/2018 | 13999 | CASHED CHECK Bob | 75.00 | | 1,833.66 |
| 09/26/2018 | | DEPOSIT | | 475.00 | 1,908.66 |
| 09/25/2018 | | DEPOSIT | | 963.42 | 1,433.66 |
| 09/24/2018 | 14008 | CHECK A&D Autowreckers Part | 245.00 | | 470.24 |
| 09/24/2018 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 14006 | 36.00 | | 715.24 |
| 09/24/2018 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 14007 | 36.00 | | 751.24 |
| 09/24/2018 | | DEPOSIT | | 872.41 | 787.24 |
| 09/21/2018 | 14006 | CHECK Auto Plus Part | 44.36 | | -85.17 |
| 09/21/2018 | 14007 | CHECK Bowser Part | 75.88 | | -40.81 |
| 09/21/2018 | 14009 | CHECK Sherman Williams Part | 136.35 | | 35.07 |
| 09/21/2018 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 14002 | 36.00 | | 171.42 |
| 09/21/2018 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 14004 | 36.00 | | 207.42 |
| 09/21/2018 | | OVERDRAFT FEE FOR OVERDRAFT CHECK # 14005 | 36.00 | | 243.42 |
| 09/21/2018 | | DEPOSIT | | 530.00 | 279.42 |
| 09/20/2018 | 14002 | CHECK Auto Plus Part | 24.15 | | -250.58 |
| 09/20/2018 | 14004 | CHECK Auto Plus Part | 72.99 | | -226.43 |
| 09/20/2018 | 14005 | CHECK Auto Plus Part | 228.78 | | -153.44 |
| 09/20/2018 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *180831*T*0 000065498* *P* *20180920 | 654.98 | | 75.34 |
| 09/20/2018 | | DEPOSIT | | 100.00 | 730.32 |
| 09/19/2018 | | DEPOSIT | | 200.00 | 630.32 |

1 of 3   10/8/2018, 11:47 AM

17 22526

- Return and Payment successfully Submitted

## Sales and Use Tax

| Business Name | Revenue ID | Account ID | Federal Employer Identification Number |
|---|---|---|---|
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 |
| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
| 9/1/2018 | 9/30/2018 | 10/22/2018 | 10/8/2018 | 10/8/2018 1:25:45 PM |
| Filed By | Transaction ID | Return Status | Original/Amended |
| Robert Leistner | 1318000005136428 | Complete | Original |

### Sales Tax, Use & Hotel Occupancy Tax {PA-3}

| | | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 10672.27 | 10672.27 |
| 2 | Net Taxable Sales | 10672.27 | 10672.27 |
| 3 | Total Amount of Tax Due | 640.34 | 106.72 |
| 4 | Discount — Discount Applied. | 6.40 | 1.07 |
| 5 | Net Tax Due | 633.94 | 105.65 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 633.94 | 105.65 |
| 11 | Credit — No Credits Applied. | 0.00 | 0.00 |
| 12 | Amount Due | 633.94 | 105.65 |
| | Total Payment Due | | $739.59 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return