# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | **Bankruptcy No. 17-22526-GLT** |
| **Robert J. Leistner** ) | |
| **Linda A. Leistner** ) | **Chapter 13** |
| ) | |
| **Debtors** ) | |

## MONTHLY OPERATING REPORT
## OCTOBER 2018

PAWB FORM 5 (03/12)

# MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: Robert J. Leistner And Linda A. Leistner
Case No.: 1722526
Month: October      Year: 2018

Gross receipts for month:      8530.29
(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ 8530.29

Business expenses paid:

| Description | Amount |
|---|---|
| Parts | 1821.07 |
| Alldata - IATN | 184.97 |
| Truck Insurance | 120.17 |
| Gas | 64.14 |
| Electric | 132.00 |
| Telephone | 284.46 |
| Rubbish | 300.00 |
| Sales Tax Sept | 739.59 |
| Bankruptcy | 4150.00 |
| Postage | 15.40 |

TOTAL EXPENSES: $ 7811.80

NET PROFIT OR (LOSS) FOR MONTH: $ 718.49

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

1722526

## BASIC BUSINESS CHECKING, *5447

All completed transactions from 10/01/2018 to 10/31/2018

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 10/31/2018 | 14053 | CHECK Auto Plus Part | 60.22 | | 7.65 |
| 10/31/2018 | 14052 | CHECK Auto Plus Part | 109.99 | | 67.87 |
| 10/30/2018 | 14050 | CHECK Auto Plus Part | 8.07 | | 177.86 |
| 10/30/2018 | 14049 | CHECK Auto Plus Part | 79.18 | | 185.93 |
| 10/30/2018 | 14047 | CHECK Auto Plus Part | 224.85 | | 265.11 |
| 10/29/2018 | 14051 | CASHED CHECK Bankruptcy | 200.00 | | 489.96 |
| 10/26/2018 | 14048 | CHECK Auto Plus Part | 19.19 | | 689.96 |
| 10/25/2018 | 14046 | CHECK Auto Plus Part | 173.97 | | 709.15 |
| 10/25/2018 | | DEPOSIT | | 587.27 | 883.12 |
| 10/24/2018 | | ATM SURCHARGE SURCHARGE AMOUNT TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 829700008170 XXXXXXXXXXXX1683 | 3.50 | | 295.85 |
| 10/24/2018 | | SERVICE CHARGE NON S&T ATM W/D | 3.00 | | 299.35 |
| 10/24/2018 | | NON S&T ATM W/D CASH WITHDRAWAL TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 829700008170 XXXXXXXXXXXX1683 Cash Bob | 60.00 | | 302.35 |
| 10/23/2018 | 14045 | CHECK Auto Plus Part | 22.82 | | 362.35 |
| 10/23/2018 | 14044 | CHECK Auto Plus Part | 39.30 | | 385.17 |
| 10/23/2018 | 14043 | CHECK Auto Plus Part | 97.71 | | 424.47 |
| 10/22/2018 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *180930*T*0 000073959* *P* *20181022 | 739.59 | | 522.18 |
| 10/22/2018 | | DEPOSIT | | 800.00 | 1,261.77 |
| 10/19/2018 | 14040 | CHECK Auto Zone Part | 46.00 | | 461.77 |
| 10/19/2018 | 14042 | CHECK Auto Plus Part | 51.92 | | 507.77 |
| 10/19/2018 | 14039 | CHECK Auto Plus Part | 71.43 | | 559.69 |
| 10/19/2018 | 14041 | CHECK Auto Plus Part | 146.99 | | 631.12 |
| 10/18/2018 | 14038 | CHECK Auto Plus Part | 45.17 | | 776.11 |
| 10/17/2018 | | PREAUTHORIZED DEBIT PEOPLESGAS PeoplesGas 181017 | 64.14 | | 823.28 |
| 10/16/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 PAYPAL YESCOMUSA 626 336 2 CA SEQ # 828828894377 XXXXXXXXXXXX1683 | 41.89 | | 887.42 |
| 10/15/2018 | 14037 | CHECK Auto Plus Part Part | 19.90 | | 929.31 |
| 10/12/2018 | 14036 | CHECK Auto Zone Part | 48.14 | | 949.21 |
| 10/12/2018 | 14033 | CHECK Flynn tire Part | 136.54 | | 997.35 |
| 10/12/2018 | | DEPOSIT | | 1,076.10 | 1,133.89 |
| 10/11/2018 | 14035 | CHECK Auto Plus Part | 27.56 | | 57.79 |
| 10/11/2018 | 14034 | CHECK Auto Plus Part | 74.51 | | 85.35 |
| 10/11/2018 | 14028 | CHECK Auto Plus Part | 117.22 | | 159.86 |
| 10/10/2018 | 14032 | CHECK Auto Plus Part | 9.35 | | 277.08 |
| 10/10/2018 | | PREAUTHORIZED DEBIT PROG ADVANCED INS PREM 181010 Ins | 120.17 | | 286.43 |
| 10/10/2018 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 181009 | 165.85 | | 406.60 |
| 10/09/2018 | 14000 | CHECK Big Rubbish Sept | 250.00 | | 572.45 |
| 10/09/2018 | 14025 | CASHED CHECK Bankruptcy | 1,000.00 | | 822.45 |
| 10/09/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 420847 WOODWORKINGMASTERC LASS LONDON XX SEQ # 828177000006 XXXXXXXXXXXX1683 | 15.00 | | 1,822.45 |
| 10/09/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM IATN NET CA SEQ # 828125637354 XXXXXXXXXXXX1683 | 19.00 | | 1,837.45 |
| 10/09/2018 | | CARD FEE SVC CHG INTRNTL TR AN | 0.12 | | 1,856.45 |
| 10/09/2018 | | DEPOSIT | | 332.44 | 1,856.57 |
| 10/05/2018 | 14030 | CHECK Auto Plus Part | 32.97 | | 1,524.13 |

| Date | Check # | Description | Note | Amount | Balance |
|---|---|---|---|---|---|
| 10/05/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 422443 BIG S SANITATION I 724 379 4 PA SEQ # 827826101037 XXXXXXXXXXXX1683 | | 300.00 | 1,557.10 ✓ |
| 10/04/2018 | 14027 | CHECK AutoPlus | Part | 28.74 | 1,857.10 |
| 10/04/2018 | 14029 | CHECK Auto Plus | Part | 87.04 | 1,885.84 |
| 10/04/2018 | 14014 | CHECK | Sept | 103.98 | 1,972.88 |
| 10/03/2018 | | PREAUTHORIZED DEBIT BILLMATRIX BILLPAYFEE 181003 | | 3.50 | 2,076.86 |
| 10/03/2018 | 14023 | CHECK | Sept | 113.90 | 2,080.36 |
| 10/03/2018 | | PREAUTHORIZED DEBIT Duquesne Light PAYMENT 181003 | | 132.00 | 2,194.26 |
| 10/03/2018 | | PREAUTHORIZED DEBIT FIS*VERIZON BILL PAY 181003 | | 284.46 | 2,326.26 |
| 10/03/2018 | | PREAUTHORIZED DEBIT COMCAST CABLE 181003 | | 596.37 | 2,610.72 |
| 10/01/2018 | 14021 | CHECK | Sept | 16.92 | 3,207.09 |
| 10/01/2018 | 14022 | CHECK | Sept | 22.00 | 3,224.01 |
| 10/01/2018 | 14017 | CHECK | Sept | 22.00 | 3,246.01 |
| 10/01/2018 | 14024 | CHECK | Sept | 66.00 | 3,268.01 |
| 10/01/2018 | 14013 | CHECK | Sept | 165.00 | 3,334.01 |
| 10/01/2018 | 14016 | CHECK | Sept | 166.84 | 3,499.01 |
| 10/01/2018 | | PREAUTHORIZED DEBIT STATE FARM RO 08 CPC-CLIENT 181001 13 S 0397538513 | | 268.00 | 3,665.85 |
| 10/01/2018 | 14012 | CHECK | Sept | 343.85 | 3,933.85 |
| 10/01/2018 | 14026 | CASHED CHECK | Bankruptcy | 300.00 | 4,277.70 |
| 10/01/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 443106 AAA EC MONROEVILLE R MONROEVIL PA SEQ # 827221945061 XXXXXXXXXXXX1683 | | 225.00 | 4,577.70 |
| 10/01/2018 | | DEPOSIT | | 3,064.48 | 4,802.70 |

14031 Void

172526

• Return and Payment successfully Submitted

| Sales and Use Tax | | | | |
|---|---|---|---|---|
| Business Name | Revenue ID | Account ID | Federal Employer Identification Number | |
| MD AUTO WORKS | BP1260089888 | 82-440 266 | ~~redacted~~ | |
| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
| 10/1/2018 | 10/31/2018 | 11/20/2018 | 11/8/2018 | 11/8/2018 2:36:15 PM |
| Filed By | Transaction ID | Return Status | Original/Amended | |
| Robert Leistner | 1318000005887648 | Complete | Original | |

## Sales Tax, Use & Hotel Occupancy Tax {PA-3}

| | | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 8530.29 | 8530.29 |
| 2 | Net Taxable Sales | 8530.29 | 8530.29 |
| 3 | Total Amount of Tax Due | 511.82 | 85.30 |
| 4 | Discount — Discount Applied. | 5.12 | 0.85 |
| 5 | Net Tax Due | 506.70 | 84.45 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 506.70 | 84.45 |
| 11 | Credit — No Credits Applied. | 0.00 | 0.00 |
| 12 | Amount Due | 506.70 | 84.45 |
| | Total Payment Due | | $591.15 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return

17 22526

6486 

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

00006516-MPCLST11012018071265-830N-LETTER01-000000 0

 ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

Haymaker Office
Account Number: 0000
Type: Basic Business Checking

Page 1 of 4
Statement from:
September 29 to October 31, 2018

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 1,738.22 |
| Deposits and Other Additions | + | 5,860.29 |
| Checks Paid and Other Subtractions | - | 7,590.86 |
| Ending Balance on October 31, 2018 | | $ 7.65 |
| Low Balance | | $ 7.65 |
| Average Ledger Balance | | $ 1,003.47 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 0000

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 09-29 | Previous Statement Balance | | | $ 1,738.22 |
| 10-01 | Deposit | | $ 3,064.48 | $ 4,802.70 |
| 10-01 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443106 AAA EC MONROEVILLE R   MONROEVIL PA SEQ # 827221945061-1683 | $ 225.00 - | | $ 4,577.70 |
| 10-01 | Check 14026 | $ 300.00 - | | $ 4,277.70 |
| 10-01 | Check 14012 | $ 343.85 - | | $ 3,933.85 |
| 10-01 | #Preauthorized Debit<br>STATE FARM RO 08 CPC-CLIENT<br>181001 13 S 0397538513 | $ 268.00 - | | $ 3,665.85 |
| 10-01 | Check 14016 | $ 166.84 - | | $ 3,499.01 |
| 10-01 | Check 14013 | $ 165.00 - | | $ 3,334.01 |
| 10-01 | Check 14024 | $ 66.00 - | | $ 3,268.01 |
| 10-01 | Check 14017 | $ 22.00 - | | $ 3,246.01 |
| 10-01 | Check 14022 | $ 22.00 - | | $ 3,224.01 |
| 10-01 | Check 14021 | $ 16.92 - | | $ 3,207.09 |
| 10-03 | #Preauthorized Debit<br>COMCAST CABLE<br>181003 | $ 596.37 - | | $ 2,610.72 |
| 10-03 | #Preauthorized Debit<br>FIS*VERIZON BILL PAY<br>181003 | $ 284.46 - | | $ 2,326.26 |



15642

*1722526*

6486

**ROBERT J LEISTNER**
Account Number: 0000▮▮▮▮
Type: Basic Business Checking
*Page 4 of 4*

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 10-01 | Check card purchase | 225.00 | 10-09 | Check card purchase | 15.00 |
| 10-01 | Preauthorized debit | 268.00 | 10-10 | Preauthorized debit | 165.85 |
| 10-03 | Preauthorized debit | 596.37 | 10-10 | Preauthorized debit | 120.17 |
| 10-03 | Preauthorized debit | 284.46 | 10-16 | Check card purchase | 41.89 |
| 10-03 | Preauthorized debit | 132.00 | 10-17 | Preauthorized debit | 64.14 |
| 10-03 | Preauthorized debit | 3.50 | 10-22 | Preauthorized debit | 739.59 |
| 10-05 | Check card purchase | 300.00 | 10-24 | Non S&T ATM w/d | 60.00 |
| 10-09 | Card fee | 0.12 | 10-24 | Service charge | 3.00 |
| 10-09 | Check card purchase | 19.00 | 10-24 | ATM surcharge | 3.50 |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 10-01 | Deposit | 3,064.48 | 10-22 | Deposit | 800.00 |
| 10-09 | Deposit | 332.44 | 10-25 | Deposit | 587.27 |
| 10-12 | Deposit | 1,076.10 | | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $612.00 |
| Total Returned Item Fees | $0.00 | $216.00 |

1722526

6486

ROBERT J LEISTNER
Account Number: 0000
Type: Basic Business Checking
Page 2 of 4

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 000

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 10-03 | #Preauthorized Debit Duquesne Light PAYMENT 181003 | $ 132.00 - | | $ 2,194.26 |
| 10-03 | Check  14023 | $ 113.90 - | | $ 2,080.36 |
| 10-03 | #Preauthorized Debit BILLMATRIX BILLPAYFEE 181003 | $ 3.50 - | | $ 2,076.86 |
| 10-04 | Check  14014 | $ 103.98 - | | $ 1,972.88 |
| 10-04 | Check  14029 | $ 87.04 - | | $ 1,885.84 |
| 10-04 | Check  14027 | $ 28.74 - | | $ 1,857.10 |
| 10-05 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 422443 BIG S SANITATION I 724 379 4 PA SEQ # 827826101037-1683 | $ 300.00 - | | $ 1,557.10 |
| 10-05 | Check  14030 | $ 32.97 - | | $ 1,524.13 |
| 10-09 | Deposit | | $ 332.44 | $ 1,856.57 |
| 10-09 | #Card Fee SVC CHG INTRNTL TRAN | $ 0.12 - | | $ 1,856.45 |
| 10-09 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM   IATN NET  CA SEQ # 828125637354-1683 | $ 19.00 - | | $ 1,837.45 |
| 10-09 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 420847 WOODWORKINGMASTERC LASS  LONDON    XX SEQ # 828177000006-1683 | $ 15.00 - | | $ 1,822.45 |
| 10-09 | Check  14025 | $ 1,000.00 - | | $ 822.45 |
| 10-09 | Check  14000 | $ 250.00 - | | $ 572.45 |
| 10-10 | #Preauthorized Debit ALLDATA LLC PAYMENT 181009 | $ 165.85 - | | $ 406.60 |
| 10-10 | #Preauthorized Debit PROG ADVANCED INS PREM 181010 | $ 120.17 - | | $ 286.43 |
| 10-10 | Check  14032 | $ 9.35 - | | $ 277.08 |
| 10-11 | Check  14028 | $ 117.22 - | | $ 159.86 |
| 10-11 | Check  14034 | $ 74.51 - | | $ 85.35 |
| 10-11 | Check  14035 | $ 27.56 - | | $ 57.79 |
| 10-12 | Deposit | | $ 1,076.10 | $ 1,133.89 |
| 10-12 | Check  14033 | $ 136.54 - | | $ 997.35 |
| 10-12 | Check  14036 | $ 48.14 - | | $ 949.21 |
| 10-15 | Check  14037 | $ 19.90 - | | $ 929.31 |
| 10-16 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 449215 PAYPAL  YESCOMUSA 626 336 2 CA SEQ # 828828894377-1683 | $ 41.89 - | | $ 887.42 |
| 10-17 | #Preauthorized Debit PEOPLESGAS PeoplesGas 181017 | $ 64.14 - | | $ 823.28 |
| 10-18 | Check  14038 | $ 45.17 - | | $ 778.11 |