# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | **Bankruptcy No. 17-22526-GLT** |
| **Robert J. Leistner** ) | |
| **Linda A. Leistner** ) | **Chapter 13** |
| ) | |
| **Debtors** ) | |

## MONTHLY OPERATING REPORT
## NOVEMBER 2018

PAWB FORM 5 (03/12)

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: Robert J. Leistner And Linda A. Leistner
Case No.: 1722526
Month: November       Year: 2018

Gross receipts for month:        8712.04
(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ 8712.04

Business expenses paid:

| Description | Amount |
|---|---|
| Parts | 2918.63 |
| Alldata - IATN | 184.85 |
| Vehical Insurance | 110.17 |
| Sales Tax October | 591.15 |
| Office Supplies | 110.68 |
| Shop repair - Keys | 27.12 |
| Bankruptcy | 4600. |

TOTAL EXPENSES: $ 8542.60

NET PROFIT OR (LOSS) FOR MONTH: $ 169.44

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

6574    Direct Inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

1722526

00006559-MPCLST12032018039210-830N-LETTER01-000000 0

Haymaker Office
Account Number: 0000
Type: Basic Business Checking


ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

Page 1 of 3
Statement from:
November 1 to November 30, 2018

Enclosures 0

## ACCOUNT SUMMARY

| | |
|---|---|
| Previous Statement Balance | $ 7.65 |
| Deposits and Other Additions + | 6,912.04 |
| Checks Paid and Other Subtractions - | 6,458.87 |
| Ending Balance on November 30, 2018 | $ 460.82 |
| Low Balance | $ 117.83 |
| Average Ledger Balance | $ 882.06 |

DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 0000 

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 11-01 | Previous Statement Balance | | | $ 7.65 |
| 11-01 | Deposit | | $ 200.00 | $ 207.65 |
| 11-05 | Deposit | | $ 100.00 | $ 307.65 |
| 11-05 | Check 14055 | $ 121.50 - | | $ 186.15 |
| 11-05 | Check 14056 | $ 48.00 - | | $ 138.15 |
| 11-05 | Check 14054 | $ 20.32 - | | $ 117.83 |
| 11-06 | Deposit | | $ 260.00 | $ 377.83 |
| 11-06 | Deposit | | $ 100.00 | $ 477.83 |
| 11-07 | Deposit | | $ 521.00 | $ 998.83 |
| 11-08 | Check 14057 | $ 59.83 - | | $ 939.00 |
| 11-08 | Check 14058 | $ 51.95 - | | $ 887.05 |
| 11-09 | #Card Fee SVC CHG INTRNTL TRAN | $ 0.12 - | | $ 886.93 |
| 11-09 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM   IATN NET  CA SEQ # 831226637805-1683 | $ 19.00 - | | $ 867.93 |
| 11-09 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 420847 WOODWORKINGMASTERC LASS  WREXHAM   XX SEQ # 831272000006-1683 | $ 15.00 - | | $ 852.93 |
| 11-09 | Check 14059 | $ 90.55 - | | $ 762.38 |
| 11-09 | Check 14060 | $ 10.68 - | | $ 751.70 |
| 11-12 | Deposit | | $ 321.00 | $ 1,072.70 |
| 11-12 | Check 14064 | $ 91.00 - | | $ 981.70 |


15642

6574

**ROBERT J LEISTNER**
Account Number: 0000185447
Type: Basic Business Checking
*Page 2 of 3*

1722526

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 0000████

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 11-13 | #Preauthorized Debit ALLDATA LLC PAYMENT 181109 | $ 165.85 - | | $ 815.85 |
| 11-13 | Check 14063 | $ 18.89 - | | $ 796.96 |
| 11-13 | Check 14067 | $ 18.87 - | | $ 778.09 |
| 11-13 | Check 14061 | $ 6.48 - | | $ 771.61 |
| 11-14 | Check 14066 | $ 145.95 - | | $ 625.66 |
| 11-14 | #Preauthorized Debit PROG ADVANCED INS PREM 181114 | $ 110.17 - | | $ 515.49 |
| 11-14 | Check 14065 | $ 27.12 - | | $ 488.37 |
| 11-15 | Deposit | | $ 2,301.99 | $ 2,790.36 |
| 11-15 | Check 14069 | $ 79.96 - | | $ 2,710.40 |
| 11-15 | Check 14068 | $ 58.04 - | | $ 2,652.36 |
| 11-19 | Deposit | | $ 2,090.00 | $ 4,742.36 |
| 11-19 | Check 14071 | $ 2,810.00 - | | $ 1,932.36 |
| 11-19 | Check 14062 | $ 530.00 - | | $ 1,402.36 |
| 11-20 | #Preauthorized Debit COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *181031*T*0 000059115* *P* *20181120 | $ 591.15 - | | $ 811.21 |
| 11-20 | Check 14070 | $ 490.39 - | | $ 320.82 |
| 11-21 | Deposit | | $ 300.00 | $ 620.82 |
| 11-23 | Deposit | | $ 518.05 | $ 1,138.87 |
| 11-23 | #Preauthorized Debit DLX For Business BUS PROD 181123 02043869765128 | $ 110.68 - | | $ 1,028.19 |
| 11-23 | Check 14073 | $ 69.36 - | | $ 958.83 |
| 11-27 | Check 14075 | $ 281.40 - | | $ 677.43 |
| 11-27 | Check 14074 | $ 252.32 - | | $ 425.11 |
| 11-27 | Check 14076 | $ 164.29 - | | $ 260.82 |
| 11-30 | Deposit | | $ 200.00 | $ 460.82 |
| 11-30 | Ending Totals | $ 6,458.87 - | $ 6,912.04 | $ 460.82 |

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 14054 | $ 20.32 | 14057 | $ 59.83 | 14060 | $ 10.68 |
| 14055 | $ 121.50 | 14058 | $ 51.95 | 14061 | $ 6.48 |
| 14056 | $ 48.00 | 14059 | $ 90.55 | 14062 | $ 530.00 |

* Indicates Skip in Check Number

00006559-001-002-MPCLST12032018039210-830N-LETTER01-00-0-00006574

1722526

Page 3 of 3
6574

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 14063 | $ 18.89 | 14068 | $ 58.04 | 14074 | $ 252.32 |
| 14064 | $ 91.00 | 14069 | $ 79.96 | 14075 | $ 281.40 |
| 14065 | $ 27.12 | 14070 | $ 490.39 | 14076 | $ 164.29 |
| 14066 | $ 145.95 | 14071 | $ 2,810.00 | | |
| 14067 | $ 18.87 | 14073* | $ 69.36 | | |

* Indicates Skip in Check Number

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 11-09 | Card fee | 0.12 | 11-14 | Preauthorized debit | 110.17 |
| 11-09 | Check card purchase | 19.00 | 11-20 | Preauthorized debit | 591.15 |
| 11-09 | Check card purchase | 15.00 | 11-23 | Preauthorized debit | 110.68 |
| 11-13 | Preauthorized debit | 165.85 | | | |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 11-01 | Deposit | 200.00 | 11-15 | Deposit | 2,301.99 |
| 11-05 | Deposit | 100.00 | 11-19 | Deposit | 2,090.00 |
| 11-06 | Deposit | 260.00 | 11-21 | Deposit | 300.00 |
| 11-06 | Deposit | 100.00 | 11-23 | Deposit | 518.05 |
| 11-07 | Deposit | 521.00 | 11-30 | Deposit | 200.00 |
| 11-12 | Deposit | 321.00 | | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $612.00 |
| Total Returned Item Fees | $0.00 | $216.00 |



1722526

**BASIC BUSINESS CHECKING, *5447**

All transactions for the last 60 days

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 11/27/2018 | 14076 | CHECK Auto Plus Part | 164.29 | | 260.82 |
| 11/27/2018 | 14074 | CHECK AutoPlus Part | 252.32 | | 425.11 |
| 11/27/2018 | 14075 | CHECK Flynn Tire Part | 281.40 | | 677.43 |
| 11/23/2018 | 14073 | CHECK Auto Plus Part | 69.36 | | 958.83 |
| 11/23/2018 | | PREAUTHORIZED DEBIT DLX For Business BUS PROD 181123 02043869765128  deposit slip CARds | 110.68 | | 1,028.19 |
| 11/23/2018 | | DEPOSIT | | 518.05 | 1,138.87 |
| 11/21/2018 | | DEPOSIT | | 300.00 | 620.82 |
| 11/20/2018 | 14070 | CHECK Auto Plus Part | 490.39 | | 320.82 |
| 11/20/2018 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *181031*T*0 000059115* *P* *20181120 | 591.15 | | 811.21 |
| 11/19/2018 | 14062 | CHECK A & D Autowreckers Part | 530.00 | | 1,402.36 |
| 11/19/2018 | 14071 | CHECK Ninnecour Bankruptcy | 2,810.00 | | 1,932.36 |
| 11/19/2018 | | DEPOSIT | | 2,090.00 | 4,742.36 |
| 11/15/2018 | 14068 | CHECK Auto Plus Part | 58.04 | | 2,652.36 |
| 11/15/2018 | 14069 | CHECK Bowsor Part | 79.96 | | 2,710.40 |
| 11/15/2018 | | DEPOSIT | | 2,301.99 | 2,790.36 |
| 11/14/2018 | 14065 | CHECK Stanton Electric Shop repair | 27.12 | | 488.37 |
| 11/14/2018 | | PREAUTHORIZED DEBIT PROG ADVANCED INS PREM 181114 | 110.17 | | 515.49 |
| 11/14/2018 | 14066 | CHECK Sherman Williams Part | 145.95 | | 625.66 |
| 11/13/2018 | 14061 | CHECK Auto Plus Part | 6.48 | | 771.61 |
| 11/13/2018 | 14067 | CHECK Auto Plus Part | 18.87 | | 778.09 |
| 11/13/2018 | 14063 | CHECK Auto Plus Part | 18.89 | | 796.96 |
| 11/13/2018 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 181109 | 165.85 | | 815.85 |
| 11/12/2018 | 14064 | CHECK Auto Plus Part | 91.00 | | 981.70 |
| 11/12/2018 | | DEPOSIT | | 321.00 | 1,072.70 |
| 11/09/2018 | 14060 | CHECK Auto Plus Part | 10.68 | | 751.70 |
| 11/09/2018 | 14059 | CHECK AutoPlus Part | 90.55 | | 762.38 |
| 11/09/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 420847 WOODWORKINGMASTERC LASS WREXHAM XX SEQ # 831272000006 XXXXXXXXXXXX1683 | 15.00 | | 852.93 |

| Date | Check # | Description | | Amount | | Balance |
|---|---|---|---|---|---|---|
| 11/09/2018 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM IATN NET CA SEQ # 831226637805 XXXXXXXXXXXX1683 | | 19.00 | | 867.93 |
| 11/09/2018 | | CARD FEE SVC CHG INTRNTL TR AN | | 0.12 | | 886.93 |
| 11/08/2018 | 14058 | CHECK  Auto Plus | | 51.95 | | 887.05 |
| 11/08/2018 | 14057 | CHECK  Auto Plus | | 59.83 | | 939.00 |
| 11/07/2018 | | DEPOSIT | | | 521.00 | 998.83 |
| 11/06/2018 | | DEPOSIT | | | 100.00 | 477.83 |
| 11/06/2018 | | DEPOSIT | | | 260.00 | 377.83 |
| 11/05/2018 | 14054 | CHECK  Auto Plus | Part | 20.32 | | 117.83 |
| 11/05/2018 | 14056 | CHECK  Cash | Part | 48.00 | | 138.15 |
| 11/05/2018 | 14055 | CHECK  Auto Plus | Part | 121.50 | | 186.15 |
| 11/05/2018 | | DEPOSIT | | | 100.00 | 307.65 |
| 11/01/2018 | | DEPOSIT | | | 200.00 | 207.65 |
| 10/31/2018 | 14053 | CHECK | Oct | 60.22 | | 7.65 |
| 10/31/2018 | 14052 | CHECK | Oct | 109.99 | | 67.87 |
| | 14072 | Void | | | | |
| 11-26 | 14077 | Cash  Part Sticker Inspection | | 44.00 | | Stickers Inspection |
| 11-27 | 14078 | AutoPlus | Part | 206.95 | | |
| 11-29 | 14079 | AutoPlus | Part | 57.92 | | |

*172526*

• Return and Payment successfully Submitted

### Sales and Use Tax

| Business Name | Revenue ID | Account ID | Federal Employer Identification Number |
|---|---|---|---|
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 |
| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
| 11/1/2018 | 11/30/2018 | 12/20/2018 | 12/7/2018 | 12/7/2018 11:00:13 PM |
| Filed By | | Transaction ID | Return Status | Original/Amended |
| Robert Leistner | | 1318000006239535 | Complete | Original |

### Sales Tax, Use & Hotel Occupancy Tax {PA-3}

| # | | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 8712.04 | 8712.04 |
| 2 | Net Taxable Sales | 8712.04 | 8712.04 |
| 3 | Total Amount of Tax Due | 522.72 | 87.12 |
| 4 | Discount / Discount Applied | 5.23 | 0.87 |
| 5 | Net Tax Due | 517.49 | 86.25 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 517.49 | 86.25 |
| 11 | Credit / No Credits Applied | 0.00 | 0.00 |
| 12 | Amount Due | 517.49 | 86.25 |
| | Total Payment Due | | $603.74 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return