# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | **Bankruptcy No. 17-22526-GLT** |
| **Robert J. Leistner** ) | |
| **Linda A. Leistner** ) | **Chapter 13** |
| ) | |
| **Debtors** ) | |

## MONTHLY OPERATING REPORT
## FEBRUARY 2019

PA\* B FORM 5 (03/12)

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: **Robert J. Leistner and Linda A. Leistner**

Case No.: **1722524**

Month: **February**   Year: **2019**

Gross receipts for month: **4481.00**
(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ **4481.00**

Business expenses paid:

| Description | Amount |
|---|---|
| Parts | 417.78 |
| Telephone | 282.58 |
| Alldata and IATN | 184.97 |
| Sales tax January | 532.07 |
| Postage | 26.45 |
| Bankruptcy | 3650.00 |
| Cable Home | 265.35 |

TOTAL EXPENSES: $ **5359.20**

NET PROFIT OR (LOSS) FOR MONTH: $ **-878.20**

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

*172526*

## BASIC BUSINESS CHECKING, *5447

All completed transactions from 02/01/2019 to 02/28/2019

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 02/27/2019 | 14134 | CHECK  Auto Plus Part | 81.59 | | 146.79 |
| 02/21/2019 | 14133 | CHECK  Auto Plus Part | 157.50 | | 228.38 |
| 02/20/2019 | 14131 | CHECK  Auto Plus Part | 71.62 | | 385.88 |
| 02/20/2019 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *190131*T*0 000053207* *P* *20190220 | 532.07 | | 457.50 |
| 02/19/2019 | 14130 | CHECK  Bankrupcy | 500.00 | | 989.57 |
| 02/19/2019 | | DEPOSIT | | 131.68 | 1,489.57 |
| 02/19/2019 | | DEPOSIT | | 600.00 | 1,357.89 |
| 02/15/2019 | 14129 | CHECK  PPI Part | 89.95 | | 757.89 |
| 02/14/2019 | | DEPOSIT | | 600.00 | 847.84 |
| 02/12/2019 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 190211 | 165.85 | | 247.84 |
| 02/11/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 420847 WOODWORKINGMASTERC LASS WREXHAM XX SEQ # 903975000007 XXXXXXXXXXXX1683 | 15.00 | | 413.69 |
| 02/11/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM IATN NET MN SEQ # 903924637084 XXXXXXXXXXXX1683 | 19.00 | | 428.69 |
| 02/11/2019 | | CARD FEE SVC CHG INTRNTL TR AN | 0.12 | | 447.69 |
| 02/08/2019 | | PREAUTHORIZED DEBIT COMCAST CABLE 190208 | 265.35 | | 447.81 |
| 02/06/2019 | 14127 | CHECK  January | 10.00 | | 713.16 |

1 of 2 3/6/2019, 2:20 AM

| Date | Check # | Description | Amount | Balance |
|---|---|---|---|---|
| 02/06/2019 | 14128 | CHECK Rohrich Part | 17.12 | 723.16 |
| 02/04/2019 | | PREAUTHORIZED DEBIT BILLMATRIX BILLPAYFEE 190204 | 3.50 | 740.28 |
| 02/04/2019 | | PREAUTHORIZED DEBIT FIS*VERIZON BILL PAY 190204 | 279.08 | 743.78 |
| 02/01/2019 | 14125 | CHECK January | 96.67 | 1,022.86 |

14132 Void

1722 526



1722526

Haymaker Office
Account Number:
Type: **Basic Business Checking**

ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

Page 1 of 3
Statement from:
February 1 to February 28, 2019

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 1,119.53 |
| Deposits and Other Additions | + | 1,331.68 |
| Checks Paid and Other Subtractions | − | 2,304.42 |
| Ending Balance on February 28, 2019 | | $ 146.79 |
| Low Balance | | $ 146.79 |
| Average Ledger Balance | | $ 540.96 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 0000

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 02-01 | Previous Statement Balance | | | $ 1,119.53 |
| 02-01 | Check 14125 | $ 96.67 | − | $ 1,022.86 |
| 02-04 | #Preauthorized Debit<br>FIS*VERIZON BILL PAY<br>190204 | $ 279.08 | − | $ 743.78 |
| 02-04 | #Preauthorized Debit<br>BILLMATRIX BILLPAYFEE<br>190204 | $ 3.50 | − | $ 740.28 |
| 02-06 | Check 14128 | $ 17.12 | − | $ 723.16 |
| 02-06 | Check 14127 | $ 10.00 | − | $ 713.16 |
| 02-08 | #Preauthorized Debit<br>COMCAST CABLE<br>190208 | $ 265.35 | − | $ 447.81 |
| 02-11 | #Card Fee<br>SVC CHG INTRNTL TRAN | $ 0.12 | − | $ 447.69 |
| 02-11 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM   IATN NET  MN SEQ # 903924637084-1683 | $ 19.00 | − | $ 428.69 |
| 02-11 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 420847 WOODWORKINGMASTERC LASS  WREXHAM   XX SEQ # 903975000007-1683 | $ 15.00 | − | $ 413.69 |
| 02-12 | #Preauthorized Debit<br>ALLDATA LLC PAYMENT<br>190211 | $ 165.85 | − | $ 247.84 |

15642



**S&T Bank**
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

1722526

ROBERT J LEISTNER
Account Number: 0000...
Type: Basic Business Checking
Page 2 of 3

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| | | | | $ 847.84 |
| 02-14 | Deposit | | $ 600.00 | |
| 02-15 | Check 14129 | $ 89.95 | - | $ 757.89 |
| 02-19 | Deposit | | $ 600.00 | $ 1,357.89 |
| 02-19 | Deposit | | $ 131.68 | $ 1,489.57 |
| 02-19 | Check 14130 | $ 500.00 | - | $ 989.57 |
| 02-20 | #Preauthorized Debit COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *190131*T*0 000053207* *P* *20190220 | $ 532.07 | - | $ 457.50 |
| 02-20 | Check 14131 | $ 71.62 | - | $ 385.88 |
| 02-21 | Check 14133 | $ 157.50 | - | $ 228.38 |
| 02-27 | Check 14134 | $ 81.59 | - | $ 146.79 |
| 02-28 | Ending Totals | $ 2,304.42 | $ 1,331.68 | $ 146.79 |

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 14125 | $ 96.67 | 14129 | $ 89.95 | 14133 * | $ 157.50 |
| 14127 * | $ 10.00 | 14130 | $ 500.00 | 14134 | $ 81.59 |
| 14128 | $ 17.12 | 14131 | $ 71.62 | | |

* Indicates Skip in Check Number

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 02-04 | Preauthorized debit | 279.08 | 02-11 | Check card purchase | 19.00 |
| 02-04 | Preauthorized debit | 3.50 | 02-11 | Check card purchase | 15.00 |
| 02-08 | Preauthorized debit | 265.35 | 02-12 | Preauthorized debit | 165.85 |
| 02-11 | Card fee | 0.12 | 02-20 | Preauthorized debit | 532.07 |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 02-14 | Deposit | 600.00 | 02-19 | Deposit | 131.68 |
| 02-19 | Deposit | 600.00 | | | |



Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

Page 3 of 3

1722526

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

- Return and Payment successfully Submitted

1722526

## Sales, Use, and Hotel Occupancy Tax

| Business Name | Revenue ID | Account ID | Federal Employer Identification Number |
|---|---|---|---|
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 |

| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
|---|---|---|---|---|
| 2/1/2019 | 2/28/2019 | 3/20/2019 | 3/7/2019 | 3/7/2019 2:21:55 PM |

| Filed By | Transaction ID | Return Status | Original/Amended |
|---|---|---|---|
| Robert Leistner | 1319000001612254 | Complete | Original |

### Sales, Use, and Hotel Occupancy Tax {PA-3}

|    |    | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 4481.00 | 4481.00 |
| 2 | Net Taxable Sales | 4481.00 | 4481.00 |
| 3 | Total Amount of Tax Due | 268.86 | 44.81 |
| 4 | Discount — Discount Applied. | 2.69 | 0.45 |
| 5 | Net Tax Due | 266.17 | 44.36 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 266.17 | 44.36 |
| 11 | Credit — No Credits Applied. | 0.00 | 0.00 |
| 12 | Amount Due | 266.17 | 44.36 |
|    | Total Payment Due |    | $310.53 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return