# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | ) | |
|---|---|---|
| | ) | **Bankruptcy No. 17-22526-GLT** |
| **Robert J. Leistner** | ) | |
| **Linda A. Leistner** | ) | **Chapter 13** |
| | ) | |
| **Debtors** | ) | |

## MONTHLY OPERATING REPORT
## MARCH  2019

PAWB FORM 5  (03/12)

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name  Robert J. Leistner And Linda A. Leistner

Case No.  1722526

Month  March                          Year  2019

Gross receipts for month:                    9033.74
(If more than one source, list each)

TOTAL GROSS RECEIPTS:  $  9033.74

Business expenses paid:

| Description | Amount |
| --- | --- |
| Parts | 3356.77 |
| Alldata - IATN | 184.65 |
| Duquesne Light | 278.65 |
| Peoples Gas | 594.34 |
| Truck Insurance | 120.63 |
| Sales Tax February | 310.53 |
| PADot Drivers license | 100.00 |
| Howard Oil  Home | 420.00 |
| Comcast  Home | 284.05 |
| tool | 49.00 |
| Bankruptcy | 3200.00 |

TOTAL EXPENSES:  $  8798.62

NET PROFIT OR (LOSS) FOR MONTH:  $  235.12

Reports for each month are due by the 15th day of the following month and should be mailed to:

Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED



Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.525.2265
stbank.com



*1722526*

**Haymaker Office**

Account Number:

Type: **Basic Business Checking**

ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

*Page 1 of 4*
*Statement from:*
**March 1 to March 29, 2019**

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 146.79 |
| Deposits and Other Additions | + | 6,233.74 |
| Checks Paid and Other Subtractions | - | 5,701.19 |
| Ending Balance on March 29, 2019 | | $ 679.34 |
| Low Balance | | $ 146.79 |
| Average Ledger Balance | | $ 1,025.04 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 03-01 | Previous Statement Balance | | | $ 146.79 |
| 03-05 | Deposit | | $ 200.00 | $ 346.79 |
| 03-07 | Deposit | | $ 580.45 | $ 927.24 |
| 03-07 | Check 14136 | $ 56.08 - | | $ 871.16 |
| 03-07 | Check 14137 | $ 36.08 - | | $ 835.08 |
| 03-08 | Deposit | | $ 1,550.00 | $ 2,385.08 |
| 03-11 | Deposit | | $ 1,055.86 | $ 3,440.94 |
| 03-11 | #Card Fee | $ 0.12 - | | $ 3,440.82 |
| | SVC CHG INTRNTL TRAN | | | |
| 03-11 | #Check Card Purchase | $ 19.00 - | | $ 3,421.82 |
| | MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM IATN NET MN SEQ # 906720637341-1683 | | | |
| 03-11 | #Check Card Purchase | $ 15.00 - | | $ 3,406.82 |
| | MERCHANT PURCHASE TERMINAL 420847 WOODWORKINGMASTERC LASS WREXHAM XX SEQ # 906776000007-1683 | | | |
| 03-11 | #Preauthorized *Debit* | $ 284.05 - | | $ 3,122.77 |
| | COMCAST CABLE | | | |
| | 190311 | | | |
| 03-11 | #Preauthorized Debit | $ 278.65 - | | $ 2,844.12 |
| | WU DuquesneLight WU Duquesn | | | |
| | 190311 | | | |
| 03-11 | Check 14139 | $ 214.58 - | | $ 2,629.54 |

15642



**S&T Bank** MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

ROBERT J LEISTNER
Account Number:
Type: **Basic Business Checking**
Page 2 of 4

*1722526*



## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| | | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 03-12 | #Preauthorized Debit | $ 594.34  - | | $ 2,035.20 |
| | PEOPLESGAS PeoplesGas | | | |
| | 190312 | | | |
| 03-12 | Check  14140 | $ 285.17  - | | $ 1,750.03 |
| 03-12 | #Preauthorized Debit | $ 165.85  - | | $ 1,584.18 |
| | ALLDATA LLC PAYMENT | | | |
| | 190311 | | | |
| 03-12 | #Preauthorized Debit | $ 120.83  - | | $ 1,463.35 |
| | PROG ADVANCED INS PREM | | | |
| | 190312 | | | |
| 03-12 | Check  14141 | $ 119.95  - | | $ 1,343.40 |
| 03-13 | Check  14142 | $ 4.49  - | | $ 1,338.91 |
| 03-14 | Check  14135 | $ 420.00  - | | $ 918.91 |
| 03-14 | Check  14148 | $ 89.95  - | | $ 828.96 |
| 03-15 | Check  14145 | $ 381.91  - | | $ 447.05 |
| 03-15 | Check  14144 | $ 93.63  - | | $ 353.42 |
| 03-15 | Check  14147 | $ 33.86  - | | $ 319.56 |
| 03-15 | Check  14143 | $ 10.84  - | | $ 308.72 |
| 03-18 | Deposit | | $ 1,280.00 | $ 1,588.72 |
| 03-18 | Check  14149 | $ 215.56  - | | $ 1,373.16 |
| 03-18 | Check  14151 | $ 87.28  - | | $ 1,285.88 |
| 03-19 | Check  14146 | $ 89.95  - | | $ 1,195.93 |
| 03-19 | Check  14150 | $ 60.50  - | | $ 1,135.43 |
| 03-20 | #Check Card Purchase | $ 100.00  - | | $ 1,035.43 |
| | MERCHANT PURCHASE TERMINAL 401339 INTOXALOCK intoxaloc IA SEQ # 907826002563-1683 | | | |
| 03-20 | #Preauthorized Debit | $ 310.53  - | | $ 724.90 |
| | COMMWLTHOFPA INT PASTSALETX | | | |
| | TXP*82440266 *1052 *19022B*T*0 | | | |
| | 000031053* *P* *20190320 | | | |
| 03-20 | Check  14154 | $ 144.44  - | | $ 580.46 |
| 03-20 | Check  14156 | $ 94.00  - | | $ 486.46 |
| 03-20 | Check  14152 | $ 87.92  - | | $ 398.54 |
| 03-21 | Deposit | | $ 300.00 | $ 698.54 |
| 03-21 | Check  14157 | $ 40.16  - | | $ 658.38 |
| 03-22 | Deposit | | $ 900.63 | $ 1,559.01 |
| 03-25 | Check  14159 | $ 98.08  - | | $ 1,460.93 |
| 03-25 | Check  14158 | $ 89.78  - | | $ 1,371.15 |
| 03-26 | #Check Card Purchase | $ 36.30  - | | $ 1,334.85 |
| | MERCHANT PURCHASE TERMINAL 444500 SUMMIT RACING MAIL ORDER800 230 3 OH SEQ # 908527600044-1683 | | | |
| 03-26 | Check  14155 | $ 239.85  - | | $ 1,095.00 |
| 03-26 | Check  14160 | $ 90.00  - | | $ 1,005.00 |



Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

*1722526*

*Page 3 of 4*

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| | | | | $ 920.00 |
| 03-26 | Check 14162 | $ 85.00 - | | $ 862.91 |
| 03-26 | Check 14161 | $ 57.09 - | | |
| 03-27 | Deposit | | $ 366.80 | $ 1,229.71 |
| | | | | $ 1,129.71 |
| 03-28 | Check 14165 | $ 100.00 - | | $ 1,108.33 |
| 03-28 | Check 14167 | $ 21.38 - | | $ 1,089.79 |
| 03-28 | Check 14166 | $ 18.54 - | | $ 689.79 |
| 03-29 | Check 14153 | $ 400.00 - | | $ 679.34 |
| 03-29 | Check 14168 | $ 10.45 - | | $ 679.34 |
| 03-29 | Ending Totals | $ 5,701.19 - | $ 6,233.74 | $ 679.34 |

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 14135 | $ 420.00 | 14147 | $ 33.86 | 14158 | $ 89.78 |
| 14136 | $ 56.08 | 14148 | $ 89.95 | 14159 | $ 98.08 |
| 14137 | $ 36.08 | 14149 | $ 215.56 | 14160 | $ 90.00 |
| 14139 * | $ 214.58 | 14150 | $ 60.50 | 14161 | $ 57.09 |
| 14140 | $ 285.17 | 14151 | $ 87.28 | 14162 | $ 85.00 |
| 14141 | $ 119.95 | 14152 | $ 87.92 | 14165 * | $ 100.00 |
| 14142 | $ 4.49 | 14153 | $ 400.00 | 14166 | $ 18.54 |
| 14143 | $ 10.84 | 14154 | $ 144.44 | 14167 | $ 21.38 |
| 14144 | $ 93.63 | 14155 | $ 239.85 | 14168 | $ 10.45 |
| 14145 | $ 381.91 | 14156 | $ 94.00 | | |
| 14146 | $ 89.95 | 14157 | $ 40.16 | | |

*Indicates Skip in Check Number*

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 03-11 | Card fee | 0.12 | 03-12 | Preauthorized debit | 165.85 |
| 03-11 | Check card purchase | 19.00 | 03-12 | Preauthorized debit | 120.83 |
| 03-11 | Check card purchase | 15.00 | 03-20 | Check card purchase | 100.00 |
| 03-11 | Preauthorized debit | 284.05 | 03-20 | Preauthorized debit | 310.53 |
| 03-11 | Preauthorized debit | 278.65 | 03-26 | Check card purchase | 36.30 |
| 03-12 | Preauthorized debit | 594.34 | | | |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 03-05 | Deposit | 200.00 | 03-18 | Deposit | 1,280.00 |
| 03-07 | Deposit | 580.45 | 03-21 | Deposit | 300.00 |
| 03-08 | Deposit | 1,550.00 | 03-22 | Deposit | 900.63 |
| 03-11 | Deposit | 1,055.86 | 03-27 | Deposit | 366.80 |



Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

**ROBERT J LEISTNER**

Account Number: ▬▬▬▬

Type: **Basic Business Checking**

*Page 4 of 4*

*1722526*

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

ccount Activity

*1722526* (handwritten)

TXP*82440266 *1052 *190228*T*0
000031053* *P* *20190320   *Sales tax* (handwritten)

| Date | Check # | Description | | Amount | Deposit | Balance |
|---|---|---|---|---|---|---|
| 03/20/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 401339 INTOXALOCK intoxaloc IA SEQ # 907826002563 XXXXXXXXXXXX1683  *Drivers license* (handwritten) | | 100.00 | | 1,035.43 |
| 03/19/2019 | 14150 | CHECK *AutoPlus* (handwritten) | *Part* (handwritten) | 60.50 | | 1,135.43 |
| 03/19/2019 | 14146 | CHECK *AutoPlus* (handwritten) | *Part* (handwritten) | 89.95 | | 1,195.93 |
| 03/18/2019 | 14151 | CHECK *PPI* (handwritten) | *Part* (handwritten) | 87.28 | | 1,285.88 |
| 03/18/2019 | 14149 | CHECK *Flynn Tire* (handwritten) | *Part* (handwritten) | 215.56 | | 1,373.16 |
| 03/18/2019 | | DEPOSIT | | | 1,280.00 | 1,588.72 |
| 03/15/2019 | 14143 | CHECK *AutoPlus* (handwritten) | *Part* (handwritten) | 10.84 | | 308.72 |
| 03/15/2019 | 14147 | CHECK *AutoPlus* (handwritten) | *Part* (handwritten) | 33.86 | | 319.56 |
| 03/15/2019 | 14144 | CHECK *Rohrich* (handwritten) | *Part* (handwritten) | 93.63 | | 353.42 |
| 03/15/2019 | 14145 | CHECK *Rohrich* (handwritten) | *Part* (handwritten) | 381.91 | | 447.05 |
| 03/14/2019 | 14148 | CHECK *PPI* (handwritten) | *Part* (handwritten) | 89.95 | | 828.96 |
| 03/14/2019 | 14135 | CHECK *Howard Oil* (handwritten) | *Home* (handwritten) | 420.00 | | 918.91 |
| 03/13/2019 | 14142 | CHECK *Flynn Tire* (handwritten) | *Part* (handwritten) | 4.49 | | 1,338.91 |
| 03/12/2019 | 14141 | CHECK *AutoPlus* (handwritten) | *Part* (handwritten) | 119.95 | | 1,343.40 |
| 03/12/2019 | | PREAUTHORIZED DEBIT PROG ADVANCED INS PREM 190312 | | 120.83 | | 1,463.35 |
| 03/12/2019 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 190311 | | 165.85 | | 1,584.18 |
| 03/12/2019 | 14140 | CHECK *AutoPlus* (handwritten) | *Part* (handwritten) | 285.17 | | 1,750.03 |
| 03/12/2019 | | PREAUTHORIZED DEBIT PEOPLESGAS PeoplesGas 190312 | | 594.34 | | 2,035.20 |
| 03/11/2019 | 14139 | CHECK *Flynn Tire* (handwritten) | *Part* (handwritten) | 214.58 | | 2,629.54 |
| 03/11/2019 | | PREAUTHORIZED DEBIT WU DuquesneLight WU Duquesn 190311 | | 278.65 | | 2,844.12 |

4/2/2019, 4:36 PM

ccount Activity    *1722526*    https://ibbgc.banking-services.com/co/ClassicMain.net/Acco...

| Date | Check | Description | Amount | | Balance |
|------|-------|-------------|--------|---|---------|
| 03/11/2019 | | PREAUTHORIZED DEBIT COMCAST CABLE 190311   *home* | 284.05 | | 3,122.77 |
| 03/11/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 420847 WOODWORKINGMASTERC LASS WREXHAM XX SEQ # 906776000007 XXXXXXXXXXXX1683 | 15.00 | | 3,406.82 |
| 03/11/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM IATN NET MN SEQ # 906720637341 XXXXXXXXXXXX1683   *Computer* | 19.00 | | 3,421.82 |
| 03/11/2019 | | CARD FEE SVC CHG INTRNTL TR AN | 0.12 | | 3,440.82 |
| 03/11/2019 | | DEPOSIT | | 1,055.86 | 3,440.94 |
| 03/08/2019 | | DEPOSIT | | 1,550.00 | 2,385.08 |
| 03/07/2019 | 14137 | CHECK *Rohrich        Part* | 36.08 | | 835.08 |
| 03/07/2019 | 14136 | CHECK *AutoPlus       Part* | 56.08 | | 871.16 |
| 03/07/2019 | | DEPOSIT | | 580.45 | 927.24 |
| 03/05/2019 | | DEPOSIT | | 200.00 | 346.79 |

|      | 14138 | Void |      |        |   |
| 3-26 | 14163 | Flynn Tire | Part | 77.25  | — |
| 3-26 | 14164 | InterState Battery | Part | 121.95 | — |
| 3-27 | 14169 | McTool | Tool | 49.00 |   |
| 3-28 | 14170 | Auto Plus | Part | 164.75 | — |

4/2/2019, 4:36 PM

*1722526*

## BASIC BUSINESS CHECKING, *5447

**All completed transactions from 03/01/2019 to 03/31/2019**

| Date | Number | Description | Withdrawals | Deposits | Balance |
|------|--------|-------------|-------------|----------|---------|
| 03/29/2019 | 14168 | CHECK AutoPlus Part | 10.45 | | 679.34 |
| 03/29/2019 | 14153 | CASHED CHECK Bankruptcy | 400.00 | | 689.79 |
| 03/28/2019 | 14166 | CHECK AutoPlus Part | 18.54 | | 1,089.79 |
| 03/28/2019 | 14167 | CHECK Auto Zone Part | 21.38 | | 1,108.33 |
| 03/28/2019 | 14165 | CHECK Auto Zone Part | 100.00 | | 1,129.71 |
| 03/27/2019 | | DEPOSIT | | 366.80 | 1,229.71 |
| 03/26/2019 | 14161 | CHECK AutoPlus Part | 57.09 | | 862.91 |
| 03/26/2019 | 14162 | CHECK A&D AutoWreckers Part | 85.00 | | 920.00 |
| 03/26/2019 | 14160 | CHECK A&D Autowreckers Part | 90.00 | | 1,005.00 |
| 03/26/2019 | 14155 | CHECK Auto Plus Part | 239.85 | | 1,095.00 |
| 03/26/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 444500 SUMMIT RACING MAIL ORDER800 230 3 OH SEQ # 908527600044 XXXXXXXXXXXX1683 Part | 36.30 | | 1,334.85 |
| 03/25/2019 | 14158 | CHECK AutoPlus Part | 89.78 | | 1,371.15 |
| 03/25/2019 | 14159 | CHECK Auto Zone Part | 98.08 | | 1,460.93 |
| 03/22/2019 | | DEPOSIT | | 900.63 | 1,559.01 |
| 03/21/2019 | 14157 | CHECK AutoPlus Part | 40.16 | | 658.38 |
| 03/21/2019 | | DEPOSIT | | 300.00 | 698.54 |
| 03/20/2019 | 14152 | CHECK PPI Part | 87.92 | | 398.54 |
| 03/20/2019 | 14156 | CHECK 1-800-Radiator Part | 94.00 | | 486.46 |
| 03/20/2019 | 14154 | CHECK Auto Zone Part | 144.44 | | 580.46 |
| 03/20/2019 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX | 310.53 | | 724.90 |

DES Pennsylvania Business Tax System

*1722526*

* Return and Payment successfully Submitted

| Sales, Use, and Hotel Occupancy Tax | | | |
|---|---|---|---|
| Business Name | Revenue ID | Account ID | Federal Employer Identification Number |
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 |
| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
| 3/1/2019 | 3/31/2019 | 4/22/2019 | 4/3/2019 | 4/3/2019 4:21:15 PM |
| Filed By | | Transaction ID | Return Status | Original/Amended |
| Robert Leistner | | 1319000001994270 | Complete | Original |

## Sales, Use, and Hotel Occupancy Tax {PA-3}

| | | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 9033.74 | 9033.74 |
| 2 | Net Taxable Sales | 9033.74 | 9033.74 |
| 3 | Total Amount of Tax Due | 542.02 | 90.34 |
| 4 | Discount  Discount Applied. | 5.42 | 0.90 |
| 5 | Net Tax Due | 536.60 | 89.44 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 536.60 | 89.44 |
| 11 | Credit  No Credits Applied. | 0.00 | 0.00 |
| 12 | Amount Due | 536.60 | 89.44 |
| | Total Payment Due | | $626.04 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return

4/3/2019, 4:21 PM