# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 17-22526-GLT |
| Robert J. Leistner ) | |
| Linda A. Leistner ) | Chapter 13 |
| ) | |
| **Debtors** ) | |

## MONTHLY OPERATING REPORT
## APRIL   2019

PAWB FORM 5 (03/12)

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name  Robert J. Leistner And Linda A. Leistner

Case No.  1722526

M  April                              Year  2019

Gross receipts for month:           # 6046.90
(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ 6046.90

Business expenses paid:

| Description | Amount |
|---|---|
| Parts | 1048.56 |
| Alldata / IATN | 204.85 |
| Bigs Sanitation | 150.00 |
| Verizon | 279.00 |
| Comcast | 303.21 |
| Gas | 161.18 |
| Car Insurance | 110.83 |
| Sales Tax March | 626.04 |
| Bankruptcy | 2700.00 |
| Windows | 30.00 |
| Paint | 30.94 |
| Accountant | 150.00 |

TOTAL EXPENSES: $ 5794.61

NET PROFIT OR (LOSS) FOR MONTH: $ 252.29

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

1722526

- Return and Payment successfully Submitted

### Sales, Use, and Hotel Occupancy Tax

| Business Name | Revenue ID | Account ID | Federal Employer Identification Number |
|---|---|---|---|
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 |

| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
|---|---|---|---|---|
| 4/1/2019 | 4/30/2019 | 5/20/2019 | 5/4/2019 | 5/4/2019 1:52:52 PM |

| Filed By | Transaction ID | Return Status | Original/Amended |
|---|---|---|---|
| Robert Leistner | 1319000002763498 | Complete | Original |

### Sales, Use, and Hotel Occupancy Tax {PA-3}

| | | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 6046.90 | 6046.90 |
| 2 | Net Taxable Sales | 6046.90 | 6046.90 |
| 3 | Total Amount of Tax Due | 362.81 | 60.47 |
| 4 | Discount <br> Discount Applied. | 3.63 | 0.60 |
| 5 | Net Tax Due | 359.18 | 59.87 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 359.18 | 59.87 |
| 11 | Credit <br> No Credits Applied. | 0.00 | 0.00 |
| 12 | Amount Due | 359.18 | 59.87 |
| | Total Payment Due | | $419.05 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return



Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

*1722526*

Haymaker Office
Account Number: 
Type: **Basic Business Checking**

ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

Page 1 of 3
Statement from:
**March 30 to April 30, 2019**

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 679.34 |
| Deposits and Other Additions | + | 6,046.90 |
| Checks Paid and Other Subtractions | − | 6,464.35 |
| Ending Balance on April 30, 2019 | | $ 261.89 |
| Low Balance | | $ 107.53 |
| Average Ledger Balance | | $ 935.30 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER 

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| | | | | $ 679.34 |
| 03-30 | Previous Statement Balance | | | |
| 04-01 | Check 14170 | $ 164.75 − | | $ 514.59 |
| 04-01 | Check 14164 | $ 121.95 − | | $ 392.64 |
| 04-01 | Check 14163 | $ 77.25 − | | $ 315.39 |
| 04-02 | Check 14172 | $ 100.58 − | | $ 214.81 |
| 04-04 | Check 14169 | $ 49.00 − | | $ 165.81 |
| 04-05 | Deposit | | $ 400.00 | $ 565.81 |
| 04-08 | Deposit | | $ 2,000.00 | $ 2,565.81 |
| 04-08 | #Preauthorized Debit<br>COMCAST CABLE<br>190408 | $ 303.21 − | | $ 2,262.60 |
| 04-09 | #Card Fee<br>SVC CHG INTRNTL TRAN | $ 0.12 − | | $ 2,262.48 |
| 04-09 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 401339 BIGS SANITATION BELLE VER PA SEQ # 909825001091-1683 | $ 150.00 − | | $ 2,112.48 |
| 04-09 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM  IATN NET  MN SEQ # 909824637731-1683 | $ 19.00 − | | $ 2,093.48 |
| 04-09 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 420847 WOODWORKINGMASTERC LASS  WREXHAM  XX SEQ # 909870000008-1683 | $ 15.00 − | | $ 2,078.48 |
| 04-09 | #Preauthorized Debit<br>VERIZON VZ BillPay<br>190409 | $ 279.00 − | | $ 1,799.48 |

15642



S&T Bank
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

*1722526*

**ROBERT J LEISTNER**
Account Number: ███
Type: Basic Business Checking
Page 2 of 3

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: ███

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| | | | | $1,638.30 |
| 04-09 | #Preauthorized Debit PEOPLESGAS PeoplesGas 190409 | $161.18 | | $1,492.99 |
| 04-09 | Check 14174 | $145.31 | | $1,382.16 |
| 04-09 | #Preauthorized Debit PROG ADVANCED INS PREM 190409 | $110.83 | | $1,340.32 |
| 04-09 | Check 14173 | $41.84 | | $1,298.27 |
| 04-10 | #Check Card Purchase MERCHANT PURCHASE TERMINAL 770446 KUHN'S BEULAH ROAD TURTLE CR PA SEQ # 909916903596-1683 | $42.05 | | $1,132.42 |
| 04-10 | #Preauthorized Debit ALLDATA LLC PAYMENT 190409 | $165.85 | | $1,112.42 |
| 04-10 | Check 14175 | $20.00 | | $944.42 |
| 04-11 | Check 14176 | $168.00 | | $1,952.82 |
| 04-12 | Deposit | | $1,008.40 | $1,847.82 |
| 04-12 | Check 14177 | $105.00 | | $547.82 |
| 04-15 | Check 14179 | $1,300.00 | | $508.32 |
| 04-15 | Check 14180 | $39.50 | | $486.67 |
| 04-15 | Check 14178 | $21.65 | | $425.69 |
| 04-16 | Check 14182 | $60.98 | | $275.69 |
| 04-17 | Check 14171 | $150.00 | | $220.28 |
| 04-17 | Check 14181 | $55.41 | | $107.53 |
| 04-18 | Check 14184 | $112.75 | | $1,178.53 |
| 04-19 | Deposit | | $1,071.00 | $552.49 |
| 04-22 | #Preauthorized Debit COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *190331*T*0 000062604* *P* *20190422 | $626.04 | | $521.55 |
| 04-22 | Check 14185 | $30.94 | | $504.46 |
| 04-24 | Check 14186 | $17.09 | | $407.47 |
| 04-25 | Check 14187 | $96.99 | | $1,969.97 |
| 04-26 | Deposit | | $1,562.50 | $1,886.89 |
| 04-29 | Check 14190 | $83.08 | | $1,856.89 |
| 04-29 | Check 14188 | $30.00 | | $1,861.89 |
| 04-30 | Deposit | | $5.00 | $261.89 |
| 04-30 | Check 14183 | $1,600.00 | | $261.89 |
| 04-30 | Ending Totals | $6,464.35 | $6,046.90 | |



Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

*172526*

Page 3 of 3

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 14163 | $ 77.25 | 14175 | $ 20.00 | 14183 | $ 1,600.00 |
| 14164 | $ 121.95 | 14176 | $ 168.00 | 14184 | $ 112.75 |
| 14169 * | $ 49.00 | 14177 | $ 105.00 | 14185 | $ 30.94 |
| 14170 | $ 164.75 | 14178 | $ 21.65 | 14186 | $ 17.09 |
| 14171 | $ 150.00 | 14179 | $ 1,300.00 | 14187 | $ 96.99 |
| 14172 | $ 100.58 | 14180 | $ 39.50 | 14188 | $ 30.00 |
| 14173 | $ 41.84 | 14181 | $ 55.41 | 14190 * | $ 83.08 |
| 14174 | $ 145.31 | 14182 | $ 60.98 | | |

* Indicates Skip in Check Number

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 04-08 | Preauthorized debit | 303.21 | 04-09 | Preauthorized debit | 161.18 |
| 04-09 | Card fee | 0.12 | 04-09 | Preauthorized debit | 110.83 |
| 04-09 | Check card purchase | 150.00 | 04-10 | Check card purchase | 42.05 |
| 04-09 | Check card purchase | 19.00 | 04-10 | Preauthorized debit | 165.85 |
| 04-09 | Check card purchase | 15.00 | 04-22 | Preauthorized debit | 626.04 |
| 04-09 | Preauthorized debit | 279.00 | | | |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 04-05 | Deposit | 400.00 | 04-19 | Deposit | 1,071.00 |
| 04-08 | Deposit | 2,000.00 | 04-26 | Deposit | 1,562.50 |
| 04-12 | Deposit | 1,008.40 | 04-30 | Deposit | 5.00 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

| Date | Check # | Description | Amount | Balance |
|---|---|---|---|---|
| 04/10/2019 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 190409 | 165.85 | 1,132.42 |
| 04/10/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 770446 KUHN'S BEULAH ROAD TURTLE CR PA SEQ # 909916903596 XXXXXXXXXXXX1683 | 42.05 | 1,298.27 |
| 04/09/2019 | 14173 | CHECK  *AutoPlus Parr* | 41.84 | 1,340.32 |
| 04/09/2019 | | PREAUTHORIZED DEBIT PROG ADVANCED INS PREM 190409 | 110.83 | 1,382.16 |
| 04/09/2019 | 14174 | CHECK  *Duquesne light* | 145.31 | 1,492.99 |
| 04/09/2019 | | PREAUTHORIZED DEBIT PEOPLESGAS PeoplesGas 190409 | 161.18 | 1,638.30 |
| 04/09/2019 | | PREAUTHORIZED DEBIT VERIZON VZ BillPay 190409 | 279.00 | 1,799.48 |
| 04/09/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 420847 WOODWORKINGMASTERC LASS WREXHAM XX SEQ # 909870000008 XXXXXXXXXXXX1683 | 15.00 | 2,078.48 |
| 04/09/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM IATN NET MN SEQ # 909824637731 XXXXXXXXXXXX1683 | 19.00 | 2,093.48 |
| 04/09/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 401339 BIGS SANITATION BELLE VER PA SEQ # 909825001091 XXXXXXXXXXXX1683 | 150.00 | 2,112.48 |
| 04/09/2019 | | CARD FEE SVC CHG INTRNTL TR AN | 0.12 | 2,262.48 |
| 04/08/2019 | | PREAUTHORIZED DEBIT COMCAST CABLE 190408 | 303.21 | 2,262.60 |
| 04/08/2019 | | DEPOSIT | 2,000.00 | 2,565.81 |
| 04/05/2019 | | DEPOSIT | 400.00 | 565.81 |
| 04/04/2019 | 14169 | CHECK  *March* | 49.00 | 165.81 |

5/4/2019, 12:57 PM

Account Activity

1722526

## BASIC BUSINESS CHECKING, *5447

All completed transactions from 04/01/2019 to 04/30/2019

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 04/30/2019 | 14183 | CASHED CHECK  Bankruptcy | 1,600.00 | | 261.89 |
| 04/30/2019 | | DEPOSIT | | 5.00 | 1,861.89 |
| 04/29/2019 | 14188 | CHECK  Windows | 30.00 | | 1,856.89 |
| 04/29/2019 | 14190 | CHECK  ~~Windows~~ PPI Part | 83.08 | | 1,886.89 |
| 04/26/2019 | | DEPOSIT | | 1,562.50 | 1,969.97 |
| 04/25/2019 | 14187 | CHECK  Auto Zone  Part | 96.99 | | 407.47 |
| 04/24/2019 | 14186 | CHECK  Auto Plus  Part | 17.09 | | 504.46 |
| 04/22/2019 | 14185 | CHECK  Sherwin Williams Paint | 30.94 | | 521.55 |
| 04/22/2019 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *190331*T*0 000062604* *P* *20190422 | 626.04 | | 552.49 |
| 04/19/2019 | | DEPOSIT | | 1,071.00 | 1,178.53 |
| 04/18/2019 | 14184 | CHECK  Auto Plus  Part | 112.75 | | 107.53 |
| 04/17/2019 | 14181 | CHECK  Auto Plus  Part | 55.41 | | 220.28 |
| 04/17/2019 | 14171 | CHECK  taxes Accountant | 150.00 | | 275.69 |
| 04/16/2019 | 14182 | CHECK  Bowser ~~...~~ Part | 60.98 | | 425.69 |
| 04/15/2019 | 14178 | CHECK  Auto Plus  Part | 21.65 | | 486.67 |
| 04/15/2019 | 14180 | CHECK  PPI  Part | 39.50 | | 508.32 |
| 04/15/2019 | 14179 | CASHED CHECK  Bankruptcy | 1,300.00 | | 547.82 |
| 04/12/2019 | 14177 | CHECK  PPI  Part | 105.00 | | 1,847.82 |
| 04/12/2019 | | DEPOSIT | | 1,008.40 | 1,952.82 |
| 04/11/2019 | 14176 | CHECK  Auto Part  Part | 168.00 | | 944.42 |
| 04/10/2019 | 14175 | CHECK  Cash  Part | 20.00 | | 1,112.42 |

ount Activity 1722526

| Date | Check # | Type | Payee | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 04/02/2019 | 14172 | CHECK | PPI | Part | 100.58 | 214.81 |
| 04/01/2019 | 14163 | CHECK | | March | 77.25 | 315.39 |
| 04/01/2019 | 14164 | CHECK | | March | 121.95 | 392.64 |
| 04/01/2019 | 14170 | CHECK | | March | 164.75 | 514.59 |
| 4-26-19 | 14189 | | Auto Plus | Part | 97.70 | — |
| ~~4-26-19~~ | ~~14190~~ | | ~~PPI~~ | ~~Part~~ | ~~83.00~~ | |
| 4-30-19 | 14191 | | Auto Plus | | 28.32 | ✓ |