# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | **Bankruptcy No. 17-22526-GLT** |
| **Robert J. Leistner** ) | |
| **Linda A. Leistner** ) | **Chapter 13** |
| ) | |
| **Debtors** ) | |

## MONTHLY OPERATING REPORT
### MAY   2019



Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

1722 526

**Haymaker Office**
Account Number:
Type: **Basic Business Checking**

ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

Page 1 of 4
Statement from:
**May 1 to May 31, 2019**

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 261.89 |
| Deposits and Other Additions | + | 8,898.85 |
| Checks Paid and Other Subtractions | - | 7,560.86 |
| Ending Balance on May 31, 2019 | | $ 1,599.88 |
| Low Balance | | $ 1.57 |
| Average Ledger Balance | | $ 1,482.75 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 05-01 | Previous Statement Balance | | | $ 261.89 |
| 05-02 | Check 14189 | $ 97.70 | - | $ 164.19 |
| 05-02 | Check 14191 | $ 28.32 | - | $ 135.87 |
| 05-03 | Deposit | | $ 976.93 | $ 1,112.80 |
| 05-03 | Check 14192 | $ 38.35 | - | $ 1,074.45 |
| 05-06 | Deposit | | $ 668.75 | $ 1,743.20 |
| 05-06 | #Check Card Purchase | $ 75.00 | - | $ 1,668.20 |
| | MERCHANT PURCHASE TERMINAL 401339 BIGS SANITATION BELLE VER PA SEQ # 912327000416-1683 | | | |
| 05-07 | Check 14194 | $ 850.00 | - | $ 818.20 |
| 05-07 | #Preauthorized Debit | $ 148.49 | - | $ 669.71 |
| | VERIZON VZ BillPay | | | |
| | 190507 | | | |
| 05-07 | Check 14193 | $ 136.12 | - | $ 533.59 |
| 05-07 | #Preauthorized Debit | $ 110.83 | - | $ 422.76 |
| | PROG ADVANCED INS PREM | | | |
| | 190507 | | | |
| 05-07 | #Preauthorized Debit | $ 41.14 | - | $ 381.62 |
| | PEOPLESGAS PeoplesGas | | | |
| | 190507 | | | |
| 05-09 | #Card Fee | $ 0.12 | - | $ 381.50 |
| | SVC CHG INTRNTL TRAN | | | |

15642



**S&T Bank**
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

1722526

**ROBERT J LEISTNER**
Account Number:
Type: Basic Business Checking
Page 2 of 4

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 05-09 | #Check Card Purchase | $ 19.00 | - | $ 362.50 |
| | MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM  IATN NET  MN SEQ # 912821637705-1683 | | | |
| 05-09 | #Check Card Purchase | $ 15.00 | - | $ 347.50 |
| | MERCHANT PURCHASE TERMINAL 420847 WOODWORKINGMASTERC LASS  WREXHAM  XX SEQ # 912877000016-1683 | | | |
| 05-09 | Check 14196 | $ 73.72 | - | $ 273.78 |
| 05-10 | Deposit | | $ 840.00 | $ 1,113.78 |
| 05-10 | #Preauthorized Debit | $ 165.85 | - | $ 947.93 |
| | ALLDATA LLC PAYMENT | | | |
| | 190509 | | | |
| 05-10 | Check 14198 | $ 58.99 | - | $ 888.94 |
| 05-15 | Deposit | | $ 535.00 | $ 1,423.94 |
| 05-15 | Check 14197 | $ 73.63 | - | $ 1,350.31 |
| 05-16 | Check 14199 | $ 114.68 | - | $ 1,235.63 |
| 05-20 | Deposit | | $ 337.45 | $ 1,573.08 |
| 05-20 | Check 14195 | $ 1,020.00 | - | $ 553.08 |
| 05-20 | #Preauthorized Debit  | $ 419.05 | - | $ 134.03 |
| | COMMWLTHOFPA INT PASTSALETX | | | |
| | TXP*82440266 *1052 *190430*T*0 | | | |
| | 000041905* *P* *20190520 | | | |
| 05-21 | Check 14200 | $ 89.95 | - | $ 44.08 |
| 05-21 | Check 14202 | $ 45.65 | - | $ 1.57 |
| 05-23 | Deposit | | $ 200.00 | $ 198.43 |
| 05-24 | Deposit | | $ 3,101.20 | $ 3,299.63 |
| 05-24 | Check 14203 | $ 28.32 | - | $ 3,271.31 |
| 05-29 | Deposit | | $ 2,239.52 | $ 5,510.83 |
| 05-29 | #Non S&T ATM W/D | $ 100.00 | - | $ 5,410.83 |
| | CASH WITHDRAWAL TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 914900004649-1683 | | | |
| 05-29 | #Service Charge | $ 3.00 | - | $ 5,407.83 |
| | NON S&T ATM W/D | | | |
| 05-29 | #ATM Surcharge | $ 3.50 | - | $ 5,404.33 |
| | SURCHARGE AMOUNT TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 914900004649-1683 | | | |
| 05-30 | #POS Purchase | $ 123.51 | - | $ 5,280.82 |
| | POS PURCHASE TERMINAL 06228919 NST THE HOME DEPOT 161  PITTSBURG PA SEQ # 915043066701-1683 | | | |
| 05-30 | Check 14208 | $ 69.44 | - | $ 5,211.38 |
| 05-31 | #Check Card Purchase | $ 5.00 | - | $ 5,206.38 |
| | MERCHANT PURCHASE TERMINAL 480197 PENN FISH AND CHIC KEN  PITTSBURG PA SEQ # 915027207183-1683 | | | |
| 05-31 | #Non S&T ATM W/D | $ 300.00 | - | $ 4,906.38 |
| | CASH WITHDRAWAL TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 915000004879-1683 | | | |
| 05-31 | #Service Charge | $ 3.00 | - | $ 4,903.38 |
| | NON S&T ATM W/D | | | |


S&T Bank
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

172526

Page 3 of 4

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER

| Date | | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 05-31 | #ATM Surcharge | $ 3.50 | - | $ 4,899.88 |
| | SURCHARGE AMOUNT TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 915000004879-1683 | | | |
| 05-31 | Check 14207 | $ 3,300.00 | - | $ 1,599.88 |
| 05-31 | Ending Totals | $ 7,560.86 - | $ 8,898.85 | $ 1,599.88 |

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 14189 | $ 97.70 | 14195 | $ 1,020.00 | 14200 | $ 89.95 |
| 14191 * | $ 28.32 | 14196 | $ 73.72 | 14202 * | $ 45.65 |
| 14192 | $ 38.35 | 14197 | $ 73.63 | 14203 | $ 28.32 |
| 14193 | $ 136.12 | 14198 | $ 58.99 | 14207 * | $ 3,300.00 |
| 14194 | $ 850.00 | 14199 | $ 114.68 | 14208 | $ 69.44 |

* Indicates Skip in Check Number

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 05-06 | Check card purchase | 75.00 | 05-29 | Non S&T ATM w/d | 100.00 |
| 05-07 | Preauthorized debit | 148.49 | 05-29 | Service charge | 3.00 |
| 05-07 | Preauthorized debit | 110.83 | 05-29 | ATM surcharge | 3.50 |
| 05-07 | Preauthorized debit | 41.14 | 05-30 | POS purchase | 123.51 |
| 05-09 | Card fee | 0.12 | 05-31 | Check card purchase | 5.00 |
| 05-09 | Check card purchase | 19.00 | 05-31 | Non S&T ATM w/d | 300.00 |
| 05-09 | Check card purchase | 15.00 | 05-31 | Service charge | 3.00 |
| 05-10 | Preauthorized debit | 165.85 | 05-31 | ATM surcharge | 3.50 |
| 05-20 | Preauthorized debit | 419.05 | | | |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 05-03 | Deposit | 976.93 | 05-20 | Deposit | 337.45 |
| 05-06 | Deposit | 668.75 | 05-23 | Deposit | 200.00 |
| 05-10 | Deposit | 840.00 | 05-24 | Deposit | 3,101.20 |
| 05-15 | Deposit | 535.00 | 05-29 | Deposit | 2,239.52 |



1722526

**ROBERT J LEISTNER**
Account Number:
Type: Basic Business Checking
*Page 4 of 4*

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

1722526

• Return and Payment successfully Submitted

## Sales, Use, and Hotel Occupancy Tax

| Business Name | Revenue ID | Account ID | Federal Employer Identification Number |
|---|---|---|---|
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 |
| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
| 5/1/2019 | 5/31/2019 | 6/20/2019 | 6/7/2019 | 6/7/2019 3:38:54 PM |
| Filed By | Transaction ID | Return Status | Original/Amended |
| Robert Leistner | 1319000003158540 | Complete | Original |

## Sales, Use, and Hotel Occupancy Tax {PA-3}

|  |  | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 8898.85 | 8898.85 |
| 2 | Net Taxable Sales | 8898.85 | 8898.85 |
| 3 | Total Amount of Tax Due | 533.93 | 88.99 |
| 4 | Discount  Discount Applied. | 5.34 | 0.89 |
| 5 | Net Tax Due | 528.59 | 88.10 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 528.59 | 88.10 |
| 11 | Credit  No Credits Applied. | 0.00 | 0.00 |
| 12 | Amount Due | 528.59 | 88.10 |
|  | Total Payment Due |  | $616.69 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return