# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)    Bankruptcy No. 17-22526-GLT
Robert J. Leistner )
Linda A. Leistner )    Chapter 13
)
Debtors )

## MONTHLY OPERATING REPORT
## MAY   2019

PAWB FORM 5 (03/12)

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: Robert J. Leistner And Linda A Leistner
Case No.: 1722526
Month: May          Year: 2019

Gross receipts for month:                                      8898.85
(If more than one source, list each)

TOTAL GROSS RECEIPTS:  $ 8898.85

Business expenses paid:

| Description | Amount |
|---|---|
| Parts & Paint | 1543.92 |
| Utilities | 325.75 |
| Computer - alldata - IATN | 184.97 |
| Sales Tax April | 419.05 |
| Bankruptcy | 5000.00 |
| Truck Insurance | 110.83 |
| Sanitation | 75.00 |
| Bank fees | 13.00 |
| Cash Bob | 400.00 |

TOTAL EXPENSES:  $ 8072.52

NET PROFIT OR (LOSS) FOR MONTH:  $ 826.33

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

ccount Activity　1722526

| Date | Check # | Description | Amount | Deposit | Balance |
|---|---|---|---|---|---|
| 05/24/2019 | 14203 | CHECK AutoPlus Part | 28.32 | | 3,271.31 |
| 05/24/2019 | | DEPOSIT | | 3,101.20 | 3,299.63 |
| 05/23/2019 | | DEPOSIT | | 200.00 | 198.43 |
| 05/21/2019 | 14202 | CHECK AutoPlus Part | 45.65 | | -1.57 |
| 05/21/2019 | 14200 | CHECK PPI Part | 89.95 | | 44.08 |
| 05/20/2019 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *190430*T*0 000041905* *P* *20190520 | 419.05 | | 134.03 |
| 05/20/2019 | 14195 | CASHED CHECK Bankruptcy | 1,020.00 | | 553.08 |
| 05/20/2019 | | DEPOSIT | | 337.45 | 1,573.08 |
| 05/16/2019 | 14199 | CHECK PPI Part | 114.68 | | 1,235.63 |
| 05/15/2019 | 14197 | CHECK Klingspor Part | 73.63 | | 1,350.31 |
| 05/15/2019 | | DEPOSIT | | 535.00 | 1,423.94 |
| 05/10/2019 | 14198 | CHECK AutoZone Part | 58.99 | | 888.94 |
| 05/10/2019 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 190509 | 165.85 | | 947.93 |
| 05/10/2019 | | DEPOSIT | | 840.00 | 1,113.78 |
| 05/09/2019 | 14196 | CHECK AutoPlus Part | 73.72 | | 273.78 |
| 05/09/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 420847 WOODWORKINGMASTERC LASS WREXHAM XX SEQ # 912877000016 XXXXXXXXXXXX1683　Bob | 15.00 | | 347.50 |
| 05/09/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM IATN NET MN SEQ # 912821637705 XXXXXXXXXXXX1683 | 19.00 | | 362.50 |
| 05/09/2019 | | CARD FEE SVC CHG INTRNTL TR AN | 0.12 | | 381.50 |
| 05/07/2019 | | PREAUTHORIZED DEBIT PEOPLESGAS PeoplesGas 190507 | 41.14 | | 381.62 |

6/7/2019, 2:56 PM

17 22526

| Date | Check # | Description | | Debit | Balance |
|---|---|---|---|---|---|
| 05/07/2019 | | PREAUTHORIZED DEBIT PROG ADVANCED INS PREM 190507 | Car INS | 110.83 | 422.76 |
| 05/07/2019 | 14193 | CHECK | Duquesne Light | 136.12 | 533.59 |
| 05/07/2019 | | PREAUTHORIZED DEBIT VERIZON VZ BillPay 190507 | | 148.49 | 669.71 |
| 05/07/2019 | 14194 | CASHED CHECK | Bankruptcy | 850.00 | 818.20 |
| 05/06/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 401339 BIGS SANITATION BELLE VER PA SEQ # 912327000416 XXXXXXXXXXXX1683 | | 75.00 | 1,668.20 |
| 05/06/2019 | | DEPOSIT | | 668.75 | 1,743.20 |
| 05/03/2019 | 14192 | CHECK | ShermanWilliams Paint | 38.35 | 1,074.45 |
| 05/03/2019 | | DEPOSIT | | 976.93 | 1,112.80 |
| 05/02/2019 | 14191 | CHECK | April | 28.32 | 135.87 |
| 05/02/2019 | 14189 | CHECK | April | 97.70 | 164.19 |

| Date | Check # | Description | | Amount | |
|---|---|---|---|---|---|
| | 14201 | Void | | | |
| | 14204 | Void | | | |
| 5-30-19 | 14209 | Auto Plus | Part | 47.37 | ✓ |
| 5-24-19 | 14205 | A & D AutoWreckers | Part | 600.00 | ✓ |
| 5-24-19 | 14206 | Auto Plus | | 303.82 | ✓ |

## BASIC BUSINESS CHECKING, *5447

All completed transactions from 05/01/2019 to 05/31/2019

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 05/31/2019 | 14207 | CASHED CHECK *Bankruptcy* | 3,300.00 | | 1,599.88 |
| 05/31/2019 | | ATM SURCHARGE SURCHARGE AMOUNT TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 915000004879 XXXXXXXXXXX1683 | 3.50 | | 4,899.88 |
| 05/31/2019 | | SERVICE CHARGE NON S&T ATM W/D | 3.00 | | 4,903.38 |
| 05/31/2019 | | NON S&T ATM W/D CASH WITHDRAWAL TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 915000004879 XXXXXXXXXXX1683 *Bob* | 300.00 | | 4,906.38 |
| 05/31/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 480197 PENN FISH AND CHIC KEN PITTSBURG PA SEQ # 915027207183 XXXXXXXXXXX1683 *Bob* | 5.00 | | 5,206.38 |
| 05/30/2019 | 14208 | CHECK *Auto Plus Part* | 69.44 | | 5,211.38 |
| 05/30/2019 | | POS PURCHASE POS PURCHASE TERMINAL 06228919 NST THE HOME DEPOT 161 PITTSBURG PA SEQ # 915043066701 XXXXXXXXXXX1683 *Bob* | 123.51 | | 5,280.82 |
| 05/29/2019 | | ATM SURCHARGE SURCHARGE AMOUNT TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 914900004649 XXXXXXXXXXX1683 | 3.50 | | 5,404.33 |
| 05/29/2019 | | SERVICE CHARGE NON S&T ATM W/D | 3.00 | | 5,407.83 |
| 05/29/2019 | | NON S&T ATM W/D CASH WITHDRAWAL TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 914900004649 XXXXXXXXXXX1683 *Bob* | 100.00 | | 5,410.83 |
| 05/29/2019 | | DEPOSIT | | 2,239.52 | 5,510.83 |



Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

1722 526

Haymaker Office
Account Number:
Type: **Basic Business Checking**

ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

Page 1 of 4
Statement from:
**May 1 to May 31, 2019**

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 261.89 |
| Deposits and Other Additions | + | 8,898.85 |
| Checks Paid and Other Subtractions | − | 7,560.86 |
| Ending Balance on May 31, 2019 | | $ 1,599.88 |
| Low Balance | | $ 1.57 |
| Average Ledger Balance | | $ 1,482.75 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 05-01 | Previous Statement Balance | | | $ 261.89 |
| 05-02 | Check 14189 | $ 97.70 | − | $ 164.19 |
| 05-02 | Check 14191 | $ 28.32 | − | $ 135.87 |
| 05-03 | Deposit | | $ 976.93 | $ 1,112.80 |
| 05-03 | Check 14192 | $ 38.35 | − | $ 1,074.45 |
| 05-06 | Deposit | | $ 668.75 | $ 1,743.20 |
| 05-06 | #Check Card Purchase | $ 75.00 | − | $ 1,668.20 |
| | MERCHANT PURCHASE TERMINAL 401339 BIGS SANITATION BELLE VER PA SEQ # 912327000416-1683 | | | |
| 05-07 | Check 14194 | $ 850.00 | − | $ 818.20 |
| 05-07 | #Preauthorized Debit | $ 148.49 | − | $ 669.71 |
| | VERIZON VZ BillPay | | | |
| | 190507 | | | |
| 05-07 | Check 14193 | $ 136.12 | − | $ 533.59 |
| 05-07 | #Preauthorized Debit | $ 110.83 | − | $ 422.76 |
| | PROG ADVANCED INS PREM | | | |
| | 190507 | | | |
| 05-07 | #Preauthorized Debit | $ 41.14 | − | $ 381.62 |
| | PEOPLESGAS PeoplesGas | | | |
| | 190507 | | | |
| 05-09 | #Card Fee | $ 0.12 | − | $ 381.50 |
| | SVC CHG INTRNTL TRAN | | | |

15642



**S&T Bank**
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

1722526

ROBERT J LEISTNER
Account Number:
Type: **Basic Business Checking**
Page 2 of 4

### DAILY ACTIVITY ON YOUR ACCOUNT NUMBER

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 05-09 | #Check Card Purchase | $ 19.00 - | | $ 362.50 |
| | MERCHANT PURCHASE TERMINAL 449215 IATN NET INDV PREM IUM   IATN NET  MN SEQ # 912821637705-1683 | | | |
| 05-09 | #Check Card Purchase | $ 15.00 - | | $ 347.50 |
| | MERCHANT PURCHASE TERMINAL 420847 WOODWORKINGMASTERC LASS  WREXHAM   XX SEQ # 912877000016-1683 | | | |
| 05-09 | Check 14196 | $ 73.72 - | | $ 273.78 |
| 05-10 | Deposit | | $ 840.00 | $ 1,113.78 |
| 05-10 | #Preauthorized Debit | $ 165.85 - | | $ 947.93 |
| | ALLDATA LLC PAYMENT 190509 | | | |
| 05-10 | Check 14198 | $ 58.99 - | | $ 888.94 |
| 05-15 | Deposit | | $ 535.00 | $ 1,423.94 |
| 05-15 | Check 14197 | $ 73.63 - | | $ 1,350.31 |
| 05-16 | Check 14199 | $ 114.68 - | | $ 1,235.63 |
| 05-20 | Deposit | | $ 337.45 | $ 1,573.08 |
| 05-20 | Check 14195 | $ 1,020.00 - | | $ 553.08 |
| 05-20 | #Preauthorized Debit | $ 419.05 - | | $ 134.03 |
| | COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *190430*T*0 000041905* *P* *20190520 | | | |
| 05-21 | Check 14200 | $ 89.95 - | | $ 44.08 |
| 05-21 | Check 14202 | $ 45.65 - | | $ 1.57 - |
| 05-23 | Deposit | | $ 200.00 | $ 198.43 |
| 05-24 | Deposit | | $ 3,101.20 | $ 3,299.63 |
| 05-24 | Check 14203 | $ 28.32 - | | $ 3,271.31 |
| 05-29 | Deposit | | $ 2,239.52 | $ 5,510.83 |
| 05-29 | #Non S&T ATM W/D | $ 100.00 - | | $ 5,410.83 |
| | CASH WITHDRAWAL TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 914900004649-1683 | | | |
| 05-29 | #Service Charge | $ 3.00 - | | $ 5,407.83 |
| | NON S&T ATM W/D | | | |
| 05-29 | #ATM Surcharge | $ 3.50 - | | $ 5,404.33 |
| | SURCHARGE AMOUNT TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 914900004649-1683 | | | |
| 05-30 | #POS Purchase | $ 123.51 - | | $ 5,280.82 |
| | POS PURCHASE TERMINAL 06228919 NST THE HOME DEPOT 161  PITTSBURG PA SEQ # 915043066701-1683 | | | |
| 05-30 | Check 14208 | $ 69.44 - | | $ 5,211.38 |
| 05-31 | #Check Card Purchase | $ 5.00 - | | $ 5,206.38 |
| | MERCHANT PURCHASE TERMINAL 480197 PENN FISH AND CHIC KEN   PITTSBURG PA SEQ # 915027207183-1683 | | | |
| 05-31 | #Non S&T ATM W/D | $ 300.00 - | | $ 4,906.38 |
| | CASH WITHDRAWAL TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 915000004879-1683 | | | |
| 05-31 | #Service Charge | $ 3.00 - | | $ 4,903.38 |
| | NON S&T ATM W/D | | | |



**S&T Bank**
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

1722526

Page 3 of 4

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 05-31 | #ATM Surcharge | $ 3.50 | - | $ 4,899.88 |
| | SURCHARGE AMOUNT TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 915000004879-1683 | | | |
| 05-31 | Check 14207 | $ 3,300.00 | - | $ 1,599.88 |
| 05-31 | Ending Totals | $ 7,560.86 | $ 8,898.85 | $ 1,599.88 |

### CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 14189 | $ 97.70 | 14195 | $ 1,020.00 | 14200 | $ 89.95 |
| 14191 * | $ 28.32 | 14196 | $ 73.72 | 14202 * | $ 45.65 |
| 14192 | $ 38.35 | 14197 | $ 73.63 | 14203 | $ 28.32 |
| 14193 | $ 136.12 | 14198 | $ 58.99 | 14207 * | $ 3,300.00 |
| 14194 | $ 850.00 | 14199 | $ 114.68 | 14208 | $ 69.44 |

* Indicates Skip in Check Number

### WITHDRAWALS

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-06 | Check card purchase | 75.00 | 05-29 | Non S&T ATM w/d | 100.00 |
| 05-07 | Preauthorized debit | 148.49 | 05-29 | Service charge | 3.00 |
| 05-07 | Preauthorized debit | 110.83 | 05-29 | ATM surcharge | 3.50 |
| 05-07 | Preauthorized debit | 41.14 | 05-30 | POS purchase | 123.51 |
| 05-09 | Card fee | 0.12 | 05-31 | Check card purchase | 5.00 |
| 05-09 | Check card purchase | 19.00 | 05-31 | Non S&T ATM w/d | 300.00 |
| 05-09 | Check card purchase | 15.00 | 05-31 | Service charge | 3.00 |
| 05-10 | Preauthorized debit | 165.85 | 05-31 | ATM surcharge | 3.50 |
| 05-20 | Preauthorized debit | 419.05 | | | |

### DEPOSITS

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-03 | Deposit | 976.93 | 05-20 | Deposit | 337.45 |
| 05-06 | Deposit | 668.75 | 05-23 | Deposit | 200.00 |
| 05-10 | Deposit | 840.00 | 05-24 | Deposit | 3,101.20 |
| 05-15 | Deposit | 535.00 | 05-29 | Deposit | 2,239.52 |

**S&T Bank**
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC



1722526

**ROBERT J LEISTNER**
Account Number:
Type: **Basic Business Checking**
*Page 4 of 4*

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

1722526

• Return and Payment successfully Submitted

## Sales, Use, and Hotel Occupancy Tax

| Business Name | Revenue ID | Account ID | Federal Employer Identification Number |
|---|---|---|---|
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 |
| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
| 5/1/2019 | 5/31/2019 | 6/20/2019 | 6/7/2019 | 6/7/2019 3:38:54 PM |
| Filed By | Transaction ID | Return Status | Original/Amended |
| Robert Leistner | 1319000003158540 | Complete | Original |

### Sales, Use, and Hotel Occupancy Tax {PA-3}

| | | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 8898.85 | 8898.85 |
| 2 | Net Taxable Sales | 8898.85 | 8898.85 |
| 3 | Total Amount of Tax Due | 533.93 | 88.99 |
| 4 | Discount  Discount Applied. | 5.34 | 0.89 |
| 5 | Net Tax Due | 528.59 | 88.10 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 528.59 | 88.10 |
| 11 | Credit  No Credits Applied | 0.00 | 0.00 |
| 12 | Amount Due | 528.59 | 88.10 |
| | Total Payment Due | | $616.69 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return