PAWB FORM 5 (03/12)

# MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name **Robert J. Leistner And Linda A. Leistner**
Case No. **1722526**
Month **June**    Year **2019**

Gross receipts for month: **5850.41**
(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ **5850.41**

Business expenses paid:

| Description | Amount |
|---|---|
| Parts | 3276.72 |
| Electric | $259.00 |
| Gas | 31.75 |
| Verizon Tele | — |
| Alldata - IATN | $184.85 |
| Sales Tax May | $616.69 |
| Car Insurance | $110. |
| Sanitation | 75.00 |
| License and Permit HAB-BPT | 167.00 |
| Bankruptcy | $1600.00 |

TOTAL EXPENSES: $ 5721.01

NET PROFIT OR (LOSS) FOR MONTH: $ **129.40**

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

1722526

## BASIC BUSINESS CHECKING, *5447

All completed transactions from 06/01/2019 to 06/30/2019

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 06/28/2019 | 14234 | CHECK PPI Part | 39.50 | | 1,238.01 |
| 06/28/2019 | | ATM SURCHARGE SURCHARGE AMOUNT TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 917800006225 XXXXXXXXXXXX1683 | 3.50 | | 1,277.51 |
| 06/28/2019 | | SERVICE CHARGE NON S&T ATM W/D | 3.00 | | 1,281.01 |
| 06/28/2019 | | NON S&T ATM W/D CASH WITHDRAWAL TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 917800006225 XXXXXXXXXXXX1683 | 300.00 | | 1,284.01 |
| 06/28/2019 | | DEPOSIT | | 960.91 | 1,584.01 |
| 06/26/2019 | 14232 | CHECK Transtar Part | 103.02 | | 623.10 |
| 06/26/2019 | 14230 | CHECK InterState Battery Part | 211.90 | | 726.12 |
| 06/26/2019 | | DEPOSIT | | 126.83 | 938.02 |
| 06/25/2019 | 14231 | CHECK AutoPlus Part | 147.10 | | 811.19 |
| 06/25/2019 | 14228 | CHECK AutoPlus Part | 159.80 | | 958.29 |
| 06/25/2019 | 14229 | CHECK AutoPlus Part | 266.87 | | 1,118.09 |
| 06/25/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 469216 ROCKLER 800 765 4 MN SEQ # 917520100836 XXXXXXXXXXXX1683 | 27.95 | | 1,384.96 |
| 06/24/2019 | 14224 | CHECK AutoPlus Part | 26.00 | | 1,412.91 |
| 06/24/2019 | 14225 | CHECK PPI Part | 87.46 | | 1,438.91 |
| 06/24/2019 | 14227 | CHECK A&D Autowrekers Part | 130.00 | | 1,526.37 |
| 06/21/2019 | 14223 | CHECK PPI Part | 66.46 | | 1,656.37 |
| 06/21/2019 | | DEPOSIT | | 750.00 | 1,722.83 |

| Date | Check # | Description | Amount | Balance |
|---|---|---|---|---|
| 06/20/2019 | 14221 | CHECK AutoPlus Part | 37.71 | 972.83 |
| 06/20/2019 | 14220 | CHECK AutoPlus Part | 66.17 | 1,010.54 |
| 06/20/2019 | 14222 | CHECK A&D Autowreckers Part | 200.00 | 1,076.71 |
| 06/20/2019 | | PREAUTHORIZED DEBIT COMMWLTHOFPA INT PASTSALETX TXP*82440266 *1052 *190531*T*0 000061669* *P* *20190620 | 616.69 | 1,276.71 |
| 06/20/2019 | | DEPOSIT | 400.00 | 1,893.40 |
| 06/20/2019 | | DEPOSIT | 650.00 | 1,493.40 |
| 06/19/2019 | | DEPOSIT | 542.67 | 843.40 |
| 06/18/2019 | 14216 | CHECK Flynn tire Part | 76.90 | 300.73 |
| 06/18/2019 | 14219 | CHECK AutoPlus Part | 323.09 | 377.63 |
| 06/17/2019 | 14218 | CHECK AutoPlus Part | 54.00 | 700.72 |
| 06/17/2019 | 14217 | CHECK A&D Autowreckers Part | 125.00 | 754.72 |
| 06/17/2019 | 14212 | CHECK A&D Autowreckers Part | 280.00 | 879.72 |
| 06/17/2019 | | DEPOSIT | 600.00 | 1,159.72 |
| 06/14/2019 | 14214 | CHECK AutoPlus Part | 59.25 | 559.72 |
| 06/14/2019 | 14215 | CHECK AutoPlus Part | 309.65 | 618.97 |
| 06/13/2019 | 14213 | CHECK AutoPlus Part | 100.30 | 928.62 |
| 06/13/2019 | | DEPOSIT | 820.00 | 1,028.92 |
| 06/11/2019 | 14211 | CHECK AutoPlus Part | 56.00 | 208.92 |
| 06/11/2019 | | PREAUTHORIZED DEBIT ALLDATA LLC PAYMENT 190610  Computer | 165.85 | 264.92 |
| 06/10/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 420847 WOODWORKING MASTER CLAS WREXHAM XX SEQ # 915974000008 XXXXXXXXXXXX1683 | 15.00 | 430.77 |
| 06/10/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 449215 INDV Computer | 19.00 | 445.77 |

| Date | Check # | Description | Amount | Balance |
|---|---|---|---|---|
| | | PREMIUM IATN NET MN SEQ # 915928637178 XXXXXXXXXXX1683 | | |
| 06/10/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 401339 BIGS SANITATION BELLE VER PA SEQ # 915824000945 XXXXXXXXXXX1683 | 75.00 | 464.77 |
| 06/10/2019 | | CARD FEE SVC CHG INTRNTL TR AN | 0.12 | 539.77 |
| 06/07/2019 | 14210 | CHECK  AutoPlus  Part | 51.08 | (539.89) |
| 06/06/2019 | 14206 | CHECK  May | 303.82 | 590.97 |
| 06/04/2019 | 14209 | CHECK  May | 47.37 | 894.79 |
| 06/04/2019 | | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 770446 KUHN'S BEULAH ROAD TURTLE CR PA SEQ # 915416241255 XXXXXXXXXXX1683 | 57.72 | 942.16 |
| 06/03/2019 | 14205 | CHECK  May | 600.00 | 999.88 |
| 6-21-19 | 14226 | Duquesne Light  Elect | 259.00 | |
| 6-26-19 | 14233 | Klingspor  Part | 33.10 | |
| 6-26-19 | 14235 | AutoPlus  Part | 46.40 | |
| 6-26-19 | 14236 | Rohrich  Part | 63.69 | |
| 6-26-19 | 14237 | Sherm Edwards  Part | 37.35 | |
| 6-26-19 | 14238 | HAB BPT  Permit | 25.00 | |
| 6-26-19 | 14239 | HAB BPT  Sales Permit | 142.00 | |
| 6-27-19 | 14240 | AutoPlus  Part | 32.78 | |
| 6-27-19 | 14241 | AutoZone  Part | 24.99 | |
| 6-27-19 | 14242 | A&D Autowreckers  Part | 50.00 | |
| 6-27-19 | 14243 | AutoPlus  Part | 11.16 | |

**S&T Bank**
MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

ROBERT J LEISTNER
DBA M D AUTOWORKS
1005 GOVERNMENT RD
IRWIN PA 15642-8818

**Haymaker Office**
Account Number:
Type: **Basic Business Checking**

Page 1 of 3
Statement from:
June 1 to June 28, 2019

Enclosures 0

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | | $ 1,599.88 |
| Deposits and Other Additions | + | 4,850.41 |
| Checks Paid and Other Subtractions | − | 5,212.28 |
| Ending Balance on June 28, 2019 | | $ 1,238.01 |
| Low Balance | | $ 208.92 |
| Average Ledger Balance | | $ 862.55 |

## DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 06-01 | Previous Statement Balance | | | $ 1,599.88 |
| 06-03 | Check 14205 | $ 600.00 | − | $ 999.88 |
| 06-04 | #Check Card Purchase | $ 57.72 | − | $ 942.16 |
| | MERCHANT PURCHASE TERMINAL 770446 KUHN'S BEULAH ROAD TURTLE CR PA SEQ # 915416241255-1683 | | | |
| 06-04 | Check 14209 | $ 47.37 | − | $ 894.79 |
| 06-06 | Check 14206 | $ 303.82 | − | $ 590.97 |
| 06-07 | Check 14210 | $ 51.08 | − | $ 539.89 |
| 06-10 | #Card Fee | $ 0.12 | − | $ 539.77 |
| | SVC CHG INTRNTL TRAN | | | |
| 06-10 | #Check Card Purchase | $ 75.00 | − | $ 464.77 |
| | MERCHANT PURCHASE TERMINAL 401339 BIGS SANITATION BELLE VER PA SEQ # 915824000945-1683 | | | |
| 06-10 | #Check Card Purchase | $ 19.00 | − | $ 445.77 |
| | MERCHANT PURCHASE TERMINAL 449215 INDV PREMIUM IATN NET  MN SEQ # 915928637178-1683 | | | |
| 06-10 | #Check Card Purchase | $ 15.00 | − | $ 430.77 |
| | MERCHANT PURCHASE TERMINAL 420847 WOODWORKING MASTER CLAS  WREXHAM   XX SEQ # 915974000008-1683 | | | |
| 06-11 | #Preauthorized Debit | $ 165.85 | − | $ 264.92 |
| | ALLDATA LLC PAYMENT | | | |
| | 190610 | | | |
| 06-11 | Check 14211 | $ 56.00 | − | $ 208.92 |
| 06-13 | Deposit | | $ 820.00 | $ 1,028.92 |
| 06-13 | Check 14213 | $ 100.30 | − | $ 928.62 |
| 06-14 | Check 14215 | $ 309.65 | − | $ 618.97 |



Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

**ROBERT J LEISTNER**
Account Number: 
Type: **Basic Business Checking**
*Page 2 of 3*

### DAILY ACTIVITY ON YOUR ACCOUNT NUMBER:

| Date | Description | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 06-14 | Check 14214 | $ 59.25 | | $ 559.72 |
| 06-17 | Deposit | | $ 600.00 | $ 1,159.72 |
| 06-17 | Check 14212 | $ 280.00 | | $ 879.72 |
| 06-17 | Check 14217 | $ 125.00 | | $ 754.72 |
| 06-17 | Check 14218 | $ 54.00 | | $ 700.72 |
| 06-18 | Check 14219 | $ 323.09 | | $ 377.63 |
| 06-18 | Check 14216 | $ 76.90 | | $ 300.73 |
| 06-19 | Deposit | | $ 542.67 | $ 843.40 |
| 06-20 | Deposit | | $ 650.00 | $ 1,493.40 |
| 06-20 | Deposit | | $ 400.00 | $ 1,893.40 |
| 06-20 | #Preauthorized Debit<br>COMMWLTHOFPA INT PASTSALETX<br>TXP*82440266 *1052 *190531*T*0<br>000061669* *P* *20190620 | $ 616.69 | | $ 1,276.71 |
| 06-20 | Check 14222 | $ 200.00 | | $ 1,076.71 |
| 06-20 | Check 14220 | $ 66.17 | | $ 1,010.54 |
| 06-20 | Check 14221 | $ 37.71 | | $ 972.83 |
| 06-21 | Deposit | | $ 750.00 | $ 1,722.83 |
| 06-21 | Check 14223 | $ 66.46 | | $ 1,656.37 |
| 06-24 | Check 14227 | $ 130.00 | | $ 1,526.37 |
| 06-24 | Check 14225 | $ 87.46 | | $ 1,438.91 |
| 06-24 | Check 14224 | $ 26.00 | | $ 1,412.91 |
| 06-25 | #Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216 ROCKLER 800 765 4 MN SEQ # 917520100836-1683 | $ 27.95 | | $ 1,384.96 |
| 06-25 | Check 14229 | $ 266.87 | | $ 1,118.09 |
| 06-25 | Check 14228 | $ 159.80 | | $ 958.29 |
| 06-25 | Check 14231 | $ 147.10 | | $ 811.19 |
| 06-26 | Deposit | | $ 126.83 | $ 938.02 |
| 06-26 | Check 14230 | $ 211.90 | | $ 726.12 |
| 06-26 | Check 14232 | $ 103.02 | | $ 623.10 |
| 06-28 | Deposit | | $ 960.91 | $ 1,584.01 |
| 06-28 | #Non S&T ATM W/D<br>CASH WITHDRAWAL TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 917800006225-1683 | $ 300.00 | | $ 1,284.01 |
| 06-28 | #Service Charge<br>NON S&T ATM W/D | $ 3.00 | | $ 1,281.01 |
| 06-28 | #ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL PJ1851 700 BEULAH RD TURTLE CR PA SEQ # 917800006225-1683 | $ 3.50 | | $ 1,277.51 |
| 06-28 | Check 14234 | $ 39.50 | | $ 1,238.01 |
| 06-28 | Ending Totals | $ 5,212.28 | $ 4,850.41 | $ 1,238.01 |



S&T Bank
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

Page 3 of 3

## CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| 14205 | $ 600.00 | 14216 | $ 76.90 | 14225 | $ 87.46 |
| 14206 | $ 303.82 | 14217 | $ 125.00 | 14227 * | $ 130.00 |
| 14209 * | $ 47.37 | 14218 | $ 54.00 | 14228 | $ 159.80 |
| 14210 | $ 51.08 | 14219 | $ 323.09 | 14229 | $ 266.87 |
| 14211 | $ 56.00 | 14220 | $ 66.17 | 14230 | $ 211.90 |
| 14212 | $ 280.00 | 14221 | $ 37.71 | 14231 | $ 147.10 |
| 14213 | $ 100.30 | 14222 | $ 200.00 | 14232 | $ 103.02 |
| 14214 | $ 59.25 | 14223 | $ 66.46 | 14234 * | $ 39.50 |
| 14215 | $ 309.65 | 14224 | $ 26.00 | | |

* Indicates Skip in Check Number

## WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 06-04 | Check card purchase | 57.72 | 06-20 | Preauthorized debit | 616.69 |
| 06-10 | Card fee | 0.12 | 06-25 | Check card purchase | 27.95 |
| 06-10 | Check card purchase | 75.00 | 06-28 | Non S&T ATM w/d | 300.00 |
| 06-10 | Check card purchase | 19.00 | 06-28 | Service charge | 3.00 |
| 06-10 | Check card purchase | 15.00 | 06-28 | ATM surcharge | 3.50 |
| 06-11 | Preauthorized debit | 165.85 | | | |

## DEPOSITS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 06-13 | Deposit | 820.00 | 06-20 | Deposit | 400.00 |
| 06-17 | Deposit | 600.00 | 06-21 | Deposit | 750.00 |
| 06-19 | Deposit | 542.67 | 06-26 | Deposit | 126.83 |
| 06-20 | Deposit | 650.00 | 06-28 | Deposit | 960.91 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

DES Pennsylvania Business Tax System

https://www.etides.state.pa.us/SalesTax/FileReturn/SalesTaxReturn

*1722526*

• Return and Payment successfully Submitted

| Sales, Use, and Hotel Occupancy Tax | | | |
|---|---|---|---|
| Business Name | Revenue ID | Account ID | Federal Employer Identification Number |
| MD AUTO WORKS | BP1260089888 | 82-440 266 | 22-3857838 |
| Period Start Date | Period End Date | Period Due Date | Effective Date | Time Filed |
| 6/1/2019 | 6/30/2019 | 7/22/2019 | 7/8/2019 | 7/8/2019 12:05:26 PM |
| Filed By | Transaction ID | Return Status | Original/Amended |
| Robert Leistner | 1319000003577799 | Complete | Original |

### Sales, Use, and Hotel Occupancy Tax {PA-3}

| | | Pennsylvania (6%) | Allegheny (1%) |
|---|---|---|---|
| 1 | Total Gross Sales, Rentals, Services | 5850.41 | 5850.41 |
| 2 | Net Taxable Sales | 5850.41 | 5850.41 |
| 3 | Total Amount of Tax Due | 351.02 | 58.50 |
| 4 | Discount (Discount Applied) | 3.51 | 0.59 |
| 5 | Net Tax Due | 347.51 | 57.91 |
| 6 | Use Tax Due | 0.00 | 0.00 |
| 7 | E 911 Fee Due | 0.00 | 0.00 |
| 8 | E 911 Discount | 0.00 | 0.00 |
| 9 | E 911 Net Fee Due | 0.00 | 0.00 |
| 10 | Total Tax and Fee Due | 347.51 | 57.91 |
| 11 | Credit | 0.00 | 0.00 |
| 12 | Amount Due | 347.51 | 57.91 |
| | Total Payment Due | | $405.42 |

Payment Method: ACH Debit (EFT) Payment Through e-TIDES

Return

of 1

7/8/2019, 12:05 PM