**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert J. Leistner**
**aka M.D. Autoworks**
**Linda A. Leistner**
   Debtor(s)

Bankruptcy Case No.: 17–22526–GLT
Related to Docket No. 77
Chapter: 13
Docket No.: 78 – 77
Concil. Conf.: October 17, 2019 at 09:00 AM

## ORDER

   **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

   **IT IS HEREBY ORDERED** that, on or before **September 6, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

   **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

   On or before **September 27, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

   On **October 17, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

   If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

   This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: July 23, 2019

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-22526-GLT
Robert J. Leistner                                                    Chapter 13
Linda A. Leistner
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: ctak              Page 1 of 2          Date Rcvd: Jul 23, 2019
                              Form ID: 213            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2019.
```
db/jdb         Robert J. Leistner,   Linda A. Leistner,   1005 Government Rd,   Irwin, PA 15642-8818
cr            +County of Allegheny,   Goehring, Rutter & Boehm,   437 Grant Street, 14th Floor,
                Frick Building,   Pittsburgh, PA 15219,   UNITED STATES 15219-6101
cr            +Office of Attorney General, Pennsylvania Departmen,   Office of Attorney General,
                5th Floor, Manor Complex,   564 Forbes Avenue,   Pittsburgh, PA 15219-2992
cr            +Wilkinsburg School District and Wilkinsburg Boroug,   Tax Division,
                c/o Maiello, Brungo & Maiello, LLP,   Foxpointe II,   100 Purity Rd, Ste. 3,
                Pittsburgh, PA 15235-4441
14646894      +Borough of Wilkinsburg,   605 Ross Ave,   Pittsburgh, PA 15221-2198
14646893      +Borough of Wilkinsburg,   605 Ross Avenue,   Wilkinsburg, PA 15221-2198
14646895      +Citimortgage, Inc.,   1000 Technology Dr,   O'Fallon, MO 63368-2240
14691889      +County of Allegheny,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14688585      +First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Four Gateway Center, Suite 1040,
                444 Liberty Avenue,   Pittsburgh, PA 15222-1225
14646902       KML Law Group, PC,   BNY Mellon Independence Ctr,   701 Market St Ste 5000,
                Philadelphia, PA 19106-1541
14646901       Kirsten S. Penn, Esquire,   McGrath, McCall, PC,   3 Gateway Ctr Ste 1375,
                Pittsburgh, PA 15222
14646903       MB & M Collections, LLC,   100 Purity Rd Ste 3,   Pittsburgh, PA 15235-4441
14678258      +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
14646904       MidFirst Bank/Midland Mortgage,   Attn: Bankruptcy Dept.,   999 NW Grand Blvd Ste 100,
                Oklahoma City, OK 73118-6051
14646905       Midland Mortgage Delinquency Assistance,   PO Box 268806,   Oklahoma City, OK 73126-8806
14646909       PA Department of Revenue,   Greensburg District Office,   15 W 3rd St Fl 2,
                Greensburg, PA 15601-3003
14646908       PA Department of Revenue,   Pittsburgh District Office,   11 Stanwix St Ste 310,
                Pittsburgh, PA 15222-1359
14646906       PA Department of Revenue,   PO Box 280437,   Harrisburg, PA 17128-0437
14646910       Receivables Management,   240 Emery St,   Bethlehem, PA 18015-1980
14646911      +Treasurer, City of Pittsburgh,   Taxpayer Services,   414 Grant St Rm 205,
                Pittsburgh, PA 15219-2419
14646912      +Wilkinsburg Boro School District,   718 Wallace Ave,   Pittsburgh, PA 15221-2299
14666376      +Wilkinsburg Borough,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road, Suite 3,
                Pittsburgh, PA 15235-4441
14666378      +Wilkinsburg School District,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road, Suite 3,
                Pittsburgh, PA 15235-4441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/Text: bankruptcynotice@fcbanking.com Jul 24 2019 03:08:28     First Commonwealth Bank,
                654 Philadelphia Street,   P. O. Box 400,   Indiana, PA 15701-0400
14661986      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jul 24 2019 03:09:22     COMMONWEALTH OF PA  UCTS,
                DEPARTMENT OF LABOR AND INDUSTRY,   COLLECTIONS SUPPORT UNIT,   651 BOAS STREET, ROOM 702,
                HARRISBURG, PA 17121-0751
14646896       E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jul 24 2019 03:09:22
                Department of Labor & Industry--UCTS,   Commonwealth of PA Attention: Jospeh Kot,
                625 Cherry St Rm 203,   Reading, PA 19602-1152
14724240      +E-mail/Text: kburkley@bernsteinlaw.com Jul 24 2019 03:09:15     Duquesne Light Company,
                c/o Allison L. Carr,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
14646897       E-mail/Text: bankruptcynotice@fcbanking.com Jul 24 2019 03:08:28     First Commonwealth Bank,
                654 Philadelphia St,   Indiana, PA 15701-3930
14646898       E-mail/Text: bankruptcynotice@fcbanking.com Jul 24 2019 03:08:28     First Commonwealth Bank,
                1880 Union Ave,   Natrona Heights, PA 15065-2201
14646900       E-mail/Text: cio.bncmail@irs.gov Jul 24 2019 03:08:32     Internal Revenue Service,
                Centralized Insolvency Operations,   PO Box 7346,   Philadelphia, PA 19101-7346
14646907       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2019 03:08:47     PA Department of Revenue,
                Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0946
14650939       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2019 03:08:48
                Pennsylvania Department of Revenue,   Bankruptcy Division  PO Box 280946,
                Harrisburg PA 17128-0946
14686779       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 24 2019 03:16:00     Verizon,
                by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK 73124-8838
14703179      +E-mail/Text: rmcbknotices@wm.com Jul 24 2019 03:09:12     Waste Management,
                2625 W Grandview Rd #150,   Phoenix, AZ 85023-3109
                                                                                              TOTAL: 11
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             MIDFIRST BANK
cr             MidFirst BAnk
```

```
District/off: 0315-2          User: ctak              Page 2 of 2              Date Rcvd: Jul 23, 2019
                              Form ID: 213            Total Noticed: 34

14646899*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,   Department of the Treasury,
                1000 Liberty Ave Rm 705,   Pittsburgh, PA 15222-4004)
                                                                             TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2019 at the address(es) listed below:
```
              Anthony T. Kovalchick    on behalf of Creditor   Office of Attorney General, Pennsylvania
               Department of Revenue akovalchick@attorneygeneral.gov
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              Gary W. Darr    on behalf of Creditor   First Commonwealth Bank gdarr@lenderlaw.com
              James Warmbrodt    on behalf of Creditor   MidFirst BAnk bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor   Wilkinsburg School District and Wilkinsburg Borough
               jlc@mbm-law.net
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone    on behalf of Joint Debtor Linda A. Leistner robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Robert H. Slone    on behalf of Debtor Robert J. Leistner robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Roger P. Poorman    on behalf of Creditor   First Commonwealth Bank rpoorman@lenderlaw.com,
               sdorn@lenderlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12
```