Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Robert J. Leistner** | : | Case No. 17−22526−GLT |
| **aka M.D. Autoworks** | : | Chapter: 13 |
| **Linda A. Leistner** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | Related to Docket No. 77 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 24th of September, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-22526-GLT
Robert J. Leistner                                                      Chapter 13
Linda A. Leistner
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2           Date Rcvd: Sep 24, 2019
                              Form ID: 309            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2019.
```
db/jdb         Robert J. Leistner,    Linda A. Leistner,    1005 Government Rd,    Irwin, PA 15642-8818
cr            +County of Allegheny,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr            +Office of Attorney General, Pennsylvania Departmen,    Office of Attorney General,
                5th Floor, Manor Complex,    564 Forbes Avenue,    Pittsburgh, PA 15219-2992
cr            +Wilkinsburg School District and Wilkinsburg Boroug,    Tax Division,
                c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
                Pittsburgh, PA 15235-4441
14646894      +Borough of Wilkinsburg,    605 Ross Ave,    Pittsburgh, PA 15221-2198
14646893      +Borough of Wilkinsburg,    605 Ross Avenue,    Wilkinsburg, PA 15221-2198
14691889      +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14688585      +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                444 Liberty Avenue,    Pittsburgh, PA 15222-1225
14646902       KML Law Group, PC,    BNY Mellon Independence Ctr,    701 Market St Ste 5000,
                Philadelphia, PA 19106-1541
14646901       Kirsten S. Penn, Esquire,    McGrath, McCall, PC,    3 Gateway Ctr Ste 1375,
                Pittsburgh, PA 15222
14646903       MB & M Collections, LLC,    100 Purity Rd Ste 3,    Pittsburgh, PA 15235-4441
14678258      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14646904       MidFirst Bank/Midland Mortgage,    Attn: Bankruptcy Dept.,    999 NW Grand Blvd Ste 100,
                Oklahoma City, OK 73118-6051
14646905       Midland Mortgage Delinquency Assistance,    PO Box 268806,    Oklahoma City, OK 73126-8806
14646909       PA Department of Revenue,    Greensburg District Office,    15 W 3rd St Fl 2,
                Greensburg, PA 15601-3003
14646908       PA Department of Revenue,    Pittsburgh District Office,    11 Stanwix St Ste 310,
                Pittsburgh, PA 15222-1359
14646906       PA Department of Revenue,    PO Box 280437,    Harrisburg, PA 17128-0437
14646910       Receivables Management,    240 Emery St,    Bethlehem, PA 18015-1980
14646911      +Treasurer, City of Pittsburgh,    Taxpayer Services,    414 Grant St Rm 205,
                Pittsburgh, PA 15219-2419
14646912      +Wilkinsburg Boro School District,    718 Wallace Ave,    Pittsburgh, PA 15221-2299
14666376      +Wilkinsburg Borough,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                Pittsburgh, PA 15235-4441
14666378      +Wilkinsburg School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                Pittsburgh, PA 15235-4441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/Text: bankruptcynotice@fcbanking.com Sep 25 2019 03:22:09     First Commonwealth Bank,
                654 Philadelphia Street,    P. O. Box 400,    Indiana, PA 15701-0400
14661986      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Sep 25 2019 03:23:00     COMMONWEALTH OF PA UCTS,
                DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                HARRISBURG, PA 17121-0751
14646895      +EDI: CIAC.COM Sep 25 2019 06:58:00      Citimortgage, Inc.,    1000 Technology Dr,
                O'Fallon, MO 63368-2240
14646896       E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Sep 25 2019 03:23:00
                Department of Labor & Industry--UCTS,    Commonwealth of PA Attention: Jospeh Kot,
                625 Cherry St Rm 203,    Reading, PA 19602-1152
14724240      +E-mail/Text: kburkley@bernsteinlaw.com Sep 25 2019 03:22:53     Duquesne Light Company,
                c/o Allison L. Carr,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
14646897       E-mail/Text: bankruptcynotice@fcbanking.com Sep 25 2019 03:22:09     First Commonwealth Bank,
                654 Philadelphia St,    Indiana, PA 15701-3930
14646898       E-mail/Text: bankruptcynotice@fcbanking.com Sep 25 2019 03:22:09     First Commonwealth Bank,
                1880 Union Ave,    Natrona Heights, PA 15065-2201
14646900       EDI: IRS.COM Sep 25 2019 06:58:00      Internal Revenue Service,
                Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
14646907       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 25 2019 03:22:25     PA Department of Revenue,
                Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
14650939       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 25 2019 03:22:25
                Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                Harrisburg PA 17128-0946
14686779       EDI: AIS.COM Sep 25 2019 06:58:00      Verizon,   by American InfoSource LP as agent,
                PO Box 248838,    Oklahoma City, OK 73124-8838
14703179      +E-mail/Text: rmcbknotices@wm.com Sep 25 2019 03:22:49     Waste Management,
                2625 W Grandview Rd #150,    Phoenix, AZ 85023-3109
                                                                                              TOTAL: 12
```

```
District/off: 0315-2          User: dbas                  Page 2 of 2                   Date Rcvd: Sep 24, 2019
                              Form ID: 309                Total Noticed: 34
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Duquesne Light Company
cr            MIDFIRST BANK
cr            MidFirst BAnk
14646899*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
              PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service,   Department of the Treasury,
              1000 Liberty Ave Rm 705,   Pittsburgh, PA  15222-4004)
                                                                                 TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2019 at the address(es) listed below:
```
              Anthony T. Kovalchick    on behalf of Creditor    Office of Attorney General, Pennsylvania
               Department of Revenue akovalchick@attorneygeneral.gov
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              Gary W. Darr    on behalf of Creditor    First Commonwealth Bank gdarr@lenderlaw.com
              James  Warmbrodt    on behalf of Creditor    MidFirst BAnk bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Wilkinsburg Borough
               jlc@mbm-law.net
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone    on behalf of Joint Debtor Linda A. Leistner robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Robert H. Slone    on behalf of Debtor Robert J. Leistner robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@lenderlaw.com,
               sdorn@lenderlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 12
```