Case 17-22526-GLT    Doc 82    Filed 11/07/19    Entered 11/07/19 15:01:03    Desc Main
Document      Page 1 of 3

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROBERT J. LEISTNER
LINDA A. LEISTNER
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Respondents.

Case No.:17-22526 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/21/2017 and confirmed on 10/23/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 91,470.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 91,470.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 3,963.51 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,963.51 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   FIRST COMMONWEALTH BANK* | 0.00 | 38,379.03 | 0.00 | 38,379.03 |
|     Acct: 3109 | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 30,776.53 | 0.00 | 30,776.53 |
|     Acct: 3823 | | | | |
|   FIRST COMMONWEALTH BANK* | 30,484.73 | 3,674.29 | 0.00 | 3,674.29 |
|     Acct: 3109 | | | | |
|   MIDFIRST BANK SSB* | 20,685.97 | 2,493.27 | 0.00 | 2,493.27 |
|     Acct: 3823 | | | | |
|   WILKINSBURG BOROUGH (RE) | 1,696.40 | 89.07 | 301.47 | 390.54 |
|     Acct: A109 | | | | |
|   INTERNAL REVENUE SERVICE* | 36,756.00 | 3,256.96 | 2,722.72 | 5,979.68 |
|     Acct: 7838 | | | | |
|   WILKINSBURG SD (WILKINSBURG) (RE) | 4,474.75 | 234.97 | 827.66 | 1,062.63 |
|     Acct: A109 | | | | |
|   PA DEPARTMENT OF REVENUE* | 16,720.58 | 1,481.60 | 1,238.60 | 2,720.20 |
|     Acct: 4083 | | | | |
|   CITY OF PITTSBURGH (RE)* | 481.29 | 25.24 | 85.62 | 110.86 |
|     Acct: 2336 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PA DEPARTMENT OF LABOR & INDUSTRY | 1,017.13 | 57.85 | 169.49 | 227.34 |
|     Acct: 1954 | | | | |
|   WILKINSBURG BOROUGH (RE) | 3,982.86 | 480.04 | 0.00 | 480.04 |
|     Acct: A109 | | | | |
|   WILKINSBURG SD (WILKINSBURG) (RE) | 7,309.23 | 880.98 | 0.00 | 880.98 |
|     Acct: A109 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 1,097.35 | 49.02 | 243.26 | 292.28 |
|     Acct: A109 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 362.60 | 38.82 | 0.00 | 38.82 |
|     Acct: A109 | | | | |
| | | | | 87,506.49 |
| **Priority** | | | | |
|   ROBERT HENRY SLONE ESQUIRE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT J. LEISTNER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAHADY & MAHADY | 3,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF LABOR & INDUSTRY | 368.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 1954 | | | | |
|   PA DEPARTMENT OF REVENUE* | 813.46 | 0.00 | 0.00 | 0.00 |
|     Acct: 7838 | | | | |
|   INTERNAL REVENUE SERVICE* | 20,205.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 7838 | | | | |
|   MIDFIRST BANK SSB* | 825.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3823 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   WASTE MANAGEMENT* (PMT) | 423.72 | 0.00 | 0.00 | 0.00 |
|     Acct: 2002 | | | | |
|   PA DEPARTMENT OF REVENUE* | 460.09 | 0.00 | 0.00 | 0.00 |
|     Acct: 4083 | | | | |
|   INTERNAL REVENUE SERVICE* | 2,607.60 | 0.00 | 0.00 | 0.00 |
|     Acct: 7838 | | | | |
|   DUQUESNE LIGHT COMPANY* | 206.56 | 0.00 | 0.00 | 0.00 |
|     Acct: 4083 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR V | 182.68 | 0.00 | 0.00 | 0.00 |
|     Acct: 0565 | | | | |
|   WASTE MANAGEMENT** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   OFFICE OF UC BENEFITS POLICY** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY W DARR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COMMONWEALTH OF PENNSYLVANIA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BOROUGH OF WILKINSBURG** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CITIMORTGAGE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIDLAND MORTGAGE CO* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILKINSBURG SD (WILKINSBURG) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-22526 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: | KIRSTEN S PENN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 87,506.49 |
|---|---|---|

TOTAL CLAIMED
PRIORITY           22,212.45
SECURED           125,068.89
UNSECURED          3,880.65

Date: 11/07/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com